United States Bankruptcy Court

Southern District of New York

In re: Zhang Medical P.C. d/b/a New Hope Fertility Clinic

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/28/2023_____

*s/John Zhang*
Signature of Individual signing on behalf of debtor

*President*
Position or relationship to debtor

4 IMPRINT
101 Commerce Street
Oshkosh, WI 54901

5W Public Relations, LLC
3 Park Ave 19th Floor
New York, NY 10016

AAA All Voice and Data Inc - 5th Floor
5 Heron Drive
Marlboro, NJ 07746

ABM Building Value
14141 Southwest Freeway
Sute. 400
Sugar Land, TX 77478

Advarra, Inc.
6100 Merriweather Dr.
Suite 600
Columbia, MD 21044

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131

Apthorp Pharmacy / RG Drug Group
2191 Broadway
New York, NY 10024-6611

Astec Bio USA Inc
10 Keith Way
Hingham, MA 02043-4259

BIO RAD
1000 Alfred Nobel Drive
Hercules, CA 94547

BioReference Laboratories Patient Pay
PO Box 21134
New York, NY 10087-1134

Blalock Walters, P.A.
PO Box 469
Bradenton, FL 34206-0469

Bracco Diagnostics
259 Prospect Plains Road Building H
Monroe Township, NJ 08831

Bread & Honey
941 8th Ave
New York, NY 10019

CCB Kitazato LLC
11915 La Grange Ave
Los Angeles, CA 90025

Change Healthcare
5995 Windward Parkway
MSTP 4901
Alparetta, GA 30005

CLC
100 West 93rd Street
6C
New York, NY 10025

Clinical Research Strategies, LLC
6400 Brooktree Ct
Wexford, PA 15090

Cognizant
300 Frank W Burr Blvd
Suite 36
Teaneck, NJ 07666

Cook Medical LLC
22988 Network Place
Chicago, IL 60673-1229

Cooper Surgical, Inc.
PO Box 714643
Cincinnati, OH 45271

CooperGenomics Inc
PO Box 714643
Cincinnati, OH 45271-4363

Cryostar Industries, Inc.
109 Urban Ave
Westbury, NY 11590

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

De Lage Landen Financial 500-50388325
PO Box 825736
Philadelphia, PA 19182-5736

Dennis Basso
825 Madison Ave
New York, NY 10065

EB Employee Solutions, LLC
Box #791293
Baltimore, MD 21279-1293

EBM IT Solutions Provider
35 Nutmeg Dr.
Trumbull, CT 06611

Emcor Services New York/New Jersey, Inc.
5 Dakota Dr
New Hyde Park, NY 11042

EngagedMD, LLC
PO Box 4668 PMB 39776
New York, NY 10163-4668

Epstein Becker & Green, P.C.
875 3rd Ave
New York, NY 10022

Fisher Healthcare
PO Box 3648
Boston, MA 02241-3648

Floreal, Inc.
319 West 100 Street
New York, NY 10025

FRIER LEVITT
84 Bloomfield Ave
Pine Brook, NJ 07058

Future Family.
9702 Gayton Rd. #165
Richmond, VA 23238

GE Precision Healthcare LLC
9900 W Innovation Dr.
Wauwatosa, WI 53226

GLL BVK Columbus Circle LLC
125 West 55th Street
New York, NY 10019

Global Med Systems, LLC
95 Brook Ave
Deer Park, NY 11729

Graduate Pest Control, Inc.
641 6 Ave West East
Northport, NY 11731

GRM Information Management Services, Inc.
215 Coles Street
Jersey City, NJ 07310

Guardian Life Insurance - Disability & PFL
10 Hudson Yards
New York, NY 10001

HealthCare Financial Services
PO Box 641419
Pittsburgh, PA 15264-1419

Henry Schein
135 Duryea Road
Melville, NY 11747

Henry York Advertising
267 5th Ave
suite 914
New York, NY 10016

Illumina, Inc.
12864 Collection Center Dr.
Chicago, IL 60693-0128

ImageFirst
PO Box 844891
Boston, MA 02284-4891

IPFS
PO Box 32144
New York, NY 10087-2144

KIMOY Studios Architecture DPC
134 W 29th St
New York, NY 10001

Konica Minolta Business Solution
21146 Network Place
Chicago, IL 60673-1211

Laboratory Corporation of America Holdings
PO Box 12140
Burlington, NC 27216-2140

