UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                          :

In re                                                   :

**ZHANG MEDICAL P.C. d/b/a**        :
                                                   :    Case No. 23-10678-pb
**NEW HOPE FERTILITY CLINIC**    :
                                                   :    Sub-Chapter V Chapter 11
                                                   :
                         Debtor.    :
------------------------------------------------------x

**ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTIONS FOR (A) AN ORDER AUTHORIZING THE DEBTOR'S CONTINUED USE OF ITS (I) CASH MANAGEMENT SYSTEMS, (II) EXISTING BANK ACCOUNTS, (III) BUSINESS FORMS AND BOOKS AND RECORDS AND (IV) GRANTING RELATED RELIEF AND FOR (B) AN INTERIM AND FINAL ORDER AUTHORIZING THE DEBTOR TO (I) PAY PRE-PETITION WAGES, OTHER COMPENSATION AND EMPLOYEE BENEFITS, (II) CONTINUE EXISTING EMPLOYEE BENEFIT PLANS AND PROGRAMS, AND (III) AUTHORIZING THE BANKS TO PAY ALL CHECKS AND <u>ELECTRONIC PAYMENT REQUESTS RELATED TO SUCH OBLIGATIONS</u>**

**WHEREAS**, on April 30, 2023, Zhang Medical P.C. d/b/a New Hope Fertility Clinic (the "<u>Debtor</u>") filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code;

**WHEREAS**, on May 4, 2023, the Debtor filed a Motion for an Order Authorizing the Debtor's Continued Use of its Cash Management Systems, Existing Bank Accounts Business Forms and Books and Records and for Related Relief (the "<u>Cash Management Motion</u>");

**WHEREAS**, on May 4, 2023, the Debtor filed a Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Other Compensation, and Employee Benefits, Continue Existing Employee Benefit Plans and Programs and Authorizing the Banks to Pay All Checks and

Electronic Payment Requests Related to Such Obligations (together with the Cash Management Motion, the "Motions");

**WHEREAS**, The Debtor seeks the entry of orders for interim relief until a final hearing on the Motions is scheduled by the Court;

**WHEREAS**, on May 4, 2023, the Debtor requested a hearing on shortened notice on the Motions.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that a hearing (the "Hearing") on the interim relief sought in the Motions shall be held on Thursday, May 11, 2023 at 3:00 p.m. (prevailing Eastern Time) before the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York. The Hearing shall proceed by Zoom for Government;[1] and it is further

**ORDERED**, that the Debtor is directed to serve the Motions and a copy of this Order by electronic mail, to the extent email addresses are known, otherwise, by overnight mail, by no later than Friday, May 6, 2023, at 8:00 p.m. (prevailing Eastern Time) upon (i) the Office of the United States Trustee; (ii) the Subchapter V Trustee Eric M. Huebscher, (iii) all parties that have filed a notice of appearance; (iv) the Debtor's ten largest unsecured creditors; and (v) GLL BVK Columbus Circle LLS, as the Debtor's landlord; and it is further

---

[1] The Hearing will be held via Zoom for Government videoconferencing. Participants are required to register their appearance by 4:00 p.m. one business day before any scheduled Zoom or in person hearing with the eCourt Appearances tool on the Court's website. If you require assistance, please contact Judge Bentley's Chambers or Court services at 212-284-4040. The Hearing may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.

**ORDERED**, that objections to the relief sought in the Motions must be in writing and shall be filed with the Court by no later than Wednesday, May 10, 2023, at 2:00 p.m. (prevailing Eastern Time) (with a courtesy copy emailed to Chambers at pb.chambers@nysb.uscourts.gov) and served on counsel for the Debtor.

**IT IS SO ORDERED.**

Dated: New York, New York
May 5, 2023

/s/ Philip Bentley
**Honorable Philip Bentley**
**United States Bankruptcy Judge**