| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Zhang Medical P.C. d/b/a New Hope Fertility Clinic <br> Name | EIN: 13–4199700 | |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: | 11  4/30/23 |
| Case number: | 23–10678–pb | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Zhang Medical P.C. d/b/a New Hope Fertility Clinic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4 Columbus Circle <br> 4th Floor <br> New York, NY 10019 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph D. Nohavicka <br> Pardalis & Nohavicka LLP <br> 35–10 Broadway <br> Suite 202 <br> Astoria, NY 11106 | Contact phone  718–777–0400 <br><br> Email:  jnfirm@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric Michael Huebscher <br> Huebscher & CO. <br> 301 East 87th Street <br> 20e <br> New York, NY 10128 | Contact phone  646–584–3141 <br><br> Email: ehuebscher@huebscherconsulting.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Bowling Green <br> New York, NY 10004–1408 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours:  Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone  212–668–2870 <br><br> Date: 5/2/23 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Zhang Medical P.C. d/b/a New Hope Fertility Clinic** | | Case number **23-10678-pb** |

| | | |
|---|---|---|
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 1, 2023 at 01:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Teleconference \*ONLY\*, Contact UST's Office for direction,**<br>**https://www.justice.gov/ust-regions-r02** |
| 8. **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 6 .<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** _____ | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of New York

In re:                                                                                   Case No. 23-10678-pb

Zhang Medical P.C. d/b/a New Hope Fertil                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                                        User: admin                                                 Page 1 of 4

Date Rcvd: May 03, 2023                                 Form ID: 309F2                                    Total Noticed: 103

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zhang Medical P.C. d/b/a New Hope Fertility Clinic, 4 Columbus Circle, 4th Floor, New York, NY 10019-1100 |
| aty | + | Brian S. Masumoto, DOJ-Ust, Alexander Hamilton Custom House, One Bowling Green, Room 534 New York, NY 10004-1459 |
| tr | + | Eric Michael Huebscher, Huebscher & CO., 301 East 87th Street, 20e, New York, NY 10128-4838 |
| ust | + | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8017054 | + | 4 IMPRINT, 101 Commerce Street, Oshkosh, WI 54901-4864 |
| 8017055 | + | 5W Public Relations, LLC, 3 Park Ave 19th Floor, New York, NY 10016-5902 |
| 8017056 | + | AAA All Voice and Data Inc - 5th Floor, 5 Heron Drive, Marlboro, NJ 07746-1904 |
| 8017057 | + | ABM Building Value, 14141 Southwest Freeway, Sute. 400, Sugar Land, TX 77478-3493 |
| 8017058 | + | Advarra, Inc., 6100 Merriweather Dr., Suite 600, Columbia, MD 21044-3368 |
| 8017060 | | Apthorp Pharmacy / RG Drug Group, 2191 Broadway, New York, NY 10024-6611 |
| 8017061 | + | Astec Bio USA Inc, 10 Keith Way, Hingham, MA 02043-4209 |
| 8017062 | + | BIO RAD, 1000 Alfred Nobel Drive, Hercules, CA 94547-1898 |
| 8017063 | | BioReference Laboratories Patient Pay, PO Box 21134, New York, NY 10087-1134 |
| 8017064 | | Blalock Walters, P.A., PO Box 469, Bradenton, FL 34206-0469 |
| 8017066 | + | Bread & Honey, 941 8th Ave, New York, NY 10019-4225 |
| 8017067 | + | CCB Kitazato LLC, 11915 La Grange Ave, Los Angeles, CA 90025-5213 |
| 8017069 | + | CLC, 100 West 93rd Street, 6C, New York, NY 10025-7527 |
| 8017068 | + | Change Healthcare, 5995 Windward Parkway, MSTP 4901, Alparetta, GA 30005-4184 |
| 8017070 | + | Clinical Research Strategies, LLC, 6400 Brooktree Ct, Wexford, PA 15090-9271 |
| 8017071 | + | Cognizant, 300 Frank W Burr Blvd, Suite 36, Teaneck, NJ 07666-6821 |
| 8017072 | | Cook Medical LLC, 22988 Network Place, Chicago, IL 60673-1229 |
| 8017073 | + | Cooper Surgical, Inc., PO Box 714643, Cincinnati, OH 45271-4643 |
| 8017074 | | CooperGenomics Inc, PO Box 714643, Cincinnati, OH 45271-4363 |
| 8017075 | + | Cryostar Industries, Inc., 109 Urban Ave, Westbury, NY 11590-4800 |
| 8017077 | | De Lage Landen Financial 500-50388325, PO Box 825736, Philadelphia, PA 19182-5736 |
| 8017078 | + | Dennis Basso, 825 Madison Ave, New York, NY 10065-5042 |
| 8017079 | | EB Employee Solutions, LLC, Box #791293, Baltimore, MD 21279-1293 |
| 8017080 | + | EBM IT Solutions Provider, 35 Nutmeg Dr., Trumbull, CT 06611-5431 |
| 8017081 | + | Emcor Services New York/New Jersey, Inc., 5 Dakota Dr, New Hyde Park, NY 11042-1107 |
| 8017082 | | EngagedMD, LLC, PO Box 4668 PMB 39776, New York, NY 10163-4668 |
| 8017083 | + | Epstein Becker & Green, P.C., 875 3rd Ave, New York, NY 10022-7222 |
| 8017086 | + | FRIER LEVITT, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |
| 8017084 | | Fisher Healthcare, PO Box 3648, Boston, MA 02241-3648 |
| 8017085 | + | Floreal, Inc., 319 West 100 Street, New York, NY 10025-5355 |
| 8017087 | + | Future Family., 9702 Gayton Rd. #165, Richmond, VA 23238-4907 |
| 8017088 | + | GE Precision Healthcare LLC, 9900 W Innovation Dr., Wauwatosa, WI 53226-4856 |
| 8017089 | + | GLL BVK Columbus Circle LLC, 125 West 55th Street, New York, NY 10019-5369 |
| 8017092 | + | GRM Information Management Services, Inc., 215 Coles Street, Jersey City, NJ 07310-1301 |
| 8017090 | + | Global Med Systems, LLC, 95 Brook Ave, Deer Park, NY 11729-7204 |
| 8017091 | | Graduate Pest Control, Inc., 641 6 Ave West East, Northport, NY 11731 |
| 8017093 | + | Guardian Life Insurance - Disability & PFL, 10 Hudson Yards, New York, NY 10001-2157 |
| 8017094 | | HealthCare Financial Services, PO Box 641419, Pittsburgh, PA 15264-1419 |
| 8017095 | + | Henry Schein, 135 Duryea Road, Melville, NY 11747-3834 |
| 8017096 | + | Henry York Advertising, 267 5th Ave, suite 914, New York, NY 10016-7535 |
| 8017099 | | IPFS, PO Box 32144, New York, NY 10087-2144 |

