UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Case No. 23-10678 (PB) |
| | : | |
| ZHANG MEDICAL P.C. d/b/a | : | |
| NEW HOPE FERTILITY CLINIC, | : | CHAPTER 11 |
| | : | (Sub-Chapter V) |
| | : | |
| Debtor. | : | |

----------------------------------------------------------------x

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned cases scheduled for **June 1, 2023, at 1:00 p.m.** (the "Designated Meeting Time") will now be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:   (877) 727-9367, enter the Participant Code: 1864657 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date:   May 3, 2023

> William K. Harrington
> United States Trustee for Region 2
> U.S. Department of Justice
> Office of the United States Trustee
> Alexander Hamilton Custom House
> One Bowling Green, Room 534
> New York, New York 10014

By:     */s/ Brian S. Masumoto*
> Brian S. Masumoto
> Trial Attorney

United States Bankruptcy Court

Southern District of New York

In re:

Zhang Medical P.C. d/b/a New Hope Fertil

    Debtor

Case No. 23-10678-pb

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zhang Medical P.C. d/b/a New Hope Fertility Clinic, 4 Columbus Circle, 4th Floor, New York, NY 10019-1100 |
| 8017054 | + | 4 IMPRINT, 101 Commerce Street, Oshkosh, WI 54901-4864 |
| 8017055 | + | 5W Public Relations, LLC, 3 Park Ave 19th Floor, New York, NY 10016-5902 |
| 8017056 | + | AAA All Voice and Data Inc - 5th Floor, 5 Heron Drive, Marlboro, NJ 07746-1904 |
| 8017057 | + | ABM Building Value, 14141 Southwest Freeway, Sute. 400, Sugar Land, TX 77478-3493 |
| 8017058 | + | Advarra, Inc., 6100 Merriweather Dr., Suite 600, Columbia, MD 21044-3368 |
| 8017060 | | Apthorp Pharmacy / RG Drug Group, 2191 Broadway, New York, NY 10024-6611 |
| 8017061 | | Astec Bio USA Inc, 10 Keith Way, Hingham, MA 02043-4209 |
| 8017062 | + | BIO RAD, 1000 Alfred Nobel Drive, Hercules, CA 94547-1898 |
| 8017063 | | BioReference Laboratories Patient Pay, PO Box 21134, New York, NY 10087-1134 |
| 8017064 | | Blalock Walters, P.A., PO Box 469, Bradenton, FL 34206-0469 |
| 8017066 | + | Bread & Honey, 941 8th Ave, New York, NY 10019-4225 |
| 8017067 | + | CCB Kitazato LLC, 11915 La Grange Ave, Los Angeles, CA 90025-5213 |
| 8017069 | + | CLC, 100 West 93rd Street, 6C, New York, NY 10025-7527 |
| 8017068 | + | Change Healthcare, 5995 Windward Parkway, MSTP 4901, Alparetta, GA 30005-4184 |
| 8017070 | + | Clinical Research Strategies, LLC, 6400 Brooktree Ct, Wexford, PA 15090-9271 |
| 8017071 | + | Cognizant, 300 Frank W Burr Blvd, Suite 36, Teaneck, NJ 07666-6821 |
