Pardalis & Nohavicka LLP  
950 Third Avenue, 11th Floor  
New York, New York 10022  
Tel. No. 718.777.0400  
Joseph D. Nohavicka  
Norma E. Ortiz, Of Counsel  
Proposed Counsel to the Debtor and  
Debtor in Possession  

---------------------------------------------------x
:
In re :
:
ZHANG MEDICAL P.C. d/b/a :
: Case No. 23-10678-pb
NEW HOPE FERTILITY CLINIC :
: Sub-Chapter V Chapter 11
Debtor. :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Norma E. Ortiz, being duly sworn, states as follows:

1. I am over 18 years of age and not a party to this case.

2. On May 5 and 6, 2023, I served the creditors and parties set forth in the attached service list with a copy of the documents listed below by email and overnight mail as set forth in the attached service list:

DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER
AUTHORIZING THE DEBTOR'S CONTINUED USE OF ITS (I) CASH
MANAGEMENT SYSTEMS, (II) EXISTING BANK ACCOUNTS, (III) BUSINESS
FORMS AND BOOKS AND RECORDS AND (IV) GRANTING RELATED RELIEF

DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER
AUTHORIZING THE DEBTOR'S CONTINUED USE OF ITS (I) CASH
MANAGEMENT SYSTEMS, (II) EXISTING BANK ACCOUNTS, (III) BUSINESS
FORMS AND BOOKS AND RECORDS AND (IV) GRANTING RELATED RELIEF

ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTIONS FOR (A) AN
ORDER AUTHORIZING THE DEBTOR'S CONTINUED USE OF ITS (I) CASH
MANAGEMENT SYSTEMS, (II) EXISTING BANK ACCOUNTS, (III) BUSINESS
FORMS AND BOOKS AND RECORDS AND (IV) GRANTING RELATED RELIEF
AND FOR (B) AN INTERIM AND FINAL ORDER AUTHORIZING THE DEBTOR TO
(I) PAY PRE-PETITION WAGES, OTHER COMPENSATION AND EMPLOYEE
BENEFITS, (II) CONTINUE EXISTING EMPLOYEE BENEFIT PLANS AND

PROGRAMS, AND (III) AUTHORIZING THE BANKS TO PAY ALL CHECKS AND
ELECTRONIC PAYMENT REQUESTS RELATED TO SUCH OBLIGATIONS

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.

Dated: New York, New York
May 8, 2023

<u>By: /s/ Norma E. Ortiz</u>
Norma E. Ortiz, Of Counsel
Joseph D. Nohavicka
Pardalis & Nohavicka LLP
950 Third Avenue, 11th Floor
New York, New York 10022
Tel. No. 718.777.0400
bankruptcypn@gmail.com
jnfirm@aol.com
Proposed Counsel to the Debtor and
Debtor in Possession

Zhang Medical P.C. d/b/a New Hope Fertility Clinic
23-10678-pb
Service List

| Creditor or Interested Party | Method of Service | Digital or Physical Address | Date Served |
|---|---|---|---|
| Brian Masumoto, Esq., Office of the U.S. Trustee | Email | Brian.Masumoto@usdoj.gov | May 5, 2023[1] |
| GLL BVK Columbus Circle LLC<br>125 West 55th Street<br>New York, NY, 10019 (Landlord) | Email | Karen S. Frieman<br>Stern Tennenbaum & Bell LLP<br>380 Lexington Ave.<br>NY, NY 10168<br>KFrieman@sterntannenbaum.com | May 5, 2023 |
| Sub-Chapter V Trustee Eric M. Huebscher | Email | ehuebscher@huebscherconsulting.com | May 5, 2023 |
| Skyland Development Corp. a/k/a Skyland Construction<br>39 West 32nd St., Ste. 900<br>New York, NY, 10001 | Email | hmdconstruction47@gmail.com | May 5, 2023 |
| CooperGenomics Inc<br>PO Box 714643<br>Cincinnati, OH, 45271-4363 | Email | **info@coopergenomics.com** | May 5, 2023 |
| Cognizant<br>300 Frank W Burr Blvd, Suite 36<br>Teaneck, NJ, 07666 | Email | inquiry@cognizant | May 5, 2023 |
| Roche Diagnostics<br>9115 Hague Road<br>PO Box 50457<br>Indianapolis, IN, 46250-0457 | Email | support.seqls@roche.com | May 5, 2023 |
| Origio, Inc.<br>95 Corporate Drive<br>Trumbull, CT, 06611 | Email | service@origio.us.com | May 5, 2023 |

---

[1] The undersigned delivered one or more emails after 12:00 a.m. on May 5, 2023.

| | | | |
|---|---|---|---|
| Soyo Wellness Inc<br>4 Columbus Cir<br>5th Floor<br>New York, NY, 10019 | Email | info@my-soyo.com | May 5, 2023 |
| EBM IT Solutions Provider<br>35 Nutmeg Dr.<br>Trumbull, CT, 06611 | Email | info@ebmusa.com | May 6, 2023 |
| CLC<br>100 West 93rd Street, Apt. 6C<br>New York, NY, 10025 | Overnight mail | | May 6, 2023 |
| Henry Schein | email | custserv@henryschein.com | May 5, 2023 |