```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────x
```

| | |
|---|---|
| IN RE: | Chapter: 11 |
| Zhang Medical P.C. d/b/a New Hope Fertility Clinic | Case No.: 23−10678−pb |
| Debtor(s) | |

```
───────────────────────────────────────────────x
```

## REVISED*
## ORDER SCHEDULING STATUS CONFERENCE UNDER 11 U.S.C. § 1188

     Debtor commenced this case under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") and stated in the petition that the Debtor is a small business Debtor pursuant to Fed. R. Bankr. P. 1020(a), and elected to proceed as a small business Debtor under Subchapter V of chapter 11 of the Bankruptcy Code. Pursuant to the requirements of Bankruptcy Code § 1188, an initial case status conference shall be conducted by the Honorable Philip Bentley on June 6, 2023 at 02:00 PM. Contact chambers for Zoom Meeting ID, and Password, PB Zoom Videoconference.

     Pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, not later than 14 days before the date of the status conference under subsection (a), the Debtor shall file with the court and serve on the trustee and all parties in interest a report that details the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization.

     Pursuant to 11 U.S.C. § 1189(b) of the Bankruptcy Code, Debtor shall file and serve a plan not later than 90 days after the order for relief under this chapter, unless the court extends the deadline.

     Failure to comply with this order may result in the dismissal of this case.

Dated: May 12, 2023
                                          /s/ Philip Bentley
                                          United States Bankruptcy Judge

                                                         **\*The report Pursuant to 11 U.S.C. § 1188(c) of the**
                                                         **Bankruptcy Code shall be due by May 31, 2023.**