**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

ZHANG MEDICAL P.C. d/b/a NEW HOPE FERTILITY CLINIC,

                                  Debtor

------------------------------------------------------------x

Case No.: 23-10678-pb

Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Erika E. Barnes__, request admission, *pro hac vice*, before the Honorable __Philip Bentley__, to represent __Pension Benefit Guaranty Corporation__, a __Creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the __District of Columbia__ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $̶2̶0̶0̶.̶0̶0̶ with this motion for *pro hac vice* admission. *
   *PBGC is a U.S. Government agency and is exempt from paying filing fees.

Dated: __05/16/2023__

__Washington, DC__, N̶e̶w̶ ̶Y̶o̶r̶k̶

/s/ Erika E. Barnes
*Mailing Address*:

Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW, Washington, DC 20024
*E-mail address*: barnes.erika@pbgc.gov
*Telephone number*: (202) 229-3460