UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                   :

In re                                          :

**ZHANG MEDICAL P.C. d/b/a**        :        Case No. 23-10678-PB

**NEW HOPE FERTILITY CLINIC**    :        Chapter 11
                                            :        (Subchapter V)

                               Debtor.      :
-------------------------------------------------------x

**ORDER GRANTING DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER EXTENDING ITS TIME TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS AS OF MAY 15, 2023 PURSUANT TO FED. R. BANKR. PROC. 1007 AND <u>BANKRUPTCY CODE SECTION 1116</u>**

Upon the motion dated May 15, 2023 ( the "Motion") of Zhang Medical P.C. d/b/a New Hope Fertility Clinic (the "Debtor"), seeking authorization, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1116 of Title 11 of the U.S. Code (the "Bankruptcy Code") to extend the Debtor's time to file its Schedule of Assets and Liabilities, Statement of Financial Affairs, and all documents required by Bankruptcy Code Section 521 and Bankruptcy Rule 1007 as more fully described in the Motion (the "Schedules"); and the Court having jurisdiction to consider the Motion and the relief requested; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee (the "U.S. Trustee"), (ii) the Subchapter V Trustee, and (iii) **the entities set forth in the Notice of Electronic Filing accompanying the Motion**; ~~as directed by the Court;~~ and it appearing that no other or further notice need be provided; and **no objections**

**having been filed;** ~~a hearing having been held to consider the relief requested in the Motion ("Hearing"); and upon the record of the Hearing,~~ and upon all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **[PB 5/17/2023]**

      **ORDERED**, that the Motion is granted **as set forth herein**; and it is further **[PB 5/17/2023]**

      **ORDERED**, that Debtor shall file the Schedules no later than **5:00 p.m. on May 29, 2023**.

      **IT IS SO ORDERED.**

Dated:   New York, New York
           May 17, 2023

                                        /s/ Philip Bentley
                                        **Honorable Philip Bentley**
                                        **United States Bankruptcy Judge**