☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* ...................................................................   $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .................................................................   $ 10,177,278.84

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ...................................................................   $ 10,177,278.84

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................   +$ 5,797,128.17

4. **Total liabilities** ......................................................................................................................   $ 5,797,128.17
    Lines 2 + 3a + 3b

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                               $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Savings | 5   5   6   9 | $ 2,420.00 |
| 3.2. | See continuation sheet | | | $ 991,015.48 |

4. **Other cash equivalents** *(Identify all)*

    4.1. _____     $_____
    4.2. _____     $_____

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 993,435.48

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

                                                               **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1. _____     $_____
    7.2. _____     $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

8.1. Autopilot Review paid through 10/27/23     $ 2,600.00

8.2. _____     $ _____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.     $ 2,600.00

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   2,606,239.49 − 0.00 = ➡   $ 2,606,239.49

      face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:   708,910.04 − 0.00 = ➡   $ 708,910.04

      face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 3,315,149.53

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:     % of ownership:

15.1. NHFC Inc. d/b/a Life Consulting    0 %    Related entity owned b    $ 0.00

15.2. See continuation sheet    _____ %    _____    $ 4,818,884.83

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $ 4,818,884.83

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Medical, office, housekeeping, and marketing supplies | _____ MM / DD / YYYY | $ 179,000.00 | | $ 179,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 179,000.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.

     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Movable equipment | $ 430.00 | S/L | $ 430.00 |
| 40. **Office fixtures** <br> Operational Assets (Desks, Computers, Printers, Etc) | $ 50,000.00 | | $ 50,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Clinical Assets (Exam Tables, Pharmaceuticals) and Lab Assets (7 Lab Stations, Tanks) | $ 775,000.00 | | $ 775,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 825,430.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Fixed equipment, Leasehold improvements | $ 42,779.00 | S/L | $ 42,779.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 42,779.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>https://www.newhopefertility.com/ | $_____ | _____ | Unknown<br>$_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                        Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

See continuation sheet

$ Unknown

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet

$ Unknown

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 993,435.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,315,149.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 4,818,884.83 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 179,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 825,430.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 42,779.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 10,177,278.84 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................... 10,177,278.84 | | $ 10,177,278.84 |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Bank of America (Payroll)** | Checking | 5572 |
| **Balance: 194,670.88** | | |
| **Chase** | Savings | 3713 |
| **Balance: 504.08** | | |
| **Chase** | Checking | 1093 |
| **Balance: 1,881.94** | | |
| **Chase** | Checking | 2082 |
| **Balance: 10,200.49** | | |
| **Chase** | Checking | 7628 |
| **Balance: 71,315.02** | | |
| **Chase** | Savings | 7761 |
| **Balance: 500,115.47** | | |
| **Chase** | Savings | 7595 |
| **Balance: 993.53** | | |
| **Chase** | Checking | 9329 |
| **Balance: 21,292.81** | | |
| **Bank of America (Operating)** | Checking | 4557 |
| **Balance: 97,036.35** | | |
| **Chase** | Savings | 0665 |
| **Balance: 89,123.44** | | |
| **Chase** | Checking | 6621 |
| **Balance: 3,681.95** | | |
| **Bank of America Checking (Taxes)** | Checking | 5828 |
| **Balance: 199.52** | | |

**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | | | |
|---|---|---|---|
| **Sophia Practice Management Corp.** | 0% | **Related entity owned by Dr. John Zhang with no value.** | 0.00 |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| Darwin Life Inc. | 0% | Related entity owned by Dr. John Zhang with no value. | 1,471.02 |
| Zhang Management Inc. | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| Columbus Circle OB/GYN Services P.C (passthrough corporation) | 100% | Cash and AR. | 4,733,766.00 |
| Fertlink LLC (Inactive) | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| Green City Developments, LLC (pass through) | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| New Hope Fertility Long Island PLLC (inactive) | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| New Taste Management Inc. | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| New Hope-New Life Holding Company (passthrough) | 100% | Appears on 2020 taxes but debtor is inactive and has no value. | 0.00 |
| New Hope Columbus, Inc. | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| U.S Kitazato, Inc. | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| AIVF (Inactive) | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| American Home (inactive) | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| **Columbus Circle Gynecology P.C** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **The Catherine Foundation for Reproductive Medicine** | 100% | | Unknown |
| **American Home IVF LLC, (Inactive)** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **New Hope Women's Center, LLC. (Never active).** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **Amercian Mobile IVF LLC, (Inactive)** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **Sophia Practice Management Corp D/B/A New Hope Lab** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **New Beginnings Surrogacy Services, (Inactive 5 years ago)** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **New Hope Genomics, LLC. (Never active).** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **432 Park Avenue Ste 66A LLC** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **AIVF INC. (Inactive)** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **New Hope Fertility Brooklyn PLLC** | 0% | Related entity owned by Dr. John Zhang with no value. | 0.00 |
| **New Hope MSO Inc.** | 0% | Related entity owned by Dr. John Zhang. | 83,647.81 |

## Continuation Sheet for Official Form 206 A/B

**73) Interests in insurance policies or annuities**

| | |
|---|---|
| NYSIF Workers Compensation | Unknown |
| Oxford Employee Health Insurance | Unknown |
| Mutual of Omaha Short Term Disability and Life Insurance | Unknown |
| NYSIF Disability and Paid Family Leave | Unknown |
| Merchant's Advantage Plus General Liability | Unknown |
| Coverys Malpractice Insurance | Unknown |
| The Hartford Employment Liability Insurance | Unknown |
| Technology Insurance Company Cyber Insurance | Unknown |
| Guardian Employer Sponsored Insurance | Unknown |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| Zhang Medical P.C v. Legacy IVF LLC, New York County Supreme Case No. 652195/2019 | (1) Tortious Interference with Contract, (2) Tortious Interference with Business Relations, (3) Unfair Competition, (4) Misappropriation of Confidential Information and Trade Secrets, and (5) Defamation. | 6,000,000.00 | Unknown |
| Cause of action against Rejuvenating Fertility Center | Unauthorized use of debtor's images, name, and logo. | 0.00 | Unknown |
| Cause of action against New Hope Fertility Center in Mexico City | Unauthorized use of debtor's images, name, and logo. | 0.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name    Zhang Medical P.C. d/b/a New Hope Fertility Center

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known):    23-10678

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | |
|---|---|
| **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |

Do not deduct the value of collateral.

**2.1**

Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

_____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**

Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA, 19101-7346

As of the petition filing date, the claim is:   $ 0.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
NYC Dept. of Finance
66 John St.
Room 104
New York, NY, 10038

As of the petition filing date, the claim is:   $ 0.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY, 12205-0300

As of the petition filing date, the claim is:   $ 0.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
4 IMPRINT
101 Commerce Street

Oshkosh, WI, 54901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,919.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7098

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
5W Public Relations, LLC
3 Park Ave 19th Floor

New York, NY, 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,445.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
AAA All Voice and Data Inc - 5th Floor
5 Heron Drive

Marlboro, NJ, 07746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,440.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
ABM Building Value
14141 Southwest Freeway
Suite. 400
Sugar Land, TX, 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,434.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2460

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Advarra, Inc.
6100 Merriweather Dr.
Suite 600
Columbia, MD, 21044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,945.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Airgas USA LLC
6055 Rockside Woods Blvd

Independence, OH, 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,036.39

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0639

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Apthorp Pharmacy / RG Drug Group
2191 Broadway

New York, NY, 10024-6611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,857.32

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Astec Bio USA Inc
10 Keith Way

Hingham, MA, 02043-4259

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,684.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

Banc of America Leasing & Capital LLC
555 California St FL 4
San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Bank of America
PO Box 982238
El Paso, TX, 79998

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan Agreement

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

BIO RAD
1000 Alfred Nobel Drive

Hercules, CA, 94547

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 720.35

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | 5453 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

BioReference Laboratories Patient Pay
PO Box 21134

New York, NY, 10087-1134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    H516

$ 4,822.25

---

**3.13** Nonpriority creditor's name and mailing address

Blalock Walters, P.A.
PO Box 469

Bradenton, FL, 34206-0469

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    -005

$ 1,745.00

---

**3.14** Nonpriority creditor's name and mailing address

Bracco Diagnostics
259 Prospect Plains Road Building H

Monroe Township, NJ, 08831

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.15** Nonpriority creditor's name and mailing address

Bread & Honey
941 8th Ave

New York, NY, 10019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 1,829.49

---

**3.16** Nonpriority creditor's name and mailing address

CCB Kitazato LLC
11915 La Grange Ave

Los Angeles, CA, 90025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    0116

$ 11,334.90

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Change Healthcare
5995 Windward Parkway
MSTP 4901
Alparetta, GA, 30005

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 2614

$ 644.22

---

**3.18** Nonpriority creditor's name and mailing address

Citibank N.A
The Home Depot
P.O. Box 790034
Saint Louis, MO, 63179-9979

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.19** Nonpriority creditor's name and mailing address

CLC
100 West 93rd Street
6C
New York, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.20** Nonpriority creditor's name and mailing address

Clinical Research Strategies, LLC
6400 Brooktree Ct

Wexford, PA, 15090

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.21** Nonpriority creditor's name and mailing address

Cognizant
300 Frank W Burr Blvd
Suite 36
Teaneck, NJ, 07666

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 51,489.19

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

### 3.22 Nonpriority creditor's name and mailing address

Cook Medical LLC
22988 Network Place

Chicago, IL, 60673-1229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,829.88

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    76-2

---

### 3.23 Nonpriority creditor's name and mailing address

Cooper Surgical, Inc.
PO Box 714643

Cincinnati, OH, 45271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,428.97

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    5950

---

### 3.24 Nonpriority creditor's name and mailing address

CooperGenomics Inc
PO Box 714643

Cincinnati, OH, 45271-4363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 922,042.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    Y019

---

### 3.25 Nonpriority creditor's name and mailing address

Cryostar Industries, Inc.
109 Urban Ave

Westbury, NY, 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 647.81

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    2482

---

### 3.26 Nonpriority creditor's name and mailing address

CT Corporation
PO Box 4349

Carol Stream, IL, 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    1736

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3. 27**    **Nonpriority creditor's name and mailing address**

De Lage Landen Financial 500-50388325
PO Box 825736

Philadelphia, PA, 19182-5736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financing service

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    8325

$ 1,143.01

---

**3. 28**    **Nonpriority creditor's name and mailing address**

Dennis Basso
825 Madison Ave

New York, NY, 10065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    7858

$ 108.88

---

**3. 29**    **Nonpriority creditor's name and mailing address**

E.R (pseudonym/fictitious name)
c/o Joel M Rubenstein
19 West 44th Street, Suite 1500
New York, NY, 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Lawsuit.

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3. 30**    **Nonpriority creditor's name and mailing address**

EB Employee Solutions, LLC
Box #791293

Baltimore, MD, 21279-1293

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,492.50

---

**3. 31**    **Nonpriority creditor's name and mailing address**

EBM IT Solutions Provider
35 Nutmeg Dr.

