**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Zhang Medical P.C. d/b/a New Hope Fertility Clinic | CASE NO.: 23–10678–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–4199700 | CHAPTER: 11 |

## NOTICE OF TIME CHANGE OF HEARING

Please take notice that the time of the hearing scheduled for June 6, 2023 has been changed. The hearing will now begin at 3:00 PM on June 6, 2023 for the Status Conference and the Landlord's Motion to Compel Payment of Post–Petition Rent and Other Lease Obligations And to Timely Pay All Subsequent Lease Obligations (Dkt. No. 24).

Thank you

Dated: June 2, 2023                                Vito Genna
                                                   Clerk of the Court