UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

ZHANG MEDICAL P.C. d/b/a

NEW HOPE FERTILITY CENTER

Case No. 23-10678 (PB)

Sub-Chapter V Chapter 11

Debtor.
-----------------------------------------------------------X

## EX PARTE ORDER PURSUANT TO FED. R. BANKR. P. 2004 AUTHORIZING DISCOVERY OF EZ PENSION SERVICES LLC

Upon the Motion of Zhang Medical P.C. d/b/a New Hope Fertility Center (the "Debtor") for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, authorizing the Debtor to obtain discovery in the form of demands for the production of documents and oral examinations, if necessary, from EZ Pension Services LLC ("EZ Pension"); notice of the Motion being due and sufficient under the circumstances, the Court having concluded that the Movant has established sufficient cause for the relief granted herein, it is hereby:

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that the Debtor is authorized to issue a subpoena to compel the production of documents in accordance with the document requests annexed to the Motion as Exhibit B to EZ Pension that requires the production of documents no later than seven (7) days from service of the subpoena, other than those documents withheld under a claim of privilege, and compels the testimony of EZ Pension Services LLC on no less than ten (10) days' notice at a location to be determined by the Debtor that is within 100 miles of the location of the Debtor or person to be examined; and it is further

**ORDERED**, that the Debtor is authorized to serve the subpoena by **registered or certified** ~~overnight~~ mail, email, and facsimile transmission to EZ Pension Services LLC's last known business address, address for process of service, the email address and fax number available on its website; and it is further **[PB 6/8/2023]**

**ORDERED**, that nothing herein shall limit EZ Pension's right under applicable law to object to or oppose any subpoena served upon it; and it is further

**ORDERED**, that the Debtor shall file with the court an affidavit or declaration of service for each subpoena served; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
June 8, 2023

/s/ Philip Bentley
**Honorable Philip Bentley**
**United States Bankruptcy Judge**