Pardalis & Nohavicka LLP
950 Third Avenue, 11th Floor
New York, New York 10022
Tel. No. 718.777.0400
Joseph D. Nohavicka
Norma E. Ortiz, *Of Counsel*
*Proposed Counsel to the Debtor and*
*Debtor in Possession*

---------------------------------------------------------x
                                                  :

In re                                          :          Sub-Chapter V Chapter 11

**ZHANG MEDICAL P.C. d/b/a**    :          Case No. 23-10678-pb

**NEW HOPE FERTILITY CENTER**   :

                  Debtor.         :
---------------------------------------------------------x

## **AMENDED DECLARATION PURSUANT TO 11 U.S.C. SECTION 1116**

Dr. John Zhang, sole shareholder of the above-captioned debtor in possession (the "Debtor"), hereby declares as follows:

1. On April 30, 2023, I filed with this court a Declaration pursuant to 11 U.S.C Section 1116, ECF 3, stating that the Debtor, at the time, did not possess an accurate current balance sheet, cash flow statement or statement of operations (the "Financial Documents").

2. Attached are the Financial Documents.

3. I declare under the penalty of perjury that the foregoing is accurate and true to the best of my knowledge.

Dated: June 9, 2023
      New York, New York

                                                      *s/John Zhang*
                                                      Dr. John Zhang

# Zhang Medical P.C.
# Combined
# Balance Sheet as of December 31,2021-2
**Internal Use Document - Unaudited**

|  |  | 2021 | 2022 |
|---|---|---:|---:|
| **ASSETS** | | | |
|   Current Assets | | | |
|     Bank Accounts | * | 2,051,702 | 1,159,288 |
|     Accounts Receivable | * | 6,346,598 | 5,498,003 |
|   Total Current Assets | | $ 8,398,300 | $ 6,657,291 |
|   Fixed Assets | | | |
|     Equipment - Net | | 3,837,617 | 3,081,079 |
|   Total Fixed Assets | | 3,837,617 | 3,081,079 |
| **TOTAL ASSETS** | | $ 12,235,917 | $ 9,738,370 |
| **LIABILITIES AND EQUITY** | | | |
|   Liabilities | | | |
|     Current Liabilities | | | |
|       Accounts Payable | | 423,673 | 1,582,337 |
|       Estimated Due Landlord | * | 3,840,185 | 1,590,077 |
|       Accrued Pension | | 1,138,089 | 844,325 |
|       Due to Contractor | | - | 221,173 |
|       Employee Benefits Payable | | 28,484 | 75,272 |
|     Total Current Liabilities | | $ 5,430,431 | $ 4,313,184 |
|   Total Liabilities | | $ 5,430,431 | $ 4,313,184 |
|   Equity | | | |
|     Common Stock | | 1000 | 1000 |
|     Additional Paid In Capital | | 4,500,000 | 4,500,000 |
|     Retained Earnings | | 6,804,486 | 5,424,186 |
|   Total Equity | | $6,805,486 | $5,425,186 |
| **TOTAL LIABILITIES AND EQUITY** | | $12,235,917 | $9,738,370 |

# Zhang Medical P.C.
# Combined
# Profit and Loss-Accrual
## January - December 2021-2
### Internal Use Document -Unaudited

|  | 2021 | 2022 |
|---|---:|---:|
| **Service Revenue** | **28,601,036** | **27,031,080** |
|  |  |  |
| **Cost of Providing Services** |  |  |
| Laboratory | 1,709,162 | 1,348,581 |
| Medical Supply and Medication | 2,234,115 | 1,820,909 |
| Donor Compensation & Medication | 499,608 | 573,466 |
| Total Cost of Providing Services | **4,442,885** | **3,742,956** |
|  |  |  |
| **Gross Margin** | **24,158,151** | **23,288,124** |
|  |  |  |
| **Operating Expenses** |  |  |
| Medical Service Organization | 588,681 | 1,270,785 |
| Professional ER Organization Exp | 12,498,965 | 12,141,473 |
| Billing Expenses | 365,034 | 410,644 |
| Temporary Services | 147,470 | 308,011 |
| Depreciation & Amortization Exp | 756,538 | 191,056 |
| Bank Service & Credit Card Processing | 526,603 | 434,555 |
| Business Gifts and Donations | 24,537 | 12,567 |
| Employee Training and Education | 32,131 | 20,586 |
| Office Expense | 928,368 | 625,096 |
| Rent | 4,885,631 | 5,971,430 |
| Repairs & Maintenance | 81,779 | 58,527 |
| Utilities | 115,526 | 123,575 |
| Legal & Professional Fees | 1,047,413 | 952,645 |
| Software | 27,802 | 31,405 |
| Misc | 108,358 | 73,849 |
| Insurance | 899,433 | 1,111,201 |
| Interest Expense | 27,848 | 6,728 |
| Travel & Entertainment | 190,088 | 222,521 |
| Sales & Marketing Costs | 906,007 | 587,949 |
| Corporate Taxes | 47,580 | 113,821 |
| **Total Expenses** | **24,205,792** | **24,668,424** |
| **Net Operating Income** | **-47,641** | **-1,380,300** |

# Zhang Medical P.C.
## Combined
### January - December 2022
### Internal Use Document - Unaudited

| | |
|---|---:|
| **Net Income (Loss)** | (1,380,300) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|    Accounts Receivable | 848,595 |
|    Accounts Payable | 1,158,664 |
|    Employee Benefits Payable | 46,788 |
|    Estimated Due Landlord | (2,250,108) |
|    Accrued Pension | (293,764) |
|    Due to Contractor | 221,173 |
|   Total Adjustments to reconcile Net Income to Net Cash provided by operations: | (268,652) |
| **Net Cash provided by operating acivities** | (1,648,952) |
| | |
| Investing Activities | |
|    Leasehold Improvements | 756,538 |
| **Net cash provided by investing activities** | 756,538 |
| | |
| **Net Cash Increase or Decrease for Period** | (892,414) |
| Cash at the beginning of period | 2,051,702 |
| Cash at the end of period | 1,159,288 |