Pardalis & Nohavicka  LLP  
950 Third Avenue, 11th Floor  
New York, New York  10022  
Tel. No. 718.777.0400  
Joseph D. Nohavicka  
Norma E. Ortiz, Of Counsel  
Proposed Counsel to the Debtor and  
Debtor in Possession  

---------------------------------------------------------x  
:    
In re   :  
:    
ZHANG MEDICAL P.C. d/b/a   :  
:   Case No. 23-10678-pb  
NEW HOPE FERTILITY CENTER   :  
:   Sub-Chapter V Chapter 11  
Debtor.   :  
---------------------------------------------------------x  

# DECLARATION OF SERVICE

I, Norma E. Ortiz, being duly sworn, states as follows:

1. I am over 18 years of age and not a party to this case.

2. On June 9, 2023, I caused to be served the creditors and parties set forth in the attached service list with a copy of the document(s) listed below by email, mail or overnight mail as set forth in the attached service list:

**Application to Set Last Day to File Proofs of Claims And Approving the Form and Manner of Notice Thereof**

I hereby declare that the foregoing statements made by me are true to the best of my knowledge and belief.

Dated: New York, New York  
       June 9, 2023

                                                *By: /s/ Norma E. Ortiz*  
                                                Norma E. Ortiz, Of Counsel  
                                                Joseph D. Nohavicka  
                                                Pardalis & Nohavicka LLP  
                                                950 Third Avenue, 11th Floor  
                                                New York, New York 10022  
                                                Tel. No. 718.777.0400  
                                                Proposed Counsel to the Debtor and  
                                                Debtor in Possession

# Zhang Medical P.C. d/b/a New Hope Fertility Center
## 23-10678-pb
## Service List

| Creditor or Interested Party | Method of Service | Digital or Physical Address | Date Served |
|---|---|---|---|
| Brian Masumoto, Esq., Office of the U.S. Trustee | Email | Brian.Masumoto@usdoj.gov | June 9, 2023 |
| GLL BVK Columbus Circle LLC 125 West 55th Street New York, NY, 10019 (Landlord) | Email | Karen S. Frieman Stern Tennenbaum & Bell LLP 380 Lexington Ave. NY, NY 10168 KFrieman@sterntannenbaum.com | June 9, 2023 |
| Sub-Chapter V Trustee Eric M. Huebscher | Email | ehuebscher@huebscherconsulting.com | June 9, 2023 |
| GLL BVK Columbus Circle LLC 125 West 55th Street New York, NY, 10019 (Landlord) | Email | Paul Rubin Rubin LLC 11 Broadway, Ste. 715 New York, NY 10004 prubin@rubinlawllc.com | June 9, 2023 |
| Pension Benefit Guaranty Corp. Office of the General Counsel 445 12th Street SW Washington, DC 20024-2101 | Email | Rodriguez.Danielle1@pbgc.gov Barnes.Erika@pbgc.gov | June 9, 2023 |
| Skyland Construction 39 West 32nd St. Ste. 900 New York, NY, 10001 | Email | hmdconstruction47@gmail.com | June 9, 2023 |
| CooperGenomics Inc PO Box 714643 Cincinnati, OH, 45271-4363 | Email | info@coopergenomics.com | June 9, 2023 |
| Henry Schein 135 Duryea Road Melville, NY, 11747 | Email | custserv@henryschein.com | June 9, 2023 |
| Cognizant 300 Frank W Burr Blvd Suite 36 Teaneck, NJ, 07666 | Email | inquiry@cognizant.com | June 9, 2023 |
| Roche Diagnostics 9115 Hague Road PO Box 50457 | Email | support.seqls@roche.com | June 9, 2023 |

| | | | |
|---|---|---|---|
| Indianapolis, IN, 46250-0457 | | | |
| Origio, Inc.<br>95 Corporate Drive<br>Trumbull, CT, 06611 | Email | Service@origio.us.com | June 9, 2023 |
| EBM IT Solutions Provider<br>35 Nutmeg Dr.<br>Trumbull, CT, 06611 | Email | info@ebmusa.com | June 9, 2023 |
| Tosoh Bioscience Inc<br>PO Box 712415<br>Cincinnati, OH, 45271 | Email | info.diag.am@tosoh.com | June 9, 2023 |
| Vitrolife Inc<br>3601 S Inca St<br>Englewood, CO, 80110-3430 | Email | order.us@vitrolife.com<br>ar@vitrolife | June 9, 2023 |
| Slomin's - Alarm<br>125 Lauman Lane<br>Hicksville, NY, 11801 | Email | cs_paperless@slomins.com | June 9, 2023 |
| SEO Brand<br>150 E Palmetto Park Rd<br>Suite 800<br>Boca Raton, FL, 33432 | Email | billing@seobrand.net | June 9, 2023 |
| Life Technologies Corporation<br>5781 Van Allen Way<br>Carlsbad, CA, 92008 | Email | hr1@thermofisher.com | June 9, 2023 |
| IPFS<br>PO Box 32144<br>New York, NY, 10087-2144 | Mail | PO Box 32144<br>New York, NY 10087-2144 | June 9, 2023 |
| LeadSquared Inc.<br>510 Thornall St<br>#210<br>Edison, NJ, 08837 | Email | sufal.mahajan@leadsquared.com<br>girish.n@leadsquared.com | June 9, 2023 |
| AAA All Voice and Data Inc - 5th Floor<br>5 Heron Drive<br>Marlboro, NJ, 07746 | Email | info@aaa-avad.com<br>booka@hotmail.com | June 9, 2023 |
| Illumina, Inc.<br>12864 Collection Center Dr.<br>Chicago, IL, 60693-0128 | Email | accountsreceivable@illumina.com | June 9, 2023 |
| Epstein Becker & Green, P.C.<br>875 3rd Ave<br>New York, NY, 10022 | Email | KLong@ebglaw.com | June 9, 2023 |

| Metro Drugs<br>931 Lexington Ave<br>New York, NY, 10065 | Email | fiona@camsllcny.com | June 9, 2023 |
| --- | --- | --- | --- |
| CCB Kitazato LLC<br>11915 La Grange Ave<br>Los Angeles, CA, 90025 | Mail | 11915 La Grange Ave<br>Los Angeles, CA, 90025 | June 9, 2023 |