UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- ---------------------------------------------------- X

In re:

ZHANG MEDICAL P.C. d/b/a                                    Case No. 23-10678-pb

NEW HOPE FERTILITY CLINIC,                                 Sub Chapter V Chapter 11

                              Debtor.

- ---------------------------------------------------- X

**NOTICE OF HEARING ON THE DEBTOR'S MOTION FOR THE ENTRY OF AN
ORDER AUTHORIZING THE DEBTOR TO REJECT ITS COMMERCIAL LEASE WITH
BVK COLUMBUS CIRCLE LLC AS OF JUNE 30, 2023**

 **PLEASE TAKE NOTICE**, that a **ZOOM** hearing to consider the above captioned

Debtor's Motion to Reject its Commercial Lease with BVK Columbus Circle LLC (the "Motion")

shall be conducted before the Honorable Philip Bentley, U.S. Bankruptcy Judge, on the **20th day of

July, 2023, at 2:00 p.m.** in the United States Bankruptcy Court, Southern District of New York,

One Bowling Green, New York, NY 10004, or as soon thereafter as counsel may be heard, for the

entry of an order pursuant to Section  of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the

"Bankruptcy Code"), to reject the Debtor's commercial lease with BVK Columbus Circle LLC as of

June 30, 2023.  The Debtor may request such other and further relief as is just and equitable at the

hearing. Any objections to the relief requested must be filed with the court no later than seven (7)

days before the hearing date stated above.

 **PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted via zoom.gov.

 **PLEASE TAKE FURTHER NOTICE** that if you wish to attend the videoconference

hearing, you must register online with eCourt Appearances at **https://ecf.nysb.uscourts.gov/cgi-

bin/nysbAppearances.pl** at least two business day before the scheduled hearing. Instructions for

appearing at the hearing can be found at https://www.nysb.uscourts.gov/content/judge-philip-

bentley.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the aforesaid hearing if you do not object to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing and must be filed with the Clerk of the Bankruptcy Court electronically at [www.nysb.uscourts.gov](http://www.nysb.uscourts.gov) within seven (7) days before the hearing. If you do not have the ability to file an objection electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with a copy of the objection saved in .pdf format. A copy of the objection must be provided to (a) the Chambers of the Honorable Philip Bentley, (b) Pardalis & Nohavicka , LLP, at the address listed below, and (c) all parties filing Notices of Appearance, so as to be received no later than seven (7) days prior to the hearing. The objection must comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases for such objection.

Dated:   June 30, 2023
         New York, New York

                                              /s/Norma E. Ortiz

                                              Pardalis & Nohavicka LLP
                                              950 Third Avenue, 11th Floor
                                              New York, New York  10022
                                              Tel. No. 718.777.0400
                                              Joseph D. Nohavicka
                                              Norma E. Ortiz, Of Counsel
                                              *Proposed Counsel to the Debtor and*
                                              *Debtor-in-Possession*