UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **ZHANG MEDICAL P.C., d/b/a NEW HOPE FERTILITY CENTER,** | Case No. 23-10678 (PB) |
| Debtor. | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for CooperSurgical, Inc. and its affiliated entities ("CooperSurgical"), and pursuant to Rules 2002, 3017, and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

Jennifer Feldsher, Esq.
Jason R. Alderson, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001
Email: jennifer.feldsher@morganlewis.com
          jason.alderson@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which CooperSurgical and its affiliated entities are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, NY
July 6, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/Jennifer Feldsher*
Jennifer Feldsher, Esq.
Jason R. Alderson, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Email: jennifer.feldsher@morganlewis.com
jason.alderson@morganlewis.com

*Counsel to CooperSurgical, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 6th day of July 2023 via ECF Noticing to the persons of record.

By: */s/Jennifer Feldsher*
Jennifer Feldsher