LeadSquared Inc.
510 Thornall St
Edison, NJ 08837

Life Global Group, LLC
393 Soundview Rd
Guilford, CT 06437

Life Technologies Corporation
5781 Van Allen Way
Carlsbad, CA 92008

Manhattan Printing
267 5th Avenue
New York, NY 10016

MatTek Corporation
200 Homer Ave
Ashland, MA 01721

MedCal Pharmacy LLC
6010 Bay Parkway
Brooklyn, NY 11204

Metro Drugs
931 Lexington Ave
New York, NY 10065

Mettler-Toledo Rainin, LLC
7500 Edgewater Dr
Oakland, CA 94621

Mobie Experiential Trucks
12816 Inglewood Ave
Unite 564
Hawthorne, CA 90250

MRC Holland BV
Willem Schoutenstraat 1
1057
DL, RI

Natera, Inc.
201 Industrial Road
Suite 410
San Carlos, CA 94070

New England Independent Review Board, LLC
212 Carnegie Center
Ste. 310
Princeton, NJ 08540

New Golden Horse Car & Limo Service Inc
30-50 Whitestone Expy
Flushing, NY 11354

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604

Olympus America Inc
3500 Corporate Parkway
Center Valley, PA 18034

Origio, Inc.
95 Corporate Drive
Trumbull, CT 06611

Pitney Bowes
27 Waterview Dr.
Shelton, CT 06484-9768

Progenity
PO BOx 4155
Sarasota, FL 34230

Qvera LLC
265 N Main St
Ste D140
Kaysville, UT 84037

Reprobiotech Corp.
PO Box 3605
New Hyde Park, NY 11040

RingCentral Inc.
20 Davis Drive
Belmont, CA 94002

Roche Diagnostics
9115 Hague Road
PO Box 50457
Indianapolis, IN 46250-0457

SEO Brand
150 E Palmetto Park Rd
Suite 800
Boca Raton, FL 33432

Sessions, Israel & Shartle
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002-7227

Sharps Compliance, Inc
PO Box 679502
Dallas, TX 75267-9502

Skyland Construction
39 West 32nd St
Ste. 900
New York, NY 10001

Skyland Construction
39 West 32nd St.
Ste. 900
New York, NY 10001

Slomin's - Alarm
125 Lauman Lane
Hicksville, NY 11801

Soyo Wellness Inc
4 Columbus Cir
5th Floor
New York, NY 10019

Staples
PO Box 70242
Philadelphia, PA 19176-0242

Strategic Business Communication
1979 Marcus Avenue, Suite 210
Lake Success, NY 11042-1022

Technical Safety Services LLC
40 Burt Dr
STE 9
Deer Park, NY 11729

Telelanguage Inc.
10801 Mastin Blvd
Ste. 580
Overland Park, KS 66210

Thermo Fisher Financial - 50271361
PO Box 825736
Philadelphia, PA 19182-5736

Tosoh Bioscience Inc
PO Box 712415
Cincinnati, OH 45271

Uline
700 Uline Way
Allentown, PA 18106

United Ad Label
1750 Wallace Avenue
St. Charles, IL 60174

US KITAZATO
27W 60th Street
PO Box 20221
New York, NY 10023

USA Scientific, Inc.
PO Box 3565
Ocala, FL 34478

Verizon - 8552412635 241.50
PO Box 5156
Tampa, FL 33675

Verizon - XO Communication
PO Box 15043
Albany, NY 12212

Vitrolife Inc
3601 S Inca St
Englewood, CO 80110-3430

Voyce, Inc.
1580 Sawgrass Corporate Pkwy
STE 110
Sunrise, FL 33323

VWR International, LLC
100 Matsonford Road
Radnor Corporate Center Building One, Su
Radnor, PA 19087-8660

WB Mason Co., Inc.
59 Centre Street
Brockton, MA 02301

Xue & Associate P.C.
1 School Street
Suite 303A
Glen Cove, NY 11542