| | | |
|---|---|---|
| 8017097 | | Illumina, Inc., 12864 Collection Center Dr., Chicago, IL 60693-0128 |
| 8017098 | | ImageFirst, PO Box 844891, Boston, MA 02284-4891 |
| 8017100 | + | KIMOY Studios Architecture DPC, 134 W 29th St, New York, NY 10001-5304 |
| 8017101 | | Konica Minolta Business Solution, 21146 Network Place, Chicago, IL 60673-1211 |
| 8017102 | | Laboratory Corporation of America Holdings, PO Box 12140, Burlington, NC 27216-2140 |
| 8017103 | + | LeadSquared Inc., 510 Thornall St, Edison, NJ 08837-2230 |
| 8017104 | + | Life Global Group, LLC, 393 Soundview Rd, Guilford, CT 06437-2970 |
| 8017105 | + | Life Technologies Corporation, 5781 Van Allen Way, Carlsbad, CA 92008-7321 |
| 8017106 | + | Manhattan Printing, 267 5th Avenue, New York, NY 10016-7503 |
| 8017107 | + | MatTek Corporation, 200 Homer Ave, Ashland, MA 01721-1716 |
| 8017108 | + | MedCal Pharmacy LLC, 6010 Bay Parkway, Brooklyn, NY 11204-6082 |
| 8017109 | + | Metro Drugs, 931 Lexington Ave, New York, NY 10065-5771 |
| 8017110 | + | Mettler-Toledo Rainin, LLC, 7500 Edgewater Dr, Oakland, CA 94621-3027 |
| 8017111 | + | Mobie Experiential Trucks, 12816 Inglewood Ave, Unite 564, Hawthorne, CA 90250-5118 |
| 8017113 | + | Natera, Inc., 201 Industrial Road, Suite 410, San Carlos, CA 94070-2396 |
| 8017114 | + | New England Independent Review Board, LLC, 212 Carnegie Center, Ste. 310, Princeton, NJ 08540-6236 |
| 8017115 | + | New Golden Horse Car & Limo Service Inc, 30-50 Whitestone Expy, Flushing, NY 11354-1995 |
| 8017116 | + | Nixon Peabody LLP, 1300 Clinton Square, Rochester, NY 14604-1707 |
| 8017117 | + | Olympus America Inc, 3500 Corporate Parkway, Center Valley, PA 18034-8229 |
| 8017118 | + | Origio, Inc., 95 Corporate Drive, Trumbull, CT 06611-1350 |
| 8017120 | + | Progenity, PO BOx 4155, Sarasota, FL 34230-4155 |
| 8017121 | + | Qvera LLC, 265 N Main St, Ste D140, Kaysville, UT 84037-1401 |
| 8017122 | + | Reprobiotech Corp., PO Box 3605, New Hyde Park, NY 11040-8605 |
| 8017123 | + | RingCentral Inc., 20 Davis Drive, Belmont, CA 94002-3002 |
| 8017124 | | Roche Diagnostics, 9115 Hague Road, PO Box 50457, Indianapolis, IN 46250-0457 |
| 8017125 | + | SEO Brand, 150 E Palmetto Park Rd, Suite 800, Boca Raton, FL 33432-4833 |
| 8017126 | | Sessions, Israel & Shartle, 3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227 |
| 8017127 | | Sharps Compliance, Inc, PO Box 679502, Dallas, TX 75267-9502 |
| 8017128 | + | Skyland Construction, 39 West 32nd St., Ste. 900, New York, NY 10001-3842 |
| 8017129 | + | Slomin's - Alarm, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 8017130 | + | Soyo Wellness Inc, 4 Columbus Cir, 5th Floor, New York, NY 10019-1100 |
| 8017131 | | Staples, PO Box 70242, Philadelphia, PA 19176-0242 |
| 8017132 | | Strategic Business Communication, 1979 Marcus Avenue, Suite 210, Lake Success, NY 11042-1022 |
| 8017133 | + | Technical Safety Services LLC, 40 Burt Dr, STE 9, Deer Park, NY 11729-5743 |
| 8017134 | + | Telelanguage Inc., 10801 Mastin Blvd, Ste. 580, Overland Park, KS 66210-1843 |
| 8017135 | | Thermo Fisher Financial - 50271361, PO Box 825736, Philadelphia, PA 19182-5736 |
| 8017136 | + | Tosoh Bioscience Inc, PO Box 712415, Cincinnati, OH 45271-2415 |
| 8017139 | + | US KITAZATO, 27W 60th Street, PO Box 20221, New York, NY 10023-1478 |
| 8017140 | + | USA Scientific, Inc., PO Box 3565, Ocala, FL 34478-3565 |
| 8017137 | + | Uline, 700 Uline Way, Allentown, PA 18106-9083 |
| 8017138 | + | United Ad Label, 1750 Wallace Avenue, St. Charles, IL 60174-3401 |
| 8017145 | + | VWR International, LLC, 100 Matsonford Road, Radnor Corporate Center Building One, Su, Radnor, PA 19087-4558 |
| 8017141 | + | Verizon - 8552412635 241.50, PO Box 5156, Tampa, FL 33675-5156 |
| 8017142 | + | Verizon - XO Communication, PO Box 15043, Albany, NY 12212-5043 |
| 8017143 | | Vitrolife Inc, 3601 S Inca St, Englewood, CO 80110-3430 |
| 8017144 | + | Voyce, Inc., 1580 Sawgrass Corporate Pkwy, STE 110, Sunrise, FL 33323-2860 |
| 8017146 | + | WB Mason Co., Inc., 59 Centre Street, Brockton, MA 02301-4014 |
| 8017147 | + | Xue & Associate P.C., 1 School Street, Suite 303A, Glen Cove, NY 11542-2529 |