| 8017072 | | Cook Medical LLC, 22988 Network Place, Chicago, IL 60673-1229 |
| 8017073 | + | Cooper Surgical, Inc., PO Box 714643, Cincinnati, OH 45271-4643 |
| 8017074 | | CooperGenomics Inc, PO Box 714643, Cincinnati, OH 45271-4363 |
| 8017075 | + | Cryostar Industries, Inc., 109 Urban Ave, Westbury, NY 11590-4800 |
| 8017077 | | De Lage Landen Financial 500-50388325, PO Box 825736, Philadelphia, PA 19182-5736 |
| 8017078 | + | Dennis Basso, 825 Madison Ave, New York, NY 10065-5042 |
| 8017079 | | EB Employee Solutions, LLC, Box #791293, Baltimore, MD 21279-1293 |
| 8017080 | + | EBM IT Solutions Provider, 35 Nutmeg Dr., Trumbull, CT 06611-5431 |
| 8017081 | + | Emcor Services New York/New Jersey, Inc., 5 Dakota Dr, New Hyde Park, NY 11042-1107 |
| 8017082 | | EngagedMD, LLC, PO Box 4668 PMB 39776, New York, NY 10163-4668 |
| 8017083 | + | Epstein Becker & Green, P.C., 875 3rd Ave, New York, NY 10022-7222 |
| 8017086 | + | FRIER LEVITT, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |
| 8017084 | | Fisher Healthcare, PO Box 3648, Boston, MA 02241-3648 |
| 8017085 | + | Floreal, Inc., 319 West 100 Street, New York, NY 10025-5355 |
| 8017087 | + | Future Family., 9702 Gayton Rd. #165, Richmond, VA 23238-4907 |
| 8017088 | + | GE Precision Healthcare LLC, 9900 W Innovation Dr., Wauwatosa, WI 53226-4856 |
| 8017089 | + | GLL BVK Columbus Circle LLC, 125 West 55th Street, New York, NY 10019-5369 |
| 8017092 | + | GRM Information Management Services, Inc., 215 Coles Street, Jersey City, NJ 07310-1301 |
| 8017090 | + | Global Med Systems, LLC, 95 Brook Ave, Deer Park, NY 11729-7204 |
| 8017091 | | Graduate Pest Control, Inc., 641 6 Ave West East, Northport, NY 11731 |
| 8017093 | + | Guardian Life Insurance - Disability & PFL, 10 Hudson Yards, New York, NY 10001-2157 |
| 8017094 | | HealthCare Financial Services, PO Box 641419, Pittsburgh, PA 15264-1419 |
| 8017095 | + | Henry Schein, 135 Duryea Road, Melville, NY 11747-3834 |
| 8017096 | + | Henry York Advertising, 267 5th Ave, suite 914, New York, NY 10016-7535 |
| 8017099 | | IPFS, PO Box 32144, New York, NY 10087-2144 |
| 8017097 | | Illumina, Inc., 12864 Collection Center Dr., Chicago, IL 60693-0128 |
| 8017098 | | ImageFirst, PO Box 844891, Boston, MA 02284-4891 |
| 8017100 | + | KIMOY Studios Architecture DPC, 134 W 29th St, New York, NY 10001-5304 |
| 8017101 | | Konica Minolta Business Solution, 21146 Network Place, Chicago, IL 60673-1211 |
| 8017102 | | Laboratory Corporation of America Holdings, PO Box 12140, Burlington, NC 27216-2140 |
| 8017103 | + | LeadSquared Inc., 510 Thornall St, Edison, NJ 08837-2230 |