Trumbull, CT, 06611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 31,690.25

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 32 **Nonpriority creditor's name and mailing address**

Emcor Services New York/New Jersey, Inc.
5 Dakota Dr
#111
New Hyde Park, NY, 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,282.55

**Date or dates debt was incurred**

**Last 4 digits of account number** 8676

---

**3.** 33 **Nonpriority creditor's name and mailing address**

EngagedMD, LLC
PO Box 4668 PMB 39776

New York, NY, 10163-4668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,810.50

**Date or dates debt was incurred**

**Last 4 digits of account number** 4qzi

---

**3.** 34 **Nonpriority creditor's name and mailing address**

Epstein Becker & Green, P.C.
875 3rd Ave

New York, NY, 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,378.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Fisher Healthcare
PO Box 3648

Boston, MA, 02241-3648

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,970.02

**Date or dates debt was incurred**

**Last 4 digits of account number** -001

---

**3.** 36 **Nonpriority creditor's name and mailing address**

Floreal, Inc.
319 West 100 Street
#B
New York, NY, 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,919.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**37 **Nonpriority creditor's name and mailing address**

FRIER LEVITT
84 Bloomfield Ave

Pine Brook, NJ, 07058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Healthcare Law Firm

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,742.50

---

**3.**38 **Nonpriority creditor's name and mailing address**

Future Family
9702 Gayton Rd. #165

Richmond, VA, 23238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fertility financing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 790.00

---

**3.**39 **Nonpriority creditor's name and mailing address**

GE Precision Healthcare LLC
9900 W Innovation Dr.

Wauwatosa, WI, 53226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  2971

$ 2,993.98

---

**3.**40 **Nonpriority creditor's name and mailing address**

Georgette Fleischer
19 Cleveland Place Apt. 4H
New York, NY, 10012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pending claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.**41 **Nonpriority creditor's name and mailing address**

GLL BVK Columbus Circle LLC
125 West 55th Street

New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Commercial Lease Obligations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,222,290.66

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

Global Med Systems, LLC
95 Brook Ave

Deer Park, NY, 11729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,066.98

---

**3.43** **Nonpriority creditor's name and mailing address**

Graduate Pest Control, Inc.
641 6 Ave West East

Northport, NY, 11731

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number      1312

$ 489.94

---

**3.44** **Nonpriority creditor's name and mailing address**

GRM Information Management Services, Inc.
215 Coles Street

Jersey City, NJ, 07310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number      4437

$ 477.32

---

**3.45** **Nonpriority creditor's name and mailing address**

Guardian Life Insurance - Disability & PFL
10 Hudson Yards

New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,227.33

---

**3.46** **Nonpriority creditor's name and mailing address**

Guo Qiang Chen
c/o Ying Liu
41-60 Main Street Ste. 208A
Flushing, NY, 11355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Pending lawsuit.

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

HealthCare Financial Services
PO Box 641419

Pittsburgh, PA, 15264-1419

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1-9)

$ 4,668.16

---

**3.48** Nonpriority creditor's name and mailing address

Henry Schein
135 Duryea Road

Melville, NY, 11747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   4956

$ 54,918.43

---

**3.49** Nonpriority creditor's name and mailing address

Henry York Advertising
267 5th Ave
suite 914
New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 261.82

---

**3.50** Nonpriority creditor's name and mailing address

Illumina, Inc.
12864 Collection Center Dr.

Chicago, IL, 60693-0128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   8657

$ 12,055.41

---

**3.51** Nonpriority creditor's name and mailing address

ImageFirst
PO Box 844891

Boston, MA, 02284-4891

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   O010

$ 2,901.00

---

| Debtor | Zhang Medical P.C. d/b/a New Hope Fertility Center | Case number _(if known)_ | 23-10678 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

IPFS
PO Box 32144

New York, NY, 10087-2144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5799

$ 17,120.97

---

**3.53** Nonpriority creditor's name and mailing address

Juan Cheng
c/o Ying Liu
41-60 Main Street Ste. 208A
Flushing, NY, 11355

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pending lawsuit.

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.54** Nonpriority creditor's name and mailing address

KIMOY Studios Architecture DPC
134 W 29th St
#809
New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,475.26

---

**3.55** Nonpriority creditor's name and mailing address

Konica Minolta Business Solution
21146 Network Place

Chicago, IL, 60673-1211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    4608

$ 0.00

---

**3.56** Nonpriority creditor's name and mailing address

Laboratory Corporation of America Holdings
PO Box 12140

Burlington, NC, 27216-2140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5245

$ 4,929.13

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

LeadSquared Inc.
510 Thornall St
#210
Edison, NJ, 08837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 15,750.00

Date or dates debt was incurred _____

Last 4 digits of account number 8970

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Life Global Group, LLC
393 Soundview Rd

Guilford, CT, 06437

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Life Technologies Corporation
5781 Van Allen Way

Carlsbad, CA, 92008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 18,056.99

Date or dates debt was incurred _____

Last 4 digits of account number 0309

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Manhattan Printing
267 5th Avenue

New York, NY, 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 261.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

MatTek Corporation
200 Homer Ave

Ashland, MA, 01721

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,526.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 62** Nonpriority creditor's name and mailing address

MedCal Pharmacy LLC
6010 Bay Parkway

Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,800.00

---

**3. 63** Nonpriority creditor's name and mailing address

Metro Drugs
931 Lexington Ave

New York, NY, 10065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __NG01__

$ 11,342.06

---

**3. 64** Nonpriority creditor's name and mailing address

Mettler-Toledo Rainin, LLC
7500 Edgewater Dr

Oakland, CA, 94621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __0053__

$ 1,734.90

---

**3. 65** Nonpriority creditor's name and mailing address

Mobie Experiential Trucks
12816 Inglewood Ave
Unite 564
Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1.00

---

**3. 66** Nonpriority creditor's name and mailing address

MRC Holland BV
Willem Schoutenstraat 1
1057 DL Amsterrdam
the Netherlands

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __2301__

$ 5,715.51

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67  Nonpriority creditor's name and mailing address**

Natera, Inc.
201 Industrial Road
Suite 410
San Carlos, CA, 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 792.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68  Nonpriority creditor's name and mailing address**

New England Independent Review Board, LLC
212 Carnegie Center
Ste. 310
Princeton, NJ, 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,969.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69  Nonpriority creditor's name and mailing address**

New Golden Horse Car & Limo Service Inc
30-50 Whitestone Expy

Flushing, NY, 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 116.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2958

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70  Nonpriority creditor's name and mailing address**

Nixon Peabody LLP
1300 Clinton Square

Rochester, NY, 14604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Law firm

$ 5,525.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5519

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71  Nonpriority creditor's name and mailing address**

Olympus America Inc
3500 Corporate Parkway

Center Valley, PA, 18034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 5,367.29

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7432

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 72 **Nonpriority creditor's name and mailing address**

Origio, Inc.
95 Corporate Drive

Trumbull, CT, 06611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,217.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    5950

---

**3.** 73 **Nonpriority creditor's name and mailing address**

Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW
Washington, DC, 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 74 **Nonpriority creditor's name and mailing address**

Pitney Bowes
27 Waterview Dr.

Shelton, CT, 06484-9768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 579.96

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    8845

---

**3.** 75 **Nonpriority creditor's name and mailing address**

Progenity
PO BOx 4155

Sarasota, FL, 34230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ -10.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    2968

---

**3.** 76 **Nonpriority creditor's name and mailing address**

Qvera LLC
265 N Main St
Ste D140
Kaysville, UT, 84037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 378.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **77** **Nonpriority creditor's name and mailing address**

Reprobiotech Corp.
PO Box 3605

New Hyde Park, NY, 11040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,019.00

---

**3.** **78** **Nonpriority creditor's name and mailing address**

RingCentral Inc.
20 Davis Drive

Belmont, CA, 94002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9016

$ 8,344.59

---

**3.** **79** **Nonpriority creditor's name and mailing address**

Roche Diagnostics
9115 Hague Road
PO Box 50457
Indianapolis, IN, 46250-0457

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9962

$ 49,870.29

---

**3.** **80** **Nonpriority creditor's name and mailing address**

SEO Brand
150 E Palmetto Park Rd
Suite 800
Boca Raton, FL, 33432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 19,375.00

---

**3.** **81** **Nonpriority creditor's name and mailing address**

Sessions, Israel & Shartle
3850 N. Causeway Blvd.
Suite 200
Metairie, LA, 70002-7227

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Law firm.

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 0146

$ 741.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.82** Nonpriority creditor's name and mailing address

Sharps Compliance, Inc
PO Box 679502

Dallas, TX, 75267-9502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,981.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Skyland Construction
39 West 32nd St.
Ste. 900
New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 1,030,824.97

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Slomin's - Alarm
125 Lauman Lane

Hicksville, NY, 11801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 23,294.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5919

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

Staples
PO Box 70242

Philadelphia, PA, 19176-0242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,054.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 5999

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Strategic Business Communication
1979 Marcus Avenue, Suite 210

Lake Success, NY, 11042-1022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Technical Safety Services LLC
40 Burt Dr
STE 9
Deer Park, NY, 11729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    HF01

$ 1,052.22

---

**3.88** **Nonpriority creditor's name and mailing address**

Telelanguage Inc.
10801 Mastin Blvd
Ste. 580
Overland Park, KS, 66210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7.43

---

**3.89** **Nonpriority creditor's name and mailing address**

Thermo Fisher Financial - 50271361
PO Box 825736

Philadelphia, PA, 19182-5736

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    2541

$ 6,365.00

---

**3.90** **Nonpriority creditor's name and mailing address**

Tosoh Bioscience Inc
PO Box 712415

Cincinnati, OH, 45271

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    4695

$ 27,702.00

---

**3.91** **Nonpriority creditor's name and mailing address**

U.S Bank
c/o Jessica J. Buehler
1310 Madrid Street
Marshall, MN, 56258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    7000

$ Unknown

---

| Debtor | Zhang Medical P.C. d/b/a New Hope Fertility Center | Case number (if known) | 23-10678 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92 Nonpriority creditor's name and mailing address**
Uline
700 Uline Way

Allentown, PA, 18106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number 2475

$ 2,813.00

**3.93 Nonpriority creditor's name and mailing address**
United Ad Label
1750 Wallace Avenue

St. Charles, IL, 60174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number 0001

$ 415.37

**3.94 Nonpriority creditor's name and mailing address**
United Healthcare Insurance Company
Attn: CDM/BANKRUPTCY
185 Asylum Street 03B
Hartford, CT, 06103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 2,204.79

**3.95 Nonpriority creditor's name and mailing address**
US KITAZATO
27W 60th Street
PO Box 20221
New York, NY, 10023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3.96 Nonpriority creditor's name and mailing address**
USA Scientific, Inc.
PO Box 3565

Ocala, FL, 34478

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number 7872

$ 257.54

| Debtor | Zhang Medical P.C. d/b/a New Hope Fertility Center | Case number (if known) | 23-10678 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** Nonpriority creditor's name and mailing address

Verizon - 8552412635 241.50
PO Box 5156

Tampa, FL, 33675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   1-17

$ 249.11

---

**3.98** Nonpriority creditor's name and mailing address

Verizon - XO Communication
PO Box 15043

Albany, NY, 12212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   7446

$ 1,385.48

---

**3.99** Nonpriority creditor's name and mailing address

Vitrolife Inc
3601 S Inca St

Englewood, CO, 80110-3430

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   2943

$ 26,289.06

---

**3.100** Nonpriority creditor's name and mailing address

Voyce, Inc.
1580 Sawgrass Corporate Pkwy
STE 110
Sunrise, FL, 33323

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 249.00

---

**3.101** Nonpriority creditor's name and mailing address

VWR International, LLC
100 Matsonford Road
Radnor Corporate Center Building One, Suite 200
Radnor, PA, 19087-8660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   1532