TOTAL: 93

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jnfirm@aol.com | May 03 2023 19:00:00 | Joseph D. Nohavicka, Pardalis & Nohavicka LLP, 35-10 Broadway, Suite 202, Astoria, NY 11106 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 19:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 03 2023 19:00:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 03 2023 19:00:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 03 2023 19:00:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | May 03 2023 19:00:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ | MEBN | May 03 2023 19:00:05 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8017059 | + | Email/Text: ndiv.bkrpt.notice@airgas.com | May 03 2023 19:00:00 | Airgas USA LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 8017065 | + | Email/Text: accounts.receivable@diag.bracco.com | May 03 2023 19:00:00 | Bracco Diagnostics, 259 Prospect Plains Road Building H, Monroe Township, NJ 08831-3820 |
| 8017076 | | Email/Text: cls-bankruptcy@wolterskluwer.com | May 03 2023 19:00:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 8017119 | + | Email/Text: bankruptcy@pb.com | May 03 2023 19:00:00 | Pitney Bowes, 27 Waterview Dr., Shelton, CT 06484-4361 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8017112 | | MRC Holland BV, Willem Schoutenstraat 1, 1057, DL, RI |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Eric Michael Huebscher | ehuebscher@huebscherconsulting.com |
| Joseph D. Nohavicka | on behalf of Debtor Zhang Medical P.C. d/b/a New Hope Fertility Clinic jnfirm@aol.com  email@ortizandortiz.com |

United States Trustee
           USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 4