| 8017104 | + | Life Global Group, LLC, 393 Soundview Rd, Guilford, CT 06437-2970 |
|---|---|---|
| 8017105 | + | Life Technologies Corporation, 5781 Van Allen Way, Carlsbad, CA 92008-7321 |
| 8017106 | + | Manhattan Printing, 267 5th Avenue, New York, NY 10016-7503 |
| 8017107 | + | MatTek Corporation, 200 Homer Ave, Ashland, MA 01721-1716 |
| 8017108 | + | MedCal Pharmacy LLC, 6010 Bay Parkway, Brooklyn, NY 11204-6082 |
| 8017109 | + | Metro Drugs, 931 Lexington Ave, New York, NY 10065-5771 |
| 8017110 | + | Mettler-Toledo Rainin, LLC, 7500 Edgewater Dr, Oakland, CA 94621-3027 |
| 8017111 | + | Mobie Experiential Trucks, 12816 Inglewood Ave, Unite 564, Hawthorne, CA 90250-5118 |
| 8017113 | + | Natera, Inc., 201 Industrial Road, Suite 410, San Carlos, CA 94070-2396 |
| 8017114 | + | New England Independent Review Board, LLC, 212 Carnegie Center, Ste. 310, Princeton, NJ 08540-6236 |
| 8017115 | + | New Golden Horse Car & Limo Service Inc, 30-50 Whitestone Expy, Flushing, NY 11354-1995 |
| 8017116 | + | Nixon Peabody LLP, 1300 Clinton Square, Rochester, NY 14604-1707 |
| 8017117 | + | Olympus America Inc, 3500 Corporate Parkway, Center Valley, PA 18034-8229 |
| 8017118 | + | Origio, Inc., 95 Corporate Drive, Trumbull, CT 06611-1350 |
| 8017120 | + | Progenity, PO BOx 4155, Sarasota, FL 34230-4155 |
| 8017121 | + | Qvera LLC, 265 N Main St, Ste D140, Kaysville, UT 84037-1401 |
| 8017122 | + | Reprobiotech Corp., PO Box 3605, New Hyde Park, NY 11040-8605 |
| 8017123 | + | RingCentral Inc., 20 Davis Drive, Belmont, CA 94002-3002 |
| 8017124 | | Roche Diagnostics, 9115 Hague Road, PO Box 50457, Indianapolis, IN 46250-0457 |
| 8017125 | + | SEO Brand, 150 E Palmetto Park Rd, Suite 800, Boca Raton, FL 33432-4833 |
| 8017126 | | Sessions, Israel & Shartle, 3850 N. Causeway Blvd., Suite 200, Metairie, LA 70002-7227 |
| 8017127 | | Sharps Compliance, Inc, PO Box 679502, Dallas, TX 75267-9502 |
| 8017128 | + | Skyland Construction, 39 West 32nd St., Ste. 900, New York, NY 10001-3842 |
| 8017129 | + | Slomin's - Alarm, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 8017130 | + | Soyo Wellness Inc, 4 Columbus Cir, 5th Floor, New York, NY 10019-1100 |
| 8017131 | | Staples, PO Box 70242, Philadelphia, PA 19176-0242 |
| 8017132 | | Strategic Business Communication, 1979 Marcus Avenue, Suite 210, Lake Success, NY 11042-1022 |
| 8017133 | + | Technical Safety Services LLC, 40 Burt Dr, STE 9, Deer Park, NY 11729-5743 |
| 8017134 | + | Telelanguage Inc., 10801 Mastin Blvd, Ste. 580, Overland Park, KS 66210-1843 |
| 8017135 | | Thermo Fisher Financial - 50271361, PO Box 825736, Philadelphia, PA 19182-5736 |
| 8017136 | + | Tosoh Bioscience Inc, PO Box 712415, Cincinnati, OH 45271-2415 |
| 8017139 | + | US KITAZATO, 27W 60th Street, PO Box 20221, New York, NY 10023-1478 |
| 8017140 | + | USA Scientific, Inc., PO Box 3565, Ocala, FL 34478-3565 |
| 8017137 | + | Uline, 700 Uline Way, Allentown, PA 18106-9083 |
| 8017138 | + | United Ad Label, 1750 Wallace Avenue, St. Charles, IL 60174-3401 |
| 8017145 | + | VWR International, LLC, 100 Matsonford Road, Radnor Corporate Center Building One, Su, Radnor, PA 19087-4558 |
| 8017141 | + | Verizon - 8552412635 241.50, PO Box 5156, Tampa, FL 33675-5156 |
| 8017142 | + | Verizon - XO Communication, PO Box 15043, Albany, NY 12212-5043 |
| 8017143 | | Vitrolife Inc, 3601 S Inca St, Englewood, CO 80110-3430 |
| 8017144 | + | Voyce, Inc., 1580 Sawgrass Corporate Pkwy, STE 110, Sunrise, FL 33323-2860 |
| 8017146 | + | WB Mason Co., Inc., 59 Centre Street, Brockton, MA 02301-4014 |
| 8017147 | + | Xue & Associate P.C., 1 School Street, Suite 303A, Glen Cove, NY 11542-2529 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8017059 | + | Email/Text: ndiv.bkrpt.notice@airgas.com | May 04 2023 18:57:00 | Airgas USA LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 8017065 | + | Email/Text: accounts.receivable@diag.bracco.com | May 04 2023 18:57:00 | Bracco Diagnostics, 259 Prospect Plains Road Building H, Monroe Township, NJ 08831-3820 |
| 8017076 | | Email/Text: cls-bankruptcy@wolterskluwer.com | May 04 2023 18:57:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 8017119 | + | Email/Text: bankruptcy@pb.com | May 04 2023 18:57:00 | Pitney Bowes, 27 Waterview Dr., Shelton, CT 06484-4361 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8017112 | | MRC Holland BV, Willem Schoutenstraat 1, 1057, DL, RI |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023          Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Masumoto | on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com |
| Eric Michael Huebscher | ehuebscher@huebscherconsulting.com |
| Joseph D. Nohavicka | on behalf of Debtor Zhang Medical P.C. d/b/a New Hope Fertility Clinic jnfirm@aol.com  email@ortizandortiz.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4