$ 4,353.19

---

Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 102    **Nonpriority creditor's name and mailing address**

WB Mason Co., Inc.
59 Centre Street

Brockton, MA, 02301

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    4924

$ 422.40

---

**3.** 103    **Nonpriority creditor's name and mailing address**

Xue & Associate P.C.
1 School Street
Suite 303A
Glen Cove, NY, 11542

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,093.90

---

**3.** ___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.** ___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

---

**3.** ___    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Liu & Shields LLP<br>c/o Carolyn J. Shields<br>136-65 37th Aveune Ste. 212<br>Flushing, NY, 11354 | Line 3.53<br>☐ Not listed. Explain: | _____ |
| 4.2. | Rubin LLC<br>c/o Paul A. Rubin<br>11 Broadway, Suite 715<br>New York, NY, 10004 | Line 3.41<br>☐ Not listed. Explain | _____ |
| 4.3. | Stern, Tannenbaum & Bell, LLP<br>c/o Karen S. Frieman<br>380 Lexington Avenue<br>New York, NY, 10168 | Line 3.41<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 5,797,128.17 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,797,128.17 |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on _Schedule A/B: Assets - Real and Personal Property_ (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Payer Contract | CIGNA<br>900 Cottage Grove Rd<br>Bloomfield, CT, 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Tesla Model X 2022<br>Lessee | Tesla Motors New York LLC<br>160 Van Brunt Street<br>Brooklyn, NY, 11231 |
| | State the term remaining | Until 01/23/2025. | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of debtor's principal place of business.<br>Lessee | GLL BVK Columbus Circle LLC<br>c/o GLL Real Estate Partners, Inc<br>200 Park Avenue South, Suite 1707<br>New York, NY, 10003 |
| | State the term remaining | Ends 4/9/35 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | GE Healthcare equipment<br>Lessee | GE HFS, LLC<br>9900 W. Innovation Dr.<br>Milwaukee, WI, 53226 |
| | State the term remaining | 11/19/2024 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2  GE Versana Active 1.5<br>Ultrasound Machines.<br>Lessee | NewLane Finance<br>123 S Broad St 17th floor<br>Philadelphia, PA, 19109 |
| | State the term remaining | 3/26/2025 | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number o any government contract | GE Healthcare equipment. Lessee<br><br><br>07/16/2024 | GE HFS, LLC<br>9900 W. Innovation Dr.<br>Milwaukee, WI, 53226 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GE Healthcare equipment. Lessee<br><br><br>07/17/2024 | GE HFS, LLC<br>9900 W. Innovation Dr.<br>Milwaukee, WI, 53226 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GE Healthcare equipment. Lessee<br><br><br>8/23/2024 | GE HFS, LLC<br>9900 W. Innovation Dr.<br>Milwaukee, WI, 53226 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Primary Supplier Agreement Lessee<br><br><br>11/1/2023 | Henry Schein Medical<br>601 W 168th St<br>New York, NY, 10032 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Copiers/printers lease Lessee<br><br><br>4/22/2024 | Konica Minolta Premier Finance<br>101 Williams Drive<br>Ramsey, NJ, 07446 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | First Data Merchant Services, LLC a payment processing service with Wells Fargo as the sponsoring bank | CardConnect<br>1000 Continental Drive, Suite 300<br>Jenkintown, PA, 19046 |
| 2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | GE HFS, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.2<br><br>Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | GE HFS, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.3<br><br>Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | GE HFS, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.4<br><br>Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | GE HFS, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.5<br><br>Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | NewLane Finance | ☐ D<br>☐ E/F<br>☑ G |
| 2.6<br><br>New Hope MSO | New Hope MSO<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Zhang Medical P.C. d/b/a New Hope Fertility Center
          Name
                                                    Case number (if known) 23-10678



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 CCOGS | CCOGS<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 New Hope MSO | New Hope MSO<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Banc of America Leasing & Capital LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 Zhang Management | Zhang Management<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 New Hope Columbus | New Hope Columbus<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 NHFC Inc. | NHFC Inc.<br>4 Columbus Cir. Fl. 4\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | Banc of America Leasing & Capital LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | Georgette Fleischer | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Dr. John Zhang | Dr. John Zhang<br>4 Columbus Circle, 4th Floor\rNew York, NY 10019 | Tesla Motors New York LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| Debtor name | Zhang Medical P.C. d/b/a New Hope Fertility Center |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | 23-10678 |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/23/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 8,829,362.00 |
   | **For prior year:** | From 01/23/2022<br>MM / DD / YYYY | to | 02/22/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 27,031,080.00 |
   | **For the year before that:** | From 01/23/2021<br>MM / DD / YYYY | to | 02/22/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 28,601,036.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
   | **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
   | **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | See attached.<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Georgette Fleischer v. John J. Zhang M.D. et al | Torts | New York County Supreme | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>100163/2022 | | 60 Centre St<br>New York, NY 10007 | |
| 7.2. | GLL BVK Columbus Circle LLC v. Zhang Medical, P.C. d/b/a New Hope Fertility Center | Landlord/Tenant | New York County Supreme | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>651900/2023 | | 60 Centre St<br>New York, NY 10007 | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pardalis & Nohavicka, LLP | | 04/2023 | $ 50,000.00 |
| | **Address** | | | |
| | 950 3rd Ave 11th floor New York, NY 10022 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Zhang Medical Center | | |
| | Facility name | | |
| | 4 Columbus Cir., 4th floor<br>New York, NY 10019 | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | | | |
| | Facility name | | |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  Personal, Financial, Medical.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Defined Benefit Pension plan administered by EZ Pension | EIN: 13-4199700 |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Storage facility<br>Name | | Medical records. Details to be provided. | ☑ No<br>☐ Yes |
| Address | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| New Hope MSO<br>Name<br>(Related Entity) | New Hope Fertility Center\r4 Columbus Cir 4th floor, NY 10019 | Medical equipment. | $ Unknown |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. NEW HOPE-NEW LIFE HOLDING COMPANY<br>Name<br>4 COLUMBUS CIRCLE 4TH<br>FL\rNew York, NY 10019 | Pass through corp | EIN: 27-2322526<br><br>Dates business existed<br><br>From _____    To _____ |
| 25.2.<br>**Business name and address**<br>COLUMBUS CIRCLE OB/GYN SERVICES<br>Name<br>4 COLUMBUS CIRCLE 4TH<br>FL\rNew York, NY 10019 | **Describe the nature of the business**<br>Pass through corp | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: 81-0855566<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3.<br>**Business name and address**<br>_____<br>Name | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1. Perry D'Alessio<br>Name<br>350 5th Ave Suite 5260, New York, NY 10118 | From 01/01/2022<br>To 04/30/2023 |
| 26a.2. Hyton Accounting<br>Name<br>107 E Broadway #2fl, New York, NY 10002 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1.<br>Name | From _____<br>To _____ |
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1.<br>Name | |

Debtor    Zhang Medical P.C. d/b/a New Hope Fertility Center
         _____    Case number (*if known*) 23-10678
         Name                                            _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. GLL BVK Columbus Circle LLC<br>_____<br>Name<br>125 West 55th Street, New York, NY 10019 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. John Zhang | 4 Columbus Circle, 4th Floor, New York, NY 10019 | Sole owner | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mindy Eng, Former COO | 4 Columbus Circle, 4th Floor, New York, NY 10019 | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Adnan Tahirovic | 151,461.57 | _____ | Salary. |
| | Name | | | |
| | 4 Columbus Circle, 4th Floor | | _____ | |
| | New York, NY 10019 | | | |
| | | | _____ | |
| | **Relationship to debtor** | | | |
| | Chief Operating Officer | | _____ | |

| Name and address of recipient | 77,000.04 | | Salary |
|---|---|---|---|
| 30.2 Chloe Cai | | _____ | |
| Name | | | |
| 4 Columbus Circle, 4th Floor | | _____ | |
| New York, NY 10019 | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| Chief Executive Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Defined Benefit Pension plan administered by EZ Pension | EIN: 13-4199700 |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/29/2023
               MM  / DD  / YYYY

✘ /s/ Dr. John J. Zhang                                    Printed name  Dr. John J. Zhang
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Cheng et al v. Zhang Medical P.C. et al**

**1:21-cv-06682**

**362 Torts - Personal Injury - Medical Malpractice**

**New York Southern District Court**

**500 Pearl St, New York, NY 10007**

**Concluded**

**-------**

**E. R. - v. - NEW HOPE FERTILITY CENTER**

**161252/2017**

**Torts- Other.**

**New York County Supreme**

**60 Centre St, New York, NY 10007**

**Pending**

**-------**

**17) Pension Contributions**

**Profit sharing plan        13-4199700**
**administered by Mutual**
**of America**

**21) Property held for another**

**Patients**

**,**

**Debtor holds frozen embryos, oocytes, and sperm for its patients in its**
**regular course of business.**

**Value: Unknown**

**---**

**26a) Bookkeepers**

**Friedman LLP          One Liberty Plaza,**
**Accountants &         165 Broadway 21st**
**Advisor               Floor, New York,**
**                      NY 10006**

## Continuation Sheet for Official Form 207

```
Vivian Zhou (Z&X        350 5th Ave #5911,
CPA's LLC)              New York, NY 10118

Eric & Young LLC        222 Bruce Reynolds
                        Blvd. Suite 310,
                        Fort Lee, NJ 07024
```

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Dr. John Zhang**

**4 Columbus Circle, 4th Floor**
**New York, NY 10019**

**Amount of money or description: $2,650,978.62**

**Dates: - , - , -**

**Reason: Salary and draws.**

**---**

**Name and Address:**

**Mindy Eng**

**4 Columbus Circle, 4th Floor**
**New York, NY 10019**

**Amount of money or description: $82,762.58**

**Dates: - , - , -**

**Reason: Salary.**

**---**

**32) Pension Contributions**

**Profit sharing plan administered by    13-4199700**
**Mutual of America**

90 Days Transactions for Creditors Who Received More Than $7,575 During That Period

| Date | Creditor | Amount |
|------|----------|--------|
| 02/17/2023 | 5W Public Relations, LLC | $ 425.00 |
| 02/17/2023 | 5W Public Relations, LLC | $ 10,000.00 |
| 04/26/2023 | 5W Public Relations, LLC | $ 20.92 |
| 02/16/2023 | 5W Public Relations, LLC | $ 10,425.00 |
| 02/17/2023 | 5W Public Relations, LLC | $ (10,425.00) |
| 02/03/2023 | Airgas USA LLC | $ 2,877.41 |
| 02/03/2023 | Airgas USA LLC | $ 1,187.37 |
| 03/03/2023 | Airgas USA LLC | $ 1,222.34 |
| 03/03/2023 | Airgas USA LLC | $ 1,037.85 |
| 03/03/2023 | Airgas USA LLC | $ 554.12 |
| 03/03/2023 | Airgas USA LLC | $ 1,177.58 |
| 03/13/2023 | Airgas USA LLC | $ 2,880.09 |
| 03/13/2023 | Airgas USA LLC | $ 1,134.99 |
| 03/13/2023 | Airgas USA LLC | $ 1,134.99 |
| 03/13/2023 | Airgas USA LLC | $ 1,187.37 |
| 03/31/2023 | Airgas USA LLC | $ 1,134.99 |
| 03/31/2023 | Airgas USA LLC | $ 1,377.34 |
| 04/04/2023 | Airgas USA LLC | $ 2,579.72 |
| 04/04/2023 | Airgas USA LLC | $ 1,371.86 |
| 04/04/2023 | Airgas USA LLC | $ 1,212.55 |
| 02/24/2023 | Apthorp Pharmacy / RG Drug Group | $ 408.52 |
| 03/31/2023 | Apthorp Pharmacy / RG Drug Group | $ 2,881.51 |
| 02/24/2023 | Apthorp Pharmacy / RG Drug Group | $ 4,804.80 |
| 03/31/2023 | Apthorp Pharmacy / RG Drug Group | $ 4,804.80 |
| 02/06/2023 | Azalea Health Innovations, Inc. | $ 4,617.60 |
| 02/24/2023 | Azalea Health Innovations, Inc. | $ 4,611.00 |
| 03/31/2023 | Azalea Health Innovations, Inc. | $ 4,611.00 |
| 04/10/2023 | Azalea Health Innovations, Inc. | $ 4,611.00 |
| 04/04/2023 | CCB Kitazato LLC | $ 10,886.35 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 611.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 611.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 92.41 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |
| 03/29/2023 | Change Healthcare | 644.22 |

| | | | |
|---|---|---|---|
| 03/29/2023 | Change Healthcare | $ | 72.76 |
| 03/29/2023 | Change Healthcare | $ | 53.11 |
| 03/29/2023 | Change Healthcare | $ | 72.76 |
| 03/29/2023 | Change Healthcare | $ | 15.14 |
| 03/29/2023 | Change Healthcare | $ | 19.97 |
| 03/29/2023 | Change Healthcare | $ | 33.46 |
| 03/29/2023 | Change Healthcare | $ | 18.64 |
| 03/29/2023 | Change Healthcare | $ | 18.95 |
| 03/29/2023 | Change Healthcare | $ | 13.45 |
| 03/29/2023 | Change Healthcare | $ | 18.64 |
| 03/29/2023 | Change Healthcare | $ | 33.46 |
| 03/29/2023 | Change Healthcare | $ | 13.45 |
| 02/08/2023 | Con Edison | $ | 4,133.15 |
| 03/02/2023 | Con Edison | $ | 31.72 |
| 03/02/2023 | Con Edison | $ | 35.84 |
| 03/02/2023 | Con Edison | $ | 98.31 |
| 03/06/2023 | Con Edison | $ | 31.72 |
| 03/10/2023 | Con Edison | $ | 3,834.72 |
| 03/31/2023 | Con Edison | $ | 33.70 |
| 03/31/2023 | Con Edison | $ | 104.26 |
| 03/31/2023 | Con Edison | $ | 36.51 |
| 03/31/2023 | Con Edison | $ | 32.76 |
| 04/10/2023 | Con Edison | $ | 3,242.36 |
| 02/03/2023 | Cooper Surgical Inc - Embryo Options | $ | 21,743.05 |
| 04/06/2023 | Cooper Surgical Inc - Embryo Options | $ | 17,824.09 |
| 02/10/2023 | Cooper Surgical, Inc. | $ | 1,799.32 |
| 04/21/2023 | Donor 1 | $ | 8,000.00 |
| 02/06/2023 | Cryotech America, LLC | $ | 8,672.13 |
| 02/10/2023 | Cryotech America, LLC | $ | 9,675.00 |
| 03/03/2023 | Cryotech America, LLC | $ | 2,290.00 |
| 03/31/2023 | D'Alessio Tocci & Pell, LLP | $ | 4,147.50 |
| 04/04/2023 | D'Alessio Tocci & Pell, LLP | $ | 8,700.00 |
| 04/28/2023 | D'Alessio Tocci & Pell, LLP | $ | 2,625.00 |
| 04/28/2023 | D'Alessio Tocci & Pell, LLP | $ | 35,000.00 |
| 02/03/2023 | D'Alessio Tocci & Pell, LLP | $ | (14,553.75) |
| 02/07/2023 | D'Alessio Tocci & Pell, LLP | $ | 14,553.75 |
| 02/03/2023 | Data Innovations LLC | $ | 955.80 |
| 02/03/2023 | Data Innovations LLC | $ | 6,750.00 |
| 02/03/2023 | Data Innovations LLC | $ | 690.00 |
| 02/03/2023 | Data Innovations LLC | $ | 4,620.00 |
| 02/03/2023 | Data Innovations LLC | $ | 556.09 |
| 02/10/2023 | Experimental Culture Media Productions and Consignment, LLC | $ | 1,438.92 |
| 02/10/2023 | Experimental Culture Media Productions and Consignment, LLC | $ | 3,491.16 |
| 03/31/2023 | Experimental Culture Media Productions and Consignment, LLC | $ | 2,166.87 |
| 03/31/2023 | Experimental Culture Media Productions and Consignment, LLC | $ | 400.28 |
| 04/04/2023 | Experimental Culture Media Productions and Consignment, LLC | $ | 3,801.53 |
| 02/02/2023 | Facebook | $ | 900.00 |
| 02/04/2023 | Facebook | $ | 900.00 |

| Date | Vendor | | Amount |
|---|---|---|---|
| 02/06/2023 | Facebook | $ | 900.00 |
| 02/09/2023 | Facebook | $ | 900.00 |
| 02/11/2023 | Facebook | $ | 900.00 |
| 02/13/2023 | Facebook | $ | 900.00 |
| 02/15/2023 | Facebook | $ | 900.00 |
| 02/17/2023 | Facebook | $ | 180.39 |
| 02/18/2023 | Facebook | $ | 900.00 |
| 02/20/2023 | Facebook | $ | 900.00 |
| 02/23/2023 | Facebook | $ | 900.00 |
| 02/24/2023 | Facebook | $ | 75.66 |
| 02/25/2023 | Facebook | $ | 900.00 |
| 02/28/2023 | Facebook | $ | 900.00 |
| 03/02/2023 | Facebook | $ | 17.77 |
| 03/02/2023 | Facebook | $ | 900.00 |
| 03/04/2023 | Facebook | $ | 900.00 |
| 03/07/2023 | Facebook | $ | 900.00 |
| 03/08/2023 | Facebook | $ | 600.00 |
| 03/09/2023 | Facebook | $ | 900.00 |
| 03/12/2023 | Facebook | $ | 900.00 |
| 03/14/2023 | Facebook | $ | 900.00 |
| 03/16/2023 | Facebook | $ | 900.00 |
| 03/17/2023 | Facebook | $ | 224.16 |
| 03/19/2023 | Facebook | $ | 900.00 |
| 03/21/2023 | Facebook | $ | 900.00 |
| 03/23/2023 | Facebook | $ | 900.00 |
| 03/24/2023 | Facebook | $ | 1.49 |
| 03/26/2023 | Facebook | $ | 900.00 |
| 03/28/2023 | Facebook | $ | 900.00 |
| 04/01/2023 | Facebook | $ | 900.00 |
| 04/02/2023 | Facebook | $ | 91.75 |
| 04/04/2023 | Facebook | $ | 900.00 |
| 04/05/2023 | Facebook | $ | 599.99 |
| 04/06/2023 | Facebook | $ | 900.00 |
| 04/09/2023 | Facebook | $ | 900.00 |
| 04/11/2023 | Facebook | $ | 900.00 |
| 04/13/2023 | Facebook | $ | 900.00 |
| 04/16/2023 | Facebook | $ | 900.00 |
| 04/17/2023 | Facebook | $ | 326.85 |
| 04/18/2023 | Facebook | $ | 900.00 |
| 02/02/2023 | Google*ADWS | $ | 500.00 |
| 02/03/2023 | Google*ADWS | $ | 500.00 |
| 02/04/2023 | Google*ADWS | $ | 500.00 |
| 02/06/2023 | Google*ADWS | $ | 500.00 |
| 02/06/2023 | Google*ADWS | $ | 500.00 |
| 02/08/2023 | Google*ADWS | $ | 500.00 |
| 02/08/2023 | Google*ADWS | $ | 500.00 |
| 02/09/2023 | Google*ADWS | $ | 500.00 |
| 02/10/2023 | Google*ADWS | $ | 500.00 |

| 02/11/2023 | Google*ADWS | $ | 500.00 |
|---|---|---|---|
| 02/12/2023 | Google*ADWS | $ | 500.00 |
| 02/13/2023 | Google*ADWS | $ | 500.00 |
| 02/14/2023 | Google*ADWS | $ | 500.00 |
| 02/15/2023 | Google*ADWS | $ | 500.00 |
| 02/16/2023 | Google*ADWS | $ | 500.00 |
| 02/16/2023 | Google*ADWS | $ | 500.00 |
| 02/18/2023 | Google*ADWS | $ | 500.00 |
| 02/20/2023 | Google*ADWS | $ | 500.00 |
| 02/22/2023 | Google*ADWS | $ | 500.00 |
| 02/23/2023 | Google*ADWS | $ | 500.00 |
| 02/25/2023 | Google*ADWS | $ | 500.00 |
| 02/27/2023 | Google*ADWS | $ | 500.00 |
| 03/02/2023 | Google*ADWS | $ | 500.00 |
| 03/03/2023 | Google*ADWS | $ | 500.00 |
| 03/04/2023 | Google*ADWS | $ | 500.00 |
| 03/05/2023 | Google*ADWS | $ | 500.00 |
| 03/06/2023 | Google*ADWS | $ | 500.00 |
| 03/07/2023 | Google*ADWS | $ | 500.00 |
| 03/09/2023 | Google*ADWS | $ | 500.00 |
| 03/10/2023 | Google*ADWS | $ | 500.00 |
| 03/11/2023 | Google*ADWS | $ | 500.00 |
| 03/13/2023 | Google*ADWS | $ | 500.00 |
| 03/14/2023 | Google*ADWS | $ | 500.00 |
| 03/15/2023 | Google*ADWS | $ | 500.00 |
| 03/16/2023 | Google*ADWS | $ | 500.00 |
| 03/17/2023 | Google*ADWS | $ | 500.00 |
| 03/18/2023 | Google*ADWS | $ | 500.00 |
| 03/19/2023 | Google*ADWS | $ | 500.00 |
| 03/20/2023 | Google*ADWS | $ | 500.00 |
| 03/22/2023 | Google*ADWS | $ | 500.00 |
| 03/22/2023 | Google*ADWS | $ | 500.00 |
| 03/23/2023 | Google*ADWS | $ | 500.00 |
| 03/24/2023 | Google*ADWS | $ | 500.00 |
| 03/26/2023 | Google*ADWS | $ | 500.00 |
| 03/27/2023 | Google*ADWS | $ | 500.00 |
| 03/27/2023 | Google*ADWS | $ | 500.00 |
| 03/28/2023 | Google*ADWS | $ | 500.00 |
| 03/29/2023 | Google*ADWS | $ | 500.00 |
| 03/30/2023 | Google*ADWS | $ | 500.00 |
| 04/02/2023 | Google*ADWS | $ | 500.00 |
| 04/03/2023 | Google*ADWS | $ | 500.00 |
| 04/04/2023 | Google*ADWS | $ | 500.00 |
| 04/05/2023 | Google*ADWS | $ | 500.00 |
| 04/06/2023 | Google*ADWS | $ | 500.00 |
| 04/07/2023 | Google*ADWS | $ | 500.00 |
| 04/08/2023 | Google*ADWS | $ | 500.00 |
| 04/09/2023 | Google*ADWS | $ | 500.00 |

| | | | |
|---|---|---|---|
| 04/09/2023 | Google*ADWS | $ | 500.00 |
| 04/10/2023 | Google*ADWS | $ | 500.00 |
| 04/11/2023 | Google*ADWS | $ | 500.00 |
| 04/12/2023 | Google*ADWS | $ | 500.00 |
| 04/12/2023 | Google*ADWS | $ | 500.00 |
| 04/14/2023 | Google*ADWS | $ | 500.00 |
| 04/17/2023 | Google*ADWS | $ | 500.00 |
| 04/18/2023 | Google*ADWS | $ | 500.00 |
| 02/01/2023 | Google*SVCS_APP_NHFC | $ | 2,479.98 |
| 02/01/2023 | Google*SVCS_APP_NHFC | $ | 28.12 |
| 03/01/2023 | Google*SVCS_APP_NHFC | $ | 2,454.08 |
| 03/01/2023 | Google*SVCS_APP_NHFC | $ | 28.60 |
| 04/01/2023 | Google*SVCS_APP_NHFC | $ | 28.60 |
| 04/01/2023 | Google*SVCS_APP_NHFC | $ | 2,441.80 |
| 02/01/2023 | Google*SVCS_APP_NHFC | $ | 2,479.98 |
| 02/01/2023 | Google*SVCS_APP_NHFC | $ | 28.12 |
| 03/01/2023 | Google*SVCS_APP_NHFC | $ | 2,454.08 |
| 03/01/2023 | Google*SVCS_APP_NHFC | $ | 28.60 |
| 04/01/2023 | Google*SVCS_APP_NHFC | $ | 28.60 |
| 04/01/2023 | Google*SVCS_APP_NHFC | $ | 2,441.80 |
| 02/17/2023 | GUARDIAN LIFE INSURANCE | $ | 5,307.17 |
| 03/01/2023 | GUARDIAN LIFE INSURANCE | $ | 5,481.04 |
| 04/14/2023 | GUARDIAN LIFE INSURANCE | $ | 5,157.75 |
| 04/28/2023 | GUARDIAN LIFE INSURANCE | $ | 5,415.87 |
| 02/02/2023 | GWENDOLYN LEIGHANN MARTINEZ | $ | 2,500.00 |
| 02/16/2023 | GWENDOLYN LEIGHANN MARTINEZ | $ | 2,500.00 |
| 03/02/2023 | GWENDOLYN LEIGHANN MARTINEZ | $ | 2,375.00 |
| 03/16/2023 | GWENDOLYN LEIGHANN MARTINEZ | $ | 2,250.00 |
| 03/29/2023 | GWENDOLYN LEIGHANN MARTINEZ | $ | 2,250.00 |
| 03/10/2023 | Hamilton Thorne Inc | $ | 55.72 |
| 03/10/2023 | Hamilton Thorne Inc | $ | 1,500.00 |
| 03/10/2023 | Hamilton Thorne Inc | $ | 1,000.00 |
| 04/11/2023 | Hamilton Thorne Inc | $ | 2,000.00 |
| 04/11/2023 | Hamilton Thorne Inc | $ | 3,000.00 |
| 04/11/2023 | Hamilton Thorne Inc | $ | 21.00 |
| 02/08/2023 | Hearst Media | $ | 8,500.00 |
| 02/08/2023 | Hearst Media | $ | 4,250.00 |
| 02/08/2023 | Hearst Media | $ | 4,250.00 |
| 02/02/2023 | Henry Schein | $ | 3,300.58 |
| 02/02/2023 | Henry Schein | $ | 2,109.12 |
| 02/02/2023 | Henry Schein | $ | 3,471.18 |
| 02/02/2023 | Henry Schein | $ | 1,335.52 |
| 02/02/2023 | Henry Schein | $ | 1,696.70 |
| 02/22/2023 | Henry Schein | $ | 1,419.76 |
| 02/22/2023 | Henry Schein | $ | 107.87 |
| 02/22/2023 | Henry Schein | $ | 1,342.18 |
| 02/22/2023 | Henry Schein | $ | 474.00 |
| 02/22/2023 | Henry Schein | $ | 2,775.02 |

| | | | |
|---|---|---|---|
| 02/24/2023 | Henry Schein | $ | 6,015.78 |
| 02/24/2023 | Henry Schein | $ | 1,962.90 |
| 02/24/2023 | Henry Schein | $ | 132.00 |
| 02/24/2023 | Henry Schein | $ | 2,241.87 |
| 02/24/2023 | Henry Schein | $ | 1,856.50 |
| 02/24/2023 | Henry Schein | $ | 46.60 |
| 02/24/2023 | Henry Schein | $ | 46.60 |
| 02/24/2023 | Henry Schein | $ | 30.00 |
| 02/24/2023 | Henry Schein | $ | 1,593.25 |
| 02/24/2023 | Henry Schein | $ | 1,716.06 |
| 03/24/2023 | Henry Schein | $ | 1,018.81 |
| 03/24/2023 | Henry Schein | $ | 174.00 |
| 03/30/2023 | Henry Schein | $ | 298.00 |
| 03/30/2023 | Henry Schein | $ | 3,422.70 |
| 03/30/2023 | Henry Schein | $ | 6,877.24 |
| 03/30/2023 | Henry Schein | $ | 2,005.50 |
| 03/30/2023 | Henry Schein | $ | 1,740.51 |
| 03/30/2023 | Henry Schein | $ | 42.36 |
| 04/04/2023 | Henry Schein | $ | 191.40 |
| 04/04/2023 | Henry Schein | $ | 3,256.69 |
| 04/04/2023 | Henry Schein | $ | 3,764.40 |
| 04/04/2023 | Henry Schein | $ | 68.24 |
| 04/04/2023 | Henry Schein | $ | 987.94 |
| 02/02/2023 | Henry Schein | $ | 50.58 |
| 02/22/2023 | Henry Schein | $ | 195.88 |
| 02/22/2023 | Henry Schein | $ | 635.31 |
| 02/24/2023 | Henry Schein | $ | 1,236.40 |
| 02/02/2023 | Henry Schein | $ | 177.76 |
| 02/24/2023 | Henry Schein | $ | 184.67 |
| 02/24/2023 | Henry Schein | $ | 973.18 |
| 02/24/2023 | Henry Schein | $ | 178.94 |
| 03/24/2023 | Henry Schein | $ | 98.72 |
| 03/30/2023 | Henry Schein | $ | 331.66 |
| 04/04/2023 | Henry Schein | $ | 1,673.85 |
| 04/04/2023 | Henry Schein | $ | 102.70 |
| 04/04/2023 | Henry Schein | $ | 796.15 |
| 04/04/2023 | Henry Schein | $ | 64.13 |
| 02/24/2023 | Henry Schein | $ | 1,197.60 |
| 02/02/2023 | Henry Schein | $ | 305.51 |
| 02/02/2023 | Henry Schein | $ | 118.53 |
| 02/02/2023 | Henry Schein | $ | 167.62 |
| 02/02/2023 | Henry Schein | $ | 24.51 |
| 02/02/2023 | Henry Schein | $ | 319.54 |
| 02/02/2023 | Henry Schein | $ | 34.85 |
| 02/02/2023 | Henry Schein | $ | 5.63 |
| 02/02/2023 | Henry Schein | $ | 294.10 |
| 02/02/2023 | Henry Schein | $ | 4.53 |
| 02/02/2023 | Henry Schein | $ | 186.69 |

| | | | |
|---|---|---|---|
| 02/22/2023 | Henry Schein | $ | 3.16 |
| 02/22/2023 | Henry Schein | $ | 179.16 |
| 02/22/2023 | Henry Schein | $ | 126.00 |
| 02/22/2023 | Henry Schein | $ | 42.07 |
| 02/22/2023 | Henry Schein | $ | 284.25 |
| 02/24/2023 | Henry Schein | $ | 243.58 |
| 02/24/2023 | Henry Schein | $ | 219.95 |
| 02/24/2023 | Henry Schein | $ | 186.93 |
| 02/24/2023 | Henry Schein | $ | 558.55 |
| 02/24/2023 | Henry Schein | $ | 15.50 |
| 02/24/2023 | Henry Schein | $ | 169.37 |
| 02/24/2023 | Henry Schein | $ | 369.74 |
| 02/24/2023 | Henry Schein | $ | 15.50 |
| 03/24/2023 | Henry Schein | $ | 15.44 |
| 03/24/2023 | Henry Schein | $ | 100.74 |
| 03/30/2023 | Henry Schein | $ | 338.44 |
| 03/30/2023 | Henry Schein | $ | 6.25 |
| 03/30/2023 | Henry Schein | $ | 161.27 |
| 03/30/2023 | Henry Schein | $ | 174.93 |
| 03/30/2023 | Henry Schein | $ | 619.70 |
| 04/04/2023 | Henry Schein | $ | 114.99 |
| 04/04/2023 | Henry Schein | $ | 430.08 |
| 04/04/2023 | Henry Schein | $ | 16.99 |
| 04/04/2023 | Henry Schein | $ | 6.06 |
| 04/04/2023 | Henry Schein | $ | 336.15 |
| 02/02/2023 | Henry Schein | $ | 276.16 |
| 02/02/2023 | Henry Schein | $ | 158.28 |
| 02/02/2023 | Henry Schein | $ | 63.48 |
| 02/02/2023 | Henry Schein | $ | 3,747.36 |
| 02/02/2023 | Henry Schein | $ | 316.00 |
| 02/22/2023 | Henry Schein | $ | 284.75 |
| 02/22/2023 | Henry Schein | $ | 177.76 |
| 02/24/2023 | Henry Schein | $ | 470.66 |
| 03/24/2023 | Henry Schein | $ | (1,218.27) |
| 03/24/2023 | Henry Schein | $ | (189.44) |
| 04/04/2023 | Henry Schein | $ | 260.95 |
| 04/04/2023 | Henry Schein | $ | 1,137.78 |
| 04/04/2023 | Henry Schein | $ | 468.30 |
| 02/02/2023 | Henry Schein | $ | 115.38 |
| 02/22/2023 | Henry Schein | $ | 35.64 |
| 02/22/2023 | Henry Schein | $ | 379.16 |
| 02/22/2023 | Henry Schein | $ | 173.40 |
| 02/24/2023 | Henry Schein | $ | 183.60 |
| 02/24/2023 | Henry Schein | $ | 173.40 |
| 02/02/2023 | Henry Schein | $ | 213.90 |
| 02/02/2023 | Henry Schein | $ | 51.00 |
| 02/24/2023 | Henry Schein | $ | 145.44 |
| 02/24/2023 | Henry Schein | $ | 51.90 |

| | | | |
|---|---|---|---|
| 02/24/2023 | Henry Schein | $ | 109.80 |
| 03/30/2023 | Henry Schein | $ | 272.94 |
| 03/30/2023 | Henry Schein | $ | 38.00 |
| 04/04/2023 | Henry Schein | $ | 231.20 |
| 04/04/2023 | Henry Schein | $ | 82.75 |
| 04/04/2023 | Henry Schein | $ | 76.20 |
| 02/03/2023 | illumina | $ | 10,541.62 |
| 02/10/2023 | illumina | $ | 10,338.78 |
| 02/24/2023 | illumina | $ | 10,338.78 |
| 02/24/2023 | illumina | $ | 7,346.72 |
| 03/31/2023 | illumina | $ | 544.38 |
| 03/31/2023 | illumina | $ | 12,055.41 |
| 03/31/2023 | illumina | $ | 8,271.03 |
| 04/04/2023 | illumina | $ | 12,055.41 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/07/2023 | Intuit Software | $ | 357.11 |
| 02/16/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |

| | | | |
|---|---|---|---|
| 03/07/2023 | Intuit Software | $ | 357.11 |
| 03/16/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/07/2023 | Intuit Software | $ | 392.82 |
| 04/16/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/04/2023 | Intuit Software | $ | 92.54 |
| 02/07/2023 | Intuit Software | $ | 357.11 |
| 02/16/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |

| 03/04/2023 | Intuit Software | $ | 92.54 |
|---|---|---|---|
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/04/2023 | Intuit Software | $ | 92.54 |
| 03/07/2023 | Intuit Software | $ | 357.11 |
| 03/16/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/04/2023 | Intuit Software | $ | 92.54 |
| 04/07/2023 | Intuit Software | $ | 392.82 |
| 04/16/2023 | Intuit Software | $ | 92.54 |
| 02/01/2023 | Jianming Li | $ | 4,000.00 |
| 02/28/2023 | Jianming Li | $ | 4,000.00 |
| 04/07/2023 | Jianming Li | $ | 4,000.00 |
| 02/28/2023 | Jianming Li | $ | 1,829.30 |
| 02/22/2023 | Konica Minolta Business Solution | $ | 4,995.93 |
| 02/24/2023 | Konica Minolta Business Solution | $ | 214.93 |
| 02/24/2023 | Konica Minolta Business Solution | $ | 209.04 |
| 03/06/2023 | Konica Minolta Business Solution | $ | 139.99 |
| 03/22/2023 | Konica Minolta Business Solution | $ | 4,995.93 |
| 03/24/2023 | Konica Minolta Business Solution | $ | 214.93 |
| 03/24/2023 | Konica Minolta Business Solution | $ | 209.04 |
| 04/06/2023 | Konica Minolta Business Solution | $ | 139.99 |
| 04/24/2023 | Konica Minolta Business Solution | $ | 209.04 |
| 04/24/2023 | Konica Minolta Business Solution | $ | 4,995.93 |
| 04/24/2023 | Konica Minolta Business Solution | $ | 214.93 |
| 02/01/2023 | Mbi | $ | 347.80 |
| 02/02/2023 | Mbi | $ | 692.00 |
| 02/03/2023 | Mbi | $ | 995.62 |
| 02/06/2023 | Mbi | $ | 259.50 |
| 02/06/2023 | Mbi | $ | 187.00 |
| 02/06/2023 | Mbi | $ | 126.00 |
| 02/07/2023 | Mbi | $ | 4.70 |

| Date | Name | Amount |
|---|---|---|
| 02/08/2023 | Mbi | $ 354.50 |
| 02/09/2023 | Mbi | $ 53.00 |
| 02/10/2023 | Mbi | $ 245.50 |
| 02/13/2023 | Mbi | $ 72.80 |
| 02/13/2023 | Mbi | $ 307.00 |
| 02/13/2023 | Mbi | $ 273.00 |
| 02/14/2023 | Mbi | $ 25.00 |
| 02/15/2023 | Mbi | $ 639.00 |
| 02/16/2023 | Mbi | $ 251.10 |
| 02/17/2023 | Mbi | $ 300.00 |
| 02/21/2023 | Mbi | $ 275.00 |
| 02/21/2023 | Mbi | $ 95.00 |
| 02/22/2023 | Mbi | $ 22.75 |
| 02/23/2023 | Mbi | $ 130.00 |
| 02/24/2023 | Mbi | $ 162.00 |
| 02/27/2023 | Mbi | $ 184.96 |
| 02/27/2023 | Mbi | $ 287.20 |
| 02/27/2023 | Mbi | $ 43.00 |
| 02/28/2023 | Mbi | $ 19.25 |
| 03/01/2023 | Mbi | $ 764.25 |
| 03/02/2023 | Mbi | $ 533.28 |
| 03/03/2023 | Mbi | $ 1,268.50 |
| 03/06/2023 | Mbi | $ 157.00 |
| 03/06/2023 | Mbi | $ 334.00 |
| 03/06/2023 | Mbi | $ 177.00 |
| 03/07/2023 | Mbi | $ (85.75) |
| 03/08/2023 | Mbi | $ 275.00 |
| 03/09/2023 | Mbi | $ 226.50 |
| 03/10/2023 | Mbi | $ 405.75 |
| 03/13/2023 | Mbi | $ 107.00 |
| 03/13/2023 | Mbi | $ 85.00 |
| 03/14/2023 | Mbi | $ 192.00 |
| 03/15/2023 | Mbi | $ 216.00 |
| 03/16/2023 | Mbi | $ 368.20 |
| 03/17/2023 | Mbi | $ 467.00 |
| 03/20/2023 | Mbi | $ 87.00 |
| 03/20/2023 | Mbi | $ 40.50 |
| 03/20/2023 | Mbi | $ 252.00 |
| 03/21/2023 | Mbi | $ 167.00 |
| 03/22/2023 | Mbi | $ 22.00 |
| 03/23/2023 | Mbi | $ 87.00 |
| 03/24/2023 | Mbi | $ 383.50 |
| 03/27/2023 | Mbi | $ 233.00 |
| 03/27/2023 | Mbi | $ 136.54 |
| 03/27/2023 | Mbi | $ 366.00 |
| 03/28/2023 | Mbi | $ 33.00 |
| 03/29/2023 | Mbi | $ 5.50 |
| 03/30/2023 | Mbi | $ 42.50 |

| Date | Payee | | Amount |
|------|-------|---|-------:|
| 03/31/2023 | Mbi | $ | 139.00 |
| 04/03/2023 | Mbi | $ | 218.65 |
| 04/03/2023 | Mbi | $ | 448.00 |
| 04/03/2023 | Mbi | $ | 214.45 |
| 04/04/2023 | Mbi | $ | 361.00 |
| 04/05/2023 | Mbi | $ | 377.56 |
| 04/06/2023 | Mbi | $ | 232.00 |
| 04/07/2023 | Mbi | $ | 42.00 |
| 04/10/2023 | Mbi | $ | 242.00 |
| 04/10/2023 | Mbi | $ | 63.50 |
| 04/10/2023 | Mbi | $ | 157.00 |
| 04/11/2023 | Mbi | $ | 29.58 |
| 04/12/2023 | Mbi | $ | 22.00 |
| 04/13/2023 | Mbi | $ | 312.00 |
| 04/14/2023 | Mbi | $ | 431.00 |
| 04/17/2023 | Mbi | $ | 252.00 |
| 04/17/2023 | Mbi | $ | 185.00 |
| 04/17/2023 | Mbi | $ | 32.00 |
| 04/19/2023 | Mbi | $ | 289.50 |
| 04/20/2023 | Mbi | $ | 159.48 |
| 04/21/2023 | Mbi | $ | 403.00 |
| 04/24/2023 | Mbi | $ | 152.75 |
| 04/24/2023 | Mbi | $ | 273.50 |
| 04/24/2023 | Mbi | $ | 20.00 |
| 04/25/2023 | Mbi | $ | 78.50 |
| 04/26/2023 | Mbi | $ | 316.50 |
| 04/27/2023 | Mbi | $ | 287.00 |
| 04/28/2023 | Mbi | $ | 156.00 |
| 02/03/2023 | Metro Drugs | $ | 1,846.39 |
| 02/03/2023 | Metro Drugs | $ | 2,118.79 |
| 02/24/2023 | Metro Drugs | $ | 1,991.69 |
| 02/03/2023 | Metro Drugs | $ | 3,599.40 |
| 02/03/2023 | Metro Drugs | $ | 4,799.20 |
| 02/03/2023 | Metro Drugs | $ | 4,799.20 |
| 02/24/2023 | Metro Drugs | $ | 4,799.20 |
| 03/31/2023 | Metro Drugs | $ | 3,599.40 |
| 03/31/2023 | Metro Drugs | $ | 4,799.20 |
| 03/31/2023 | Metro Drugs | $ | 3,599.40 |
| 02/03/2023 | MID ATLANTIC TRUST COMPANY | $ | 7,210.80 |
| 02/03/2023 | MID ATLANTIC TRUST COMPANY | $ | (1,486.94) |
| 02/17/2023 | MID ATLANTIC TRUST COMPANY | $ | 8,277.64 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 04/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |

| Date | Payee | | Amount |
|---|---|---|---|
| 04/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 04/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 02/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |
| 03/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 04/04/2023 | MP COLUMBUS PARKING | $ | 600.00 |
| 04/04/2023 | MP COLUMBUS PARKING | $ | 700.00 |
| 04/04/2023 | MP COLUMBUS PARKING | $ | 1,000.00 |
| 02/08/2023 | New Hope MSO, Inc. | $ | 50,000.00 |
| 02/24/2023 | New Hope MSO, Inc. | $ | 51,000.00 |
| 02/28/2023 | New Hope MSO, Inc. | $ | 64,969.87 |
| 02/17/2023 | NEW YORK STATE INSURANCE FUND | $ | 4,108.26 |
| 03/17/2023 | NEW YORK STATE INSURANCE FUND | $ | 4,098.66 |
| 02/03/2023 | Origio, Inc. | $ | 504.59 |
| 02/03/2023 | Origio, Inc. | $ | 2,869.62 |
| 02/03/2023 | Origio, Inc. | $ | 5,463.67 |
| 02/03/2023 | Origio, Inc. | $ | 6,570.10 |
| 02/03/2023 | Origio, Inc. | $ | 443.56 |
| 02/03/2023 | Origio, Inc. | $ | 466.87 |
| 02/03/2023 | Origio, Inc. | $ | 3,069.93 |
| 02/28/2023 | Origio, Inc. | $ | 9,057.66 |
| 02/28/2023 | Origio, Inc. | $ | 1,881.86 |
| 02/28/2023 | Origio, Inc. | $ | 1,847.96 |
| 02/28/2023 | Origio, Inc. | $ | 1,854.95 |
| 02/28/2023 | Origio, Inc. | $ | 6,786.01 |
| 03/13/2023 | Origio, Inc. | $ | 9,364.67 |
| 03/13/2023 | Origio, Inc. | $ | 326.93 |
| 03/13/2023 | Origio, Inc. | $ | 259.14 |
| 03/13/2023 | Origio, Inc. | $ | 11,132.43 |
| 03/31/2023 | Origio, Inc. | $ | 10,775.70 |
| 04/04/2023 | Origio, Inc. | $ | 690.34 |
| 04/04/2023 | Origio, Inc. | $ | 19,806.76 |
| 02/10/2023 | Pardalis & Nohavicka LLP | $ | 1,052.63 |
| 02/10/2023 | Pardalis & Nohavicka LLP | $ | 4,258.33 |
| 03/06/2023 | Pardalis & Nohavicka LLP | $ | 1,446.66 |
| 04/18/2023 | Pardalis & Nohavicka LLP | $ | 5,000.00 |
| 04/26/2023 | Pardalis & Nohavicka LLP | $ | 50,000.00 |
| 04/27/2023 | Pardalis & Nohavicka LLP | $ | 1,137.50 |
| 02/02/2023 | Pearl Coast Inc | $ | 16,923.08 |
| 02/16/2023 | Pearl Coast Inc | $ | 21,153.85 |
| 03/02/2023 | Pearl Coast Inc | $ | 21,153.85 |
| 03/16/2023 | Pearl Coast Inc | $ | 21,153.85 |
| 03/29/2023 | Pearl Coast Inc | $ | 12,692.31 |
| 03/06/2023 | RingCentral Inc. | $ | 23,824.07 |
| 04/05/2023 | RingCentral Inc. | $ | 1,003.69 |

| Date | Payee | Amount |
|---|---|---|
| 04/05/2023 | RingCentral Inc. | $ 4,732.95 |
| 04/05/2023 | RingCentral Inc. | $ 1,907.78 |
| 04/05/2023 | RingCentral Inc. | $ 4,576.05 |
| 04/05/2023 | RingCentral Inc. | $ 1,907.47 |
| 04/18/2023 | Donor 2 | $ 8,000.00 |
| 02/02/2023 | Soyo Wellness Inc | $ 6,809.52 |
| 02/07/2023 | Soyo Wellness Inc | $ 40,000.00 |
| 02/16/2023 | Soyo Wellness Inc | $ 6,809.52 |
| 03/01/2023 | Soyo Wellness Inc | $ 40,000.00 |
| 03/02/2023 | Soyo Wellness Inc | $ 6,809.52 |
| 03/16/2023 | Soyo Wellness Inc | $ 42,000.00 |
| 03/16/2023 | Soyo Wellness Inc | $ 6,809.52 |
| 03/29/2023 | Soyo Wellness Inc | $ 6,809.52 |
| 04/26/2023 | Soyo Wellness Inc | $ 40,000.00 |
| 02/10/2023 | Tosoh Bioscience Inc | $ 8,146.19 |
| 02/10/2023 | Tosoh Bioscience Inc | $ 5,902.65 |
| 03/31/2023 | Tosoh Bioscience Inc | $ 8,696.89 |
| 03/31/2023 | Tosoh Bioscience Inc | $ 9,292.17 |
| 03/31/2023 | Tosoh Bioscience Inc | $ 8,586.50 |
| 04/04/2023 | Tosoh Bioscience Inc | $ 9,524.42 |
| 04/04/2023 | Tosoh Bioscience Inc | $ 9,424.87 |
| 04/04/2023 | Tosoh Bioscience Inc | $ 8,535.72 |
| 04/04/2023 | Tosoh Bioscience Inc | $ 6,380.96 |
| 02/03/2023 | UHS Premium Billing | $ 2,373.57 |
| 02/03/2023 | UHS Premium Billing | $ 41,090.10 |
| 02/03/2023 | UHS Premium Billing | $ 14,240.24 |
| 03/01/2023 | UHS Premium Billing | $ 18,444.00 |
| 03/01/2023 | UHS Premium Billing | $ 40,161.51 |
| 03/01/2023 | UHS Premium Billing | $ 2,373.57 |
| 04/03/2023 | UHS Premium Billing | $ 39,232.92 |
| 04/03/2023 | UHS Premium Billing | $ 11,717.98 |
| 04/03/2023 | UHS Premium Billing | $ 2,373.57 |
| 04/28/2023 | UHS Premium Billing | $ 2,373.57 |
| 04/28/2023 | UHS Premium Billing | $ 40,904.37 |
| 04/28/2023 | UHS Premium Billing | $ 18,759.28 |
| 02/03/2023 | Vitrolife Inc | $ 8,085.00 |
| 02/03/2023 | Vitrolife Inc | $ 1,155.00 |
| 03/31/2023 | Vitrolife Inc | $ 2,425.50 |
| 03/17/2023 | Vitrolife Inc | $ 17,099.93 |
| 03/17/2023 | Vitrolife Inc | $ 34,088.00 |
| 02/03/2023 | Vitrolife Inc | $ 847.78 |
| 02/03/2023 | Vitrolife Inc | $ 129.67 |
| 03/31/2023 | Vitrolife Inc | $ 258.69 |
| 02/15/2023 | Wendy Ramirez | $ 464.74 |
| 04/28/2023 | Wendy Ramirez | $ 720.52 |
| 04/28/2023 | Wendy Ramirez | $ 1,198.80 |
| 02/02/2023 | Wendy Ramirez | $ 4,000.00 |
| 02/16/2023 | Wendy Ramirez | $ 4,000.00 |

| | | | |
|---|---|---|---|
| 03/02/2023 | Wendy Ramirez | $ | 4,000.00 |
| 03/16/2023 | Wendy Ramirez | $ | 4,000.00 |
| 03/29/2023 | Wendy Ramirez | $ | 4,000.00 |
| 02/01/2023 | Xue & Associate P.C. | $ | 6,570.00 |
| 03/06/2023 | Xue & Associate P.C. | $ | 6,150.00 |
| 04/05/2023 | Xue & Associate P.C. | $ | 7,065.00 |
| 03/06/2023 | Merchant Processing Fee | $ | 17,590.82 |
| 02/28/2023 | Merchant Processing Fee | $ | 15,942.88 |
| 03/31/2023 | Merchant Processing Fee | $ | 18,055.95 |
| 04/30/2023 | Merchant Processing Fee | $ | 19,862.22 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/29/2023     ✘ /s/ Dr. John J. Zhang
        MM / DD / YYYY       Signature of individual signing on behalf of debtor

                              Dr. John J. Zhang
                              Printed name

                              President
                              Position or relationship to debtor

## United States Bankruptcy Court

**IN RE:**                                              Case No. <u>23-10678</u>

<u>Zhang Medical P.C. d/b/a New Hope Fertility Center</u>                Chapter <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dr. John Zhang<br>4 Columbus Circle, 4th Floor, New York, NY 10019 | 100 | Other (Sole shareholder) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                    :
In re                                               :
                                                    :
ZHANG MEDICAL P.C. d/b/a                            :
                                                    :          Case No. 23-10678-pb
NEW HOPE FERTILITY CLINIC                           :
                                                    :          Sub-Chapter V Chapter 11
                                                    :
                                        Debtor.     :
-------------------------------------------------------x

### GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

1.      ZHANG MEDICAL P.C. (the "Debtor") filed its Schedules of Assets and Liabilities (as may be amended, the "Schedules") and Statement of Financial Affairs (as may be amended, the "Statement" and, collectively with the Schedules, the "Schedules and Statement"), which are filed contemporaneously herewith.  The Schedules and Statement and these Global Notes (the "Global Notes") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's sole shareholder, Chief Operating Officer, Chief Executive Officer and with the assistance of the Debtor's proposed accounting firm D'Alessio Tocci & Pell, LLP.  Unless otherwise indicated on the Schedules and Statement or the Global Notes, the information provided is as of the close of business on April 30, 2023 and all values are based on the information contained within the Debtor's book and records as of that date.  These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and Statement and should be referred to and reviewed in connection with any review of the Schedules and Statement.

2.     The Debtor filed a voluntary Chapter 11 petition on April 30, 2023 (the "Petition Date").  The Debtor was formed by Dr. John Zhang as a New York Sub-Chapter S in 2001.  The Debtor subsequently leased two floors of Four Columbus Circle in Manhattan and commenced operating a full-service fertility clinic.  The clinic maintains a team of highly trained specialists and offers a comprehensive range of fertility services, including egg freezing, preimplantation genetic testing, and fertility preservation for cancer patients. It also provides treatment for complex cases of infertility, such as recurrent pregnancy loss, male factor infertility, and diminished ovarian reserves.

3.     The Debtor entered into a lease with GLL BVK Columbus Circle LLS (the "Landlord") that has subsequently been amended and modified (the "Lease").  The Debtor's prior lease originally provided that that the Debtor would occupy the third and fourth floors of Four Columbus Circle.  In 2018, the Landlord approached the Debtor and stated that unless the Debtor leased the second and fifth floors, the Landlord would be forced to lease the entire building to another entity.  During negotiations, it was contemplated that the Debtor would sub-lease the two additional floors:  the Debtor did not require this additional space.  Under the Lease, the Debtor's approximate monthly fixed rent obligation to the Landlord is $400,000 a month.  The approximate rental obligation under the prior lease for the two occupied floors was less than $200,000.00.  The Debtor agreed to the Landlord's request and entered into the Lease.  The Lease expires in 2035.

4.     The cessation of business that resulted from COVID-19 significantly affected the Debtor's business and revenue during that time and its ability to meet its obligations under the Lease.  Moreover, with the glut in commercial space in Manhattan and the reduction in market

rates for commercial space, the Debtor has been unable to sublet the two empty floors.  The

Debtor made numerous attempts to surrender the empty floors and negotiate a resolution with the

Landlord but was unable to do so.  The Debtor commenced this proceeding to provide it with an

opportunity to affect a balance sheet reorganization and attempt to resolve this leasehold issue or

reject the Lease and relocate to another location.

5.      The Debtor has also suffered from, among other things, the impact of the recent

loss of its head internal accountant and what its present management views as poor management

by its prior management team.  As a result, while the Debtor has made every reasonable effort to

ensure that the Schedules and Statement are accurate and complete, based upon the information

that was available to it at the time the Schedules and Statement were prepared, inadvertent errors

and omissions may exist.  Should the Debtor receive information it does not presently possess, or

determine that a further review and analysis of the Debtor's books and records reveals errors or

omissions, the amended Schedules and Statement may result in material changes to the financial

data and other information contained therein.

6.      The Debtor reserves all rights to amend the Schedules and Statement in all

respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or

to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or

classification or otherwise subsequently to designate any claim as "disputed," "contingent," or

"unliquidated."  A failure to designate any claim as disputed, contingent, and/or unliquidated

does not constitute an admission that such claim is not subject to objection.  Nothing contained

in the Schedules and Statement shall constitute a waiver of the Debtor's rights with respect to the

chapter 11 case, its assumption or rejection of leases or contracts and any matter pertaining to the

prosecution of its case.

7.    The Debtor attempted to accurately disclose what it perceives is the market value of its assets and inventory on the Petition Date.  However, it reserves its right to amend this value, and the value of any and all of its assets, if and when it receives information that warrants an amendment to the values asserted to ensure that the Schedules and Statement are accurate. The Debtor did not obtain a professional valuation of its assets.  The preparation of the Schedules and Statement required the Debtor to estimate, in some instances, the value of its assets and liabilities, the disclosure of assets and liabilities, and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

8.    The Debtor has not set forth all causes of action against all third parties as assets in their Schedules and Statement. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

9.    The Debtor has not set forth the names and addresses of its employees or the names and addresses of its patients in the Schedules and Statement.  The Debtor intends to file a motion seeking the Court's permission to omit this information from the Schedules and Statement.

10.    The reservation of rights set forth herein is not intended to limit any right the Debtor may assert to amend or modify any Schedule or Statement permitted under the applicable Bankruptcy Code, Bankruptcy Rules, Locals Rules, or common law.

United States Bankruptcy Court

Southern District of New York

In re: Zhang Medical P.C. d/b/a New Hope Fertility Center

Case No. 23-10678

Chapter 11

Debtor(s)

**Verification of Amended Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/29/2023_____

/s/ Dr. John J. Zhang
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

4 IMPRINT
101 Commerce Street
Oshkosh, WI 54901

5W Public Relations, LLC
3 Park Ave 19th Floor
New York, NY 10016

AAA All Voice and Data Inc - 5th Floor
5 Heron Drive
Marlboro, NJ 07746

ABM Building Value
14141 Southwest Freeway
Sute. 400
Sugar Land, TX 77478

Advarra, Inc.
6100 Merriweather Dr.
Suite 600
Columbia, MD 21044

Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131

Apthorp Pharmacy / RG Drug Group
2191 Broadway
New York, NY 10024-6611

Astec Bio USA Inc
10 Keith Way
Hingham, MA 02043-4259

Banc of America Leasing & Capital LLC
555 California St FL 4
San Francisco, CA 94104

Bank of America
PO Box 982238
El Paso, TX 79998

BIO RAD
1000 Alfred Nobel Drive
Hercules, CA 94547

BioReference Laboratories Patient Pay
PO Box 21134
New York, NY 10087-1134

Blalock Walters, P.A.
PO Box 469
Bradenton, FL 34206-0469

Bracco Diagnostics
259 Prospect Plains Road Building H
Monroe Township, NJ 08831

Bread & Honey
941 8th Ave
New York, NY 10019

CardConnect
1000 Continental Drive, Suite 300
Jenkintown, PA 19046

CCB Kitazato LLC
11915 La Grange Ave
Los Angeles, CA 90025

CCOGS
4 Columbus Cir. Fl. 4
New York, NY 10019

Change Healthcare
5995 Windward Parkway
MSTP 4901
Alparetta, GA 30005

CIGNA
900 Cottage Grove Rd
Bloomfield, CT 06002

Citibank N.A
The Home Depot
P.O. Box 790034
Saint Louis, MO 63179-9979

CLC
100 West 93rd Street
6C
New York, NY 10025

Clinical Research Strategies, LLC
6400 Brooktree Ct
Wexford, PA 15090

Cognizant
300 Frank W Burr Blvd
Suite 36
Teaneck, NJ 07666

Cook Medical LLC
22988 Network Place
Chicago, IL 60673-1229

EngagedMD, LLC
PO Box 4668 PMB 39776
New York, NY 10163-4668

Cooper Surgical, Inc.
PO Box 714643
Cincinnati, OH 45271

Epstein Becker & Green, P.C.
875 3rd Ave
New York, NY 10022

CooperGenomics Inc
PO Box 714643
Cincinnati, OH 45271-4363

Fisher Healthcare
PO Box 3648
Boston, MA 02241-3648

Cryostar Industries, Inc.
109 Urban Ave
Westbury, NY 11590

Floreal, Inc.
319 West 100 Street
New York, NY 10025

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

FRIER LEVITT
84 Bloomfield Ave
Pine Brook, NJ 07058

De Lage Landen Financial 500-50388325
PO Box 825736
Philadelphia, PA 19182-5736

Future Family
9702 Gayton Rd. #165
Richmond, VA 23238

Dennis Basso
825 Madison Ave
New York, NY 10065

GE HFS, LLC
9900 W. Innovation Dr.
Milwaukee, WI 53226

Dr. John Zhang
4 Columbus Circle, 4th Floor
New York, NY 10019

GE Precision Healthcare LLC
9900 W Innovation Dr.
Wauwatosa, WI 53226

E.R (pseudonym/fictitious name)
c/o Joel M Rubenstein
19 West 44th Street, Suite 1500
New York, NY 10036

Georgette Fleischer
19 Cleveland Place Apt. 4H
New York, NY 10012

EB Employee Solutions, LLC
Box #791293
Baltimore, MD 21279-1293

GLL BVK Columbus Circle LLC
125 West 55th Street
New York, NY 10019

EBM IT Solutions Provider
35 Nutmeg Dr.
Trumbull, CT 06611

GLL BVK Columbus Circle LLC
c/o GLL Real Estate Partners, Inc
200 Park Avenue South, Suite 1707
New York, NY 10003

Emcor Services New York/New Jersey, Inc.
5 Dakota Dr
New Hyde Park, NY 11042

Global Med Systems, LLC
95 Brook Ave
Deer Park, NY 11729

Graduate Pest Control, Inc.
641 6 Ave West East
Northport, NY 11731

GRM Information Management Services, Inc.
215 Coles Street
Jersey City, NJ 07310

Guardian Life Insurance - Disability & PFL
10 Hudson Yards
New York, NY 10001

HealthCare  Financial Services
PO Box 641419
Pittsburgh, PA 15264-1419

Henry Schein
135 Duryea Road
Melville, NY 11747

Henry Schein Medical
601 W 168th St
New York, NY 10032

Henry York Advertising
267 5th Ave
suite 914
New York, NY 10016

Illumina, Inc.
12864 Collection Center Dr.
Chicago, IL 60693-0128

ImageFirst
PO Box 844891
Boston, MA 02284-4891

Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA 19101-7346

IPFS
PO Box 32144
New York, NY 10087-2144

Juan Cheng
c/o Ying Liu
41-60 Main Street Ste. 208A
Flushing, NY 11355

KIMOY Studios Architecture DPC
134 W 29th St
New York, NY 10001

Konica Minolta Business Solution
21146 Network Place
Chicago, IL 60673-1211

Konica Minolta Premier Finance
101 Williams Drive
Ramsey, NJ 07446

Laboratory Corporation of America Holdings
PO Box 12140
Burlington, NC 27216-2140

LeadSquared Inc.
510 Thornall St
Edison, NJ 08837

Life Global Group, LLC
393 Soundview Rd
Guilford, CT 06437

Life Technologies Corporation
5781 Van Allen Way
Carlsbad, CA 92008

Liu & Shields LLP
c/o Carolyn J. Shields
136-65 37th Aveune Ste. 212
Flushing, NY 11354

Manhattan Printing
267 5th Avenue
New York, NY 10016

MatTek Corporation
200 Homer Ave
Ashland, MA 01721

MedCal Pharmacy LLC
6010 Bay Parkway
Brooklyn, NY 11204

Metro Drugs
931 Lexington Ave
New York, NY 10065

Mettler-Toledo Rainin, LLC
7500 Edgewater Dr
Oakland, CA 94621

Mobie Experiential Trucks
12816 Inglewood Ave
Unite 564
Hawthorne, CA 90250

MRC Holland BV
Willem Schoutenstraat 1
1057 DL Amsterrdam
the Netherlands,

Natera, Inc.
201 Industrial Road
Suite 410
San Carlos, CA 94070

New England Independent Review Board, LLC
212 Carnegie Center
Ste. 310
Princeton, NJ 08540

New Golden Horse Car & Limo Service Inc
30-50 Whitestone Expy
Flushing, NY 11354

New Hope Columbus
4 Columbus Cir. Fl. 4
New York, NY 10019

New Hope MSO
4 Columbus Cir. Fl. 4
New York, NY 10019

NewLane Finance
123 S Broad St 17th floor
Philadelphia, PA 19109

NHFC Inc.
4 Columbus Cir. Fl. 4
New York, NY 10019

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604

NYC Dept. of Finance
66 John St.
Room 104
New York, NY 10038

NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Olympus America Inc
3500 Corporate Parkway
Center Valley, PA 18034

Origio, Inc.
95 Corporate Drive
Trumbull, CT 06611

Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW
Washington, DC 20024

Pitney Bowes
27 Waterview Dr.
Shelton, CT 06484-9768

Progenity
PO BOx 4155
Sarasota, FL 34230

Qvera LLC
265 N Main St
Ste D140
Kaysville, UT 84037

Reprobiotech Corp.
PO Box 3605
New Hyde Park, NY 11040

RingCentral Inc.
20 Davis Drive
Belmont, CA 94002

Roche Diagnostics
9115 Hague Road
PO Box 50457
Indianapolis, IN 46250-0457

Rubin LLC
c/o Paul A. Rubin
11 Broadway, Suite 715
New York, NY 10004

SEO Brand
150 E Palmetto Park Rd
Suite 800
Boca Raton, FL 33432

Sessions, Israel & Shartle
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002-7227

Sharps Compliance, Inc
PO Box 679502
Dallas, TX 75267-9502

Skyland Construction
39 West 32nd St.
Ste. 900
New York, NY 10001

Slomin's - Alarm
125 Lauman Lane
Hicksville, NY 11801

Staples
PO Box 70242
Philadelphia, PA 19176-0242

Stern, Tannenbaum & Bell, LLP
c/o Karen S. Frieman
380 Lexington Avenue
New York, NY 10168

Strategic Business Communication
1979 Marcus Avenue, Suite 210
Lake Success, NY 11042-1022

Technical Safety Services LLC
40 Burt Dr
STE 9
Deer Park, NY 11729

Telelanguage Inc.
10801 Mastin Blvd
Ste. 580
Overland Park, KS 66210

Tesla Motors New York LLC
160 Van Brunt Street
Brooklyn, NY 11231

Thermo Fisher Financial - 50271361
PO Box 825736
Philadelphia, PA 19182-5736

Tosoh Bioscience Inc
PO Box 712415
Cincinnati, OH 45271

U.S Bank
c/o Jessica J. Buehler
1310 Madrid Street
Marshall, MN 56258

Uline
700 Uline Way
Allentown, PA 18106

United Ad Label
1750 Wallace Avenue
St. Charles, IL 60174

United Healthcare Insurance Company
Attn: CDM/BANKRUPTCY
185 Asylum Street 03B
Hartford, CT 06103

US KITAZATO
27W 60th Street
PO Box 20221
New York, NY 10023

USA Scientific, Inc.
PO Box 3565
Ocala, FL 34478

Verizon - 8552412635 241.50
PO Box 5156
Tampa, FL 33675

Verizon - XO Communication
PO Box 15043
Albany, NY 12212

Vitrolife Inc
3601 S Inca St
Englewood, CO 80110-3430

Voyce, Inc.
1580 Sawgrass Corporate Pkwy
STE 110
Sunrise, FL 33323


VWR International, LLC
100 Matsonford Road
Radnor Corporate Center Building One, Su
Radnor, PA 19087-8660


WB Mason Co., Inc.
59 Centre Street
Brockton, MA 02301


Xue & Associate P.C.
1 School Street
Suite 303A
Glen Cove, NY 11542


Zhang Management
4 Columbus Cir. Fl. 4
New York, NY 10019