**Exhibit A**

6. Have you timely filed your tax returns and paid all of your taxes?

IRS audit is ongoing.

**Exhibit B**

. Do you ave any  an  a  ounts open ot er t an t e DIP a   ounts?

re uest  as  een made to   ase  an  and t ey indi iated t at it  ould ta e   days to  ange t e status of t e a   ounts to DIP.

**Exhibit C**

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/1/2023 | MERCHANT BANKCD  DES:DEPO | BOA 4557 | $ 36,585.00 |
| 5/1/2023 | MERCHANT BANKCD  DES:DEPO | BOA 4557 | $ 33,046.23 |
| 5/1/2023 | MERCHANT BANKCD  DES:DEPO | BOA 4557 | $ 17,488.00 |
| 5/1/2023 | AMERICAN EXPRESS DES:SETTL | BOA 4557 | $ 3,556.47 |
| 5/1/2023 | Future Family | BOA 4557 | $ 700.00 |
| 5/1/2023 | CIGNA | BOA 5572 | $ 7,134.45 |
| 5/1/2023 | AMERICAN EXPRESS DES:SETTL | BOA 4557 | $ 193.22 |
| 5/1/2023 | MERCHANT BNKCD. | BOA 4557 | $ 21,612.48 |
| 5/1/2023 | TSYS Merchant | Chase 9329 | $ 1,400.00 |
| 5/1/2023 | DEPOSIT | Chase 7628 | $ 4,200.00 |
| 5/1/2023 | DEPOSIT | Chase 7628 | $ 10,800.00 |
| 5/1/2023 | DEPOSIT | Chase 7628 | $ 18,725.00 |
| 5/1/2023 | DEPOSIT | Chase 7628 | $ 3,450.00 |
| 5/1/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 40,695.50 |
| 5/1/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 10,360.00 |
| 5/1/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 8,693.06 |
| 5/1/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 3,345.00 |
| 5/1/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 1,286.28 |
| 5/1/2023 | HNB - ECHO | BOA 5598 | $ 1,282.07 |
| 5/1/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 94.96 |
| 5/1/2023 | Deposit | Chase 6137 | $ 775.00 |
| 5/1/2023 | Deposit | Chase 6137 | $ 595.00 |
| 5/1/2023 | Deposit | Chase 6137 | $ 260.00 |
| 5/1/2023 | Tsys | Chase 6137 | $ 735.73 |
| 5/1/2023 | Tsys | Chase 6137 | $ 419.57 |
| 5/1/2023 | Deposit | Chase 6137 | $ 3,000.00 |
| 5/1/2023 | Deposit | Chase 6137 | $ 565.00 |
| 5/2/2023 | Future Family | BOA 4557 | $ 2,400.00 |
| 5/2/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 20,964.69 |
| 5/2/2023 | AETNA A04 | BOA 5598 | $ 3,854.52 |
| 5/2/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 1,715.04 |
| 5/2/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 531.84 |
| 5/2/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 366.53 |
| 5/2/2023 | HNB - ECHO        DES:HCCLAIM | BOA 5598 | $ 351.05 |
| 5/2/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 257.21 |
| 5/2/2023 | AETNA AS01 | BOA 5598 | $ 97.79 |
| 5/2/2023 | AETNA AS01 | BOA 5598 | $ 62.33 |
| 5/3/2023 | MERCHANT BNKCD. | BOA 4557 | $ 22,360.00 |
| 5/3/2023 | CIGNA | BOA 5572 | $ 6,730.93 |
| 5/3/2023 | PNC-ECHO | BOA 5572 | $ 186.95 |
| 5/3/2023 | PNC-ECHO | BOA 5572 | $ 915.35 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/3/2023 | CIGNA | BOA 5572 | $ 4,872.22 |
| 5/3/2023 | Amex Settlement | BOA 4557 | $ 5,223.99 |
| 5/3/2023 | Amex Settlement | BOA 4557 | $ 1,038.35 |
| 5/3/2023 | TSYS Merchant | Chase 9329 | $ 700.00 |
| 5/3/2023 | Deposit | Chase 7628 | $ 17,300.00 |
| 5/3/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 16,084.81 |
| 5/3/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 451.15 |
| 5/3/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 309.87 |
| 5/3/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 155.33 |
| 5/4/2023 | PNC-ECHO | BOA 5572 | $ 436.80 |
| 5/4/2023 | Amex Settlement | BOA 4557 | $ 584.36 |
| 5/4/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 42,900.75 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 7,929.70 |
| 5/4/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 2,522.55 |
| 5/4/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 718.78 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 591.83 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 444.86 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 141.74 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 116.94 |
| 5/4/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 68.01 |
| 5/5/2023 | Cooper Surgical Inc - Embryo Op | BOA 4557 | $ 214,967.51 |
| 5/5/2023 | PNC-ECHO | BOA 5572 | $ 2,032.81 |
| 5/5/2023 | CIGNA | BOA 5572 | $ 11,465.90 |
| 5/5/2023 | PNC-ECHO | BOA 5572 | $ 1,332.34 |
| 5/5/2023 | PNC-ECHO | BOA 5572 | $ 548.96 |
| 5/5/2023 | PNC-ECHO | BOA 5572 | $ 47.25 |
| 5/5/2023 | CIGNA | BOA 5572 | $ 13,461.83 |
| 5/5/2023 | AETNA AS01         HCCLAIMPMT | BOA 5572 | $ 987.75 |
| 5/5/2023 | Empire Blue 05 | BOA 5572 | $ 966.77 |
| 5/5/2023 | MERCHANT BNKCD. | BOA 4557 | $ 20,385.00 |
| 5/5/2023 | InstaMed | BOA 4557 | $ 576.25 |
| 5/5/2023 | DEPOSIT | Chase 7628 | $ 5,350.00 |
| 5/5/2023 | DEPOSIT | Chase 7628 | $ 1,015.00 |
| 5/5/2023 | DEPOSIT | Chase 7628 | $ 3,865.00 |
| 5/5/2023 | DEPOSIT | Chase 7628 | $ 5,400.00 |
| 5/5/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 35,288.21 |
| 5/5/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 3,239.52 |
| 5/5/2023 | UHC Benefits Pla DES:HCCLAIM | BOA 5598 | $ 113.39 |
| 5/5/2023 | UMR | BOA 5598 | $ 34.70 |
| 5/5/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/5/2023 | Deposit | Chase 6137 | $ 25.00 |
| 5/5/2023 | Deposit | Chase 6137 | $ 600.00 |
| 5/5/2023 | Deposit | Chase 6137 | $ 300.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/8/2023 | CIGNA | BOA 5572 | $ 165.00 |
| 5/8/2023 | PNC-ECHO | BOA 5572 | $ 1,572.61 |
| 5/8/2023 | PNC-ECHO | BOA 5572 | $ 400.60 |
| 5/8/2023 | PayPlus | BOA 5572 | $ 838.14 |
| 5/8/2023 | CIGNA | BOA 5572 | $ 3,072.32 |
| 5/8/2023 | Amex Settlement | BOA 4557 | $ 6,432.21 |
| 5/8/2023 | MERCHANT BNKCD. | BOA 4557 | $ 3,400.00 |
| 5/8/2023 | MERCHANT BNKCD. | BOA 4557 | $ 23,600.00 |
| 5/8/2023 | MERCHANT BNKCD. | BOA 4557 | $ 17,353.60 |
| 5/8/2023 | DEPOSIT | Chase 7628 | $ 10,900.00 |
| 5/8/2023 | DEPOSIT | Chase 7628 | $ 5,150.00 |
| 5/8/2023 | DEPOSIT | Chase 7628 | $ 250.00 |
| 5/8/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 23,367.89 |
| 5/8/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 19,387.48 |
| 5/8/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 16,820.00 |
| 5/8/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 12,631.62 |
| 5/8/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 210.35 |
| 5/8/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 184.46 |
| 5/8/2023 | HNB - ECHO | BOA 5598 | $ 167.79 |
| 5/8/2023 | Deposit | Chase 6137 | $ 5,095.00 |
| 5/8/2023 | Deposit | Chase 6137 | $ 1,500.00 |
| 5/9/2023 | PNC-ECHO | BOA 5572 | $ 2,267.64 |
| 5/9/2023 | PNC-ECHO | BOA 5572 | $ 4,942.39 |
| 5/9/2023 | Empire Blue 05 | BOA 5572 | $ 34.02 |
| 5/9/2023 | Amex Settlement | BOA 4557 | $ 2,367.87 |
| 5/9/2023 | MERCHANT BNKCD. | BOA 4557 | $ 26,130.00 |
| 5/9/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 22,688.39 |
| 5/9/2023 | AETNA A04 | BOA 5598 | $ 12,887.35 |
| 5/9/2023 | AETNA AS01 | BOA 5598 | $ 12,808.64 |
| 5/9/2023 | AETNA A04 | BOA 5598 | $ 926.30 |
| 5/9/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 791.81 |
| 5/9/2023 | HNB - ECHO | BOA 5598 | $ 605.04 |
| 5/9/2023 | AETNA AS01 | BOA 5598 | $ 549.64 |
| 5/9/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 237.43 |
| 5/10/2023 | PNC-ECHO | BOA 5572 | $ 279.52 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 18,331.27 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 2,821.49 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 10,840.55 |
| 5/10/2023 | CIGNA | BOA 5572 | $ 2,486.29 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 3,608.46 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 42.87 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 25,571.58 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 2,527.64 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/10/2023 | PNC-ECHO | BOA 5572 | $ 297.34 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 610.69 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 392.17 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 3,455.63 |
| 5/10/2023 | PNC-ECHO | BOA 5572 | $ 68.43 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 770.83 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 10,377.85 |
| 5/10/2023 | Empire Blue 05 | BOA 5572 | $ 179.92 |
| 5/10/2023 | Amex Settlement | BOA 4557 | $ 9,016.70 |
| 5/10/2023 | MERCHANT BNKCD. | BOA 4557 | $ 15,315.00 |
| 5/10/2023 | MERCHANT BANKCD  DES:DE| BOA 5598 | $ 15,543.18 |
| 5/10/2023 | HNB - ECHO | BOA 5598 | $ 885.92 |
| 5/10/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 447.82 |
| 5/10/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 259.74 |
| 5/10/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 13.94 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 597.31 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 587.55 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 30.23 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 114.67 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 785.40 |
| 5/11/2023 | PNC-ECHO | BOA 5572 | $ 2,439.44 |
| 5/11/2023 | Empire Blue 05 | BOA 5572 | $ 231.21 |
| 5/11/2023 | Empire Blue 05 | BOA 5572 | $ 211.12 |
| 5/11/2023 | Empire Blue 05 | BOA 5572 | $ 112.25 |
| 5/11/2023 | Amex Settlement | BOA 4557 | $ 2,291.14 |
| 5/11/2023 | MERCHANT BNKCD. | BOA 4557 | $ 22,325.00 |
| 5/11/2023 | DEPOSIT | Chase 7628 | $ 4,100.00 |
| 5/11/2023 | DEPOSIT | Chase 7628 | $ 4,530.00 |
| 5/11/2023 | MERCHANT BANKCD  DES:DE| BOA 5598 | $ 13,082.47 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 7,316.93 |
| 5/11/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 1,248.17 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 1,204.37 |
| 5/11/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 1,039.28 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 431.27 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 172.58 |
| 5/11/2023 | PNC-ECHO | BOA 5598 | $ 85.27 |
| 5/11/2023 | UMR | BOA 5598 | $ 47.26 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 34.69 |
| 5/11/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 12.29 |
| 5/11/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/11/2023 | Tsys | Chase 6137 | $ 369.49 |
| 5/11/2023 | Deposit | Chase 6137 | $ 3,750.00 |
| 5/12/2023 | CIGNA | BOA 5572 | $ 850.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---:|
| 5/12/2023 | Empire Blue 05 | BOA 5572 | $ 47.50 |
| 5/12/2023 | Empire Blue 05 | BOA 5572 | $ 52.20 |
| 5/12/2023 | TSYS Merchant | Chase 9329 | $ 2,400.00 |
| 5/12/2023 | TSYS Merchant | Chase 9329 | $ 409.89 |
| 5/12/2023 | Amex Settlement | BOA 4557 | $ 12,648.49 |
| 5/12/2023 | MERCHANT BNKCD. | BOA 4557 | $ 15,835.00 |
| 5/12/2023 | -- | Chase 7628 | $ 10,492.00 |
| 5/12/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 16,007.60 |
| 5/12/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 240.00 |
| 5/12/2023 | UMR | BOA 5598 | $ 79.25 |
| 5/12/2023 | UMR | BOA 5598 | $ 8.90 |
| 5/12/2023 | Deposit | Chase 6137 | $ 2,075.00 |
| 5/15/2023 | PNC-ECHO | BOA 5572 | $ 333.00 |
| 5/15/2023 | TSYS Merchant | Chase 9329 | $ 233.33 |
| 5/15/2023 | MERCHANT BNKCD. | BOA 4557 | $ 24,070.00 |
| 5/15/2023 | Amex Settlement | BOA 4557 | $ 2,785.58 |
| 5/15/2023 | MERCHANT BNKCD. | BOA 4557 | $ 21,625.00 |
| 5/15/2023 | MERCHANT BNKCD. | BOA 4557 | $ 10,315.00 |
| 5/15/2023 | Amex Settlement | BOA 4557 | $ 13,639.16 |
| 5/15/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 17,490.24 |
| 5/15/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 12,745.00 |
| 5/15/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 4,895.00 |
| 5/15/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 2,477.28 |
| 5/15/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 476.40 |
| 5/15/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 413.41 |
| 5/15/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 325.49 |
| 5/15/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 223.14 |
| 5/16/2023 | Empire Blue 05 | BOA 5572 | $ 110.53 |
| 5/16/2023 | Amex Settlement | BOA 4557 | $ 4,672.12 |
| 5/16/2023 | MERCHANT BNKCD. | BOA 4557 | $ 31,576.47 |
| 5/16/2023 | DEPOSIT | Chase 7628 | $ 2,475.00 |
| 5/16/2023 | DEPOSIT | Chase 7628 | $ 8,070.00 |
| 5/16/2023 | DEPOSIT | Chase 7628 | $ 1,290.00 |
| 5/16/2023 | DEPOSIT | Chase 7628 | $ 6,960.00 |
| 5/16/2023 | DEPOSIT | Chase 7628 | $ 5,850.00 |
| 5/16/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 38,795.00 |
| 5/16/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 2,003.03 |
| 5/16/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 952.80 |
| 5/16/2023 | UMR | BOA 5598 | $ 937.85 |
| 5/16/2023 | HNB - ECHO | BOA 5598 | $ 541.01 |
| 5/16/2023 | Deposit | Chase 6137 | $ 100.00 |
| 5/16/2023 | Deposit | Chase 6137 | $ 4,320.00 |
| 5/16/2023 | Deposit | Chase 6137 | $ 1,924.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 8,718.92 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 262.70 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 97.68 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 2,252.23 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 18,595.84 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 4,262.57 |
| 5/17/2023 | CIGNA | BOA 5572 | $ 10,226.83 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 8,362.65 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 4,165.56 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 2,593.89 |
| 5/17/2023 | Empire Blue 05 | BOA 5572 | $ 16,934.60 |
| 5/17/2023 | CIGNA | BOA 5572 | $ 7,224.31 |
| 5/17/2023 | TSYS Merchant | Chase 9329 | $ 2,000.00 |
| 5/17/2023 | MERCHANT BNKCD. | BOA 4557 | $ 19,470.00 |
| 5/17/2023 | Amex Settlement | BOA 4557 | $ 7,365.39 |
| 5/17/2023 | pt2 | Chase 7628 | $ 1,200.00 |
| 5/17/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 14,724.00 |
| 5/17/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 516.55 |
| 5/17/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 50.85 |
| 5/17/2023 |  | BOA 5598 | $ 9.59 |
| 5/18/2023 | MERCHANT BNKCD. | BOA 4557 | $ 23,600.00 |
| 5/18/2023 | Amex Settlement | BOA 4557 | $ 282.44 |
| 5/18/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 15,000.00 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 3,969.96 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 601.70 |
| 5/18/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 600.26 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 455.00 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 444.23 |
| 5/18/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 440.79 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 154.07 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 136.19 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 71.17 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 39.63 |
| 5/18/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 9.18 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 252.40 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 185.10 |
| 5/19/2023 | CIGNA | BOA 5572 | $ 2,709.75 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 10.17 |
| 5/19/2023 | CIGNA | BOA 5572 | $ 201.60 |
| 5/19/2023 | CIGNA | BOA 5572 | $ 47,969.87 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 318.81 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 3,652.65 |
| 5/19/2023 | PNC-ECHO | BOA 5572 | $ 186.95 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/19/2023 | MERCHANT BNKCD. | BOA 4557 | $ 18,885.00 |
| 5/19/2023 | Amex Settlement | BOA 4557 | $ 13,823.63 |
| 5/19/2023 | DEPOSIT | Chase 7628 | $ 4,600.00 |
| 5/19/2023 | DEPOSIT | Chase 7628 | $ 2,720.00 |
| 5/19/2023 | DEPOSIT | Chase 7628 | $ 4,730.00 |
| 5/19/2023 | MERCHANT BANKCD DES:DE | BOA 5598 | $ 8,143.35 |
| 5/19/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 2,243.98 |
| 5/19/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 212.96 |
| 5/19/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 136.31 |
| 5/19/2023 | UMR | BOA 5598 | $ 66.74 |
| 5/19/2023 | UMR | BOA 5598 | $ 1.32 |
| 5/19/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/22/2023 | PNC-ECHO | BOA 5572 | $ 186.95 |
| 5/22/2023 | CIGNA | BOA 5572 | $ 10,925.92 |
| 5/22/2023 | CIGNA | BOA 5572 | $ 1,007.52 |
| 5/22/2023 | TSYS Merchant | Chase 9329 | $ 200.00 |
| 5/22/2023 | MERCHANT BNKCD. | BOA 4557 | $ 28,776.43 |
| 5/22/2023 | Amex Settlement | BOA 4557 | $ 659.53 |
| 5/22/2023 | Amex Settlement | BOA 4557 | $ 5,280.16 |
| 5/22/2023 | MERCHANT BNKCD. | BOA 4557 | $ 30,960.60 |
| 5/22/2023 | pt2 | Chase 7628 | $ 44,130.00 |
| 5/22/2023 | DEPOSIT | Chase 7628 | $ 750.00 |
| 5/22/2023 | DEPOSIT | Chase 7628 | $ 9,080.00 |
| 5/22/2023 | UNITED OVERSEAS BANK LTD | Chase 7628 | $ 4,800.00 |
| 5/22/2023 | MERCHANT BANKCD DES:DE | BOA 5598 | $ 18,644.94 |
| 5/22/2023 | MERCHANT BANKCD DES:DE | BOA 5598 | $ 16,588.53 |
| 5/22/2023 | SYNCHRONY BANK DES:MTC | BOA 5598 | $ 10,126.46 |
| 5/22/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 499.42 |
| 5/22/2023 | UHC Benefits Pla DES:HCCLAIM | BOA 5598 | $ 461.22 |
| 5/22/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 88.19 |
| 5/22/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/23/2023 | Empire Blue 05 | BOA 5572 | $ 1,068.54 |
| 5/23/2023 | MERCHANT BNKCD. | BOA 4557 | $ 13,273.00 |
| 5/23/2023 | Amex Settlement | BOA 4557 | $ 5,881.56 |
| 5/23/2023 | MERCHANT BANKCD DES:DE | BOA 5598 | $ 23,092.52 |
| 5/23/2023 | AETNA AS01 | BOA 5598 | $ 2,771.81 |
| 5/23/2023 | AETNA A04 | BOA 5598 | $ 2,352.30 |
| 5/23/2023 | AETNA AS01 | BOA 5598 | $ 80.35 |
| 5/24/2023 | Empire Blue 05 | BOA 5572 | $ 1,345.40 |
| 5/24/2023 | PayPlus | BOA 5572 | $ 97.20 |
| 5/24/2023 | Empire Blue 05 | BOA 5572 | $ 1,043.99 |
| 5/24/2023 | CIGNA | BOA 5572 | $ 861.66 |
| 5/24/2023 | CIGNA | BOA 5572 | $ 13,457.80 |

| Date | Name | Bank Account | Amount |
|---|---|---|---:|
| 5/24/2023 | Empire Blue 05 | BOA 5572 | $ 1,285.01 |
| 5/24/2023 | Empire Blue 05 | BOA 5572 | $ 565.98 |
| 5/24/2023 | TSYS Merchant | Chase 9329 | $ 471.35 |
| 5/24/2023 | MERCHANT BNKCD. | BOA 4557 | $ 29,021.43 |
| 5/24/2023 | Amex Settlement | BOA 4557 | $ 1,928.98 |
| 5/24/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 7,865.00 |
| 5/24/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 2,921.10 |
| 5/24/2023 | UMR USNAS | BOA 5598 | $ 466.16 |
| 5/24/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 94.06 |
| 5/25/2023 | PNC-ECHO | BOA 5572 | $ 2,358.30 |
| 5/25/2023 | PNC-ECHO | BOA 5572 | $ 5,798.83 |
| 5/25/2023 | Amex Settlement | BOA 4557 | $ 10,068.74 |
| 5/25/2023 | MERCHANT BNKCD. | BOA 4557 | $ 24,046.06 |
| 5/25/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 8,893.48 |
| 5/25/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 1,944.85 |
| 5/25/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 1,480.31 |
| 5/25/2023 | OXFORD HEALTH IN DES:HCC | BOA 5598 | $ 318.73 |
| 5/25/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 220.81 |
| 5/25/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 141.74 |
| 5/26/2023 | PNC-ECHO | BOA 5572 | $ 731.55 |
| 5/26/2023 | CIGNA | BOA 5572 | $ 1,644.72 |
| 5/26/2023 | CIGNA | BOA 5572 | $ 105.00 |
| 5/26/2023 | Amex Settlement | BOA 4557 | $ 8,965.15 |
| 5/26/2023 | MERCHANT BNKCD. | BOA 4557 | $ 32,095.00 |
| 5/26/2023 | DEPOSIT | Chase 7628 | $ 1,500.00 |
| 5/26/2023 | DEPOSIT | Chase 7628 | $ 1,405.00 |
| 5/26/2023 | DEPOSIT | Chase 7628 | $ 11,175.00 |
| 5/26/2023 | -- | Chase 7628 | $ 7,248.06 |
| 5/26/2023 | DEPOSIT | Chase 7628 | $ 2,150.00 |
| 5/26/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 15,948.68 |
| 5/26/2023 | UMR | BOA 5598 | $ 458.49 |
| 5/26/2023 | UMR | BOA 5598 | $ 169.62 |
| 5/26/2023 | UMR | BOA 5598 | $ 133.48 |
| 5/26/2023 | Deposit | Chase 6137 | $ 10,636.42 |
| 5/26/2023 | Deposit | Chase 6137 | $ 3,750.00 |
| 5/26/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/26/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/26/2023 | Deposit | Chase 6137 | $ 250.00 |
| 5/30/2023 | PNC-ECHO | BOA 5572 | $ 1,867.14 |
| 5/30/2023 | Empire Blue 05 | BOA 5572 | $ 45.74 |
| 5/30/2023 | Empire Blue 05 | BOA 5572 | $ 31.39 |
| 5/30/2023 | PNC-ECHO | BOA 5572 | $ 687.39 |
| 5/30/2023 | TSYS Merchant | Chase 9329 | $ 4,800.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---:|
| 5/30/2023 | TSYS Merchant | Chase 9329 | $ 1,050.00 |
| 5/30/2023 | Amex Settlement | BOA 4557 | $ 9,100.92 |
| 5/30/2023 | Amex Settlement | BOA 4557 | $ 1,750.45 |
| 5/30/2023 | Amex Settlement | BOA 4557 | $ 8,894.93 |
| 5/30/2023 | Amex Settlement | BOA 4557 | $ 8,119.24 |
| 5/30/2023 | MERCHANT BNKCD. | BOA 4557 | $ 19,286.21 |
| 5/30/2023 | MERCHANT BNKCD. | BOA 4557 | $ 20,388.01 |
| 5/30/2023 | MERCHANT BNKCD. | BOA 4557 | $ 9,650.00 |
| 5/30/2023 | MERCHANT BNKCD. | BOA 4557 | $ 30,465.00 |
| 5/30/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 24,752.71 |
| 5/30/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 13,720.00 |
| 5/30/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 11,068.49 |
| 5/30/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 10,149.70 |
| 5/30/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 3,920.00 |
| 5/30/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 3,211.20 |
| 5/30/2023 | UHC Benefits Pla DES:HCCLAIM | BOA 5598 | $ 113.39 |
| 5/30/2023 | SYNCHRONY BANK   DES:MTC | BOA 5598 | $ 94.06 |
| 5/30/2023 | UNITEDHEALTHCARE DES:HC | BOA 5598 | $ 12.29 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 4,175.65 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 355.19 |
| 5/31/2023 | CIGNA | BOA 5572 | $ 21,908.64 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 9,474.83 |
| 5/31/2023 | PNC-ECHO | BOA 5572 | $ 365.66 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 1,240.06 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 127.41 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 4,461.48 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 13,072.59 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 5,055.32 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 95.29 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 38.23 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 1,198.10 |
| 5/31/2023 | CIGNA | BOA 5572 | $ 4,987.89 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 213.32 |
| 5/31/2023 | CHASE BANK | Chase 7595 | $ 0.01 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 6,333.43 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 45.40 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 122.85 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 1,050.39 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 809.88 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 7,997.67 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 28,150.49 |
| 5/31/2023 | Empire Blue 05 | BOA 5572 | $ 2,865.29 |
| 5/31/2023 | MERCHANT BNKCD. | BOA 4557 | $ 27,899.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/31/2023 | Amex Settlement | BOA 4557 | $ 5,136.55 |
| 5/31/2023 | -- | Chase 0665 | $ 1.59 |
| 5/31/2023 | CHASE BANK | Chase 3713 | $ 0.01 |
| 5/31/2023 | -- | Chase 7628 | $ 6,138.43 |
| 5/31/2023 | DEPOSIT | Chase 7628 | $ 1,275.00 |
| 5/31/2023 | DEPOSIT | Chase 7628 | $ 2,870.00 |
| 5/31/2023 | DEPOSIT | Chase 7628 | $ 4,440.00 |
| 5/31/2023 | DEPOSIT | Chase 7628 | $ 7,350.00 |
| 5/31/2023 | DEPOSIT | Chase 7628 | $ 1,150.00 |
| 5/31/2023 | -- | Chase 7761 | $ 8.91 |
| 5/31/2023 | MERCHANT BANKCD  DES:DE | BOA 5598 | $ 25,442.59 |
| 5/31/2023 | AETNA AS01 | BOA 5598 | $ 13,710.90 |
| 5/31/2023 | AETNA A04 | BOA 5598 | $ 3,972.47 |
| 5/31/2023 | Deposit | Chase 6137 | $ 35,398.83 |
| 5/31/2023 | Deposit | Chase 6137 | $ 1,450.00 |
| 5/31/2023 | Deposit | Chase 6137 | $ 260.00 |
| **Total** | | | **$ 2,599,154.03** |

**Exhibit D**

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/1/2023 | Courtney Sieracki | BOA 4557 | $ 165.18 |
| 5/1/2023 | EB Employee Solutions, LLC | BOA 4557 | $ 1,492.50 |
| 5/1/2023 | Mbi | Chase 2082 | $ 96.80 |
| 5/1/2023 | Mbi | Chase 2082 | $ 158.60 |
| 5/1/2023 | Mbi | Chase 2082 | $ 182.00 |
| 5/1/2023 | MID ATLANTIC TRUST COMPA | BOA 5572 | $ 14,115.27 |
| 5/1/2023 | Con Edison | BOA 4557 | $ 99.08 |
| 5/1/2023 | Con Edison | BOA 4557 | $ 33.81 |
| 5/1/2023 | Con Edison | BOA 4557 | $ 37.06 |
| 5/1/2023 | Con Edison | BOA 4557 | $ 33.81 |
| 5/1/2023 | Winglai Ho | Chase 7682 | $ 77.80 |
| 5/1/2023 | ipfs | BOA 3066 | $ 17,126.97 |
| 5/1/2023 | healthcare | BOA 3066 | $ 991.73 |
| 5/2/2023 | Mbi | Chase 2082 | $ 383.00 |
| 5/2/2023 | CLC West LLC | BOA 4557 | $ 30,000.00 |
| 5/2/2023 | Paymentech Fee | Chase 1093 | $ 30.00 |
| 5/2/2023 | -- | BOA 4557 | $ 2,067.22 |
| 5/2/2023 | GUARDIAN LIFE INSURANCE | BOA 5572 | $ 5,415.87 |
| 5/2/2023 | CHASE BANK | Chase 7682 | $ 250.00 |
| 5/2/2023 | leasedirect | BOA 3066 | $ 5,112.09 |
| 5/2/2023 | leasedirect | BOA 3066 | $ 1,143.01 |
| 5/3/2023 | Newlane Finance | BOA 4557 | $ 1,362.88 |
| 5/3/2023 | CHASE BANK | Chase 9329 | $ 8.19 |
| 5/3/2023 | Mbi | Chase 2082 | $ 1,294.53 |
| 5/3/2023 | christine Liu | Chase 2082 | $ 1,722.85 |
| 5/3/2023 | DEPOSITED ITEM RETURNED | Chase 7682 | $ 4,950.00 |
| 5/3/2023 | DEPOSITED ITEM RETURNED | Chase 7682 | $ 1,800.00 |
| 5/3/2023 | DEPOSITED ITEM RETURNED | Chase 7682 | $ 50.00 |
| 5/4/2023 | Mbi | Chase 2082 | $ 546.50 |
| 5/4/2023 | CHASE BANK | Chase 7682 | $ 50.00 |
| 5/4/2023 | timepayment | BOA 3066 | $ 457.22 |
| 5/5/2023 | Mbi | Chase 2082 | $ 158.00 |
| 5/5/2023 | boa leasing | BOA 3066 | $ 21,826.52 |
| 5/5/2023 | healthcare | BOA 3066 | $ 584.64 |
| 5/8/2023 | Mbi | Chase 2082 | $ 572.45 |
| 5/8/2023 | Mbi | Chase 2082 | $ 590.59 |
| 5/8/2023 | Mbi | Chase 2082 | $ 96.00 |
| 5/8/2023 | Pay Plus | BOA 5572 | $ 20.70 |
| 5/8/2023 | Konica Minolta Business Solution | BOA 4557 | $ 139.99 |
| 5/8/2023 | healthcare | BOA 3066 | $ 1,166.70 |
| 5/9/2023 | Mbi | Chase 2082 | $ 145.54 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/9/2023 | Con Edison | BOA 4557 | $ 2,938.19 |
| 5/9/2023 | Instamed Fee Acc | Chase 6137 | $ 3.92 |
| 5/9/2023 | Tysy | Chase 6137 | $ 154.01 |
| 5/9/2023 | Verizon | Chase 6137 | $ 44.41 |
| 5/10/2023 | Mbi | Chase 2082 | $ 376.00 |
| 5/10/2023 | Lissethe Puerta | Chase 2082 | $ 612.48 |
| 5/10/2023 | Meidan Zhang | Chase 2082 | $ 35.00 |
| 5/10/2023 | TSYS Merchant | Chase 9329 | $ 169.06 |
| 5/11/2023 | Mbi | Chase 2082 | $ 20.00 |
| 5/11/2023 | Paycom Payroll, LLC | BOA 5572 | $ 352,068.16 |
| 5/11/2023 | Pearl Coast Inc | BOA 4557 | $ 6,809.52 |
| 5/11/2023 | Pearl Coast Inc | BOA 4557 | $ 12,692.31 |
| 5/11/2023 | Pearl Coast Inc | BOA 4557 | $ 5,380.00 |
| 5/11/2023 | Pearl Coast Inc | BOA 4557 | $ 26,070.00 |
| 5/11/2023 | Pearl Coast Inc | BOA 4557 | $ 2,250.00 |
| 5/12/2023 | Irene Diaz | 10000 BANKING | $ 706.24 |
| 5/12/2023 | Mbi | Chase 2082 | $ 103.00 |
| 5/15/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/15/2023 | Mbi | Chase 2082 | $ 330.00 |
| 5/15/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/15/2023 | Mbi | Chase 2082 | $ 10.00 |
| 5/15/2023 | Mbi | Chase 2082 | $ 899.22 |
| 5/15/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/15/2023 | Missing | BOA 5572 | $ 1,049.18 |
| 5/15/2023 | CHASE BANK | Chase 1093 | $ 25.38 |
| 5/15/2023 | CHASE BANK | Chase 2082 | $ 36.95 |
| 5/15/2023 | InstaMed | BOA 4557 | $ 47.95 |
| 5/15/2023 | Bank of America | BOA 4557 | $ 1,902.39 |
| 5/15/2023 | CHASE BANK | Chase 6621 | $ 396.51 |
| 5/15/2023 | Facebook | Chase 7682 | $ 901.61 |
| 5/15/2023 | Google*ADWS | Chase 7682 | $ 1,500.00 |
| 5/15/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/15/2023 | In*Steptoe | Chase 7682 | $ 98.00 |
| 5/15/2023 | CHASE BANK | Chase 7682 | $ 398.99 |
| 5/16/2023 | Mbi | Chase 2082 | $ 75.50 |
| 5/16/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/16/2023 | nCred | BOA 4557 | $ 1,584.00 |
| 5/16/2023 | AG TECH | Chase 7682 | $ 167.12 |
| 5/16/2023 | leasedirect | BOA 3066 | $ 1,139.68 |
| 5/17/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/17/2023 | Mbi | Chase 2082 | $ 410.35 |
| 5/17/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/17/2023 | CHASE BANK | Chase 7682 | $ 50.00 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/17/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/18/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/18/2023 | -- | BOA 4557 | $ 706.24 |
| 5/18/2023 | Bulk Reef Supply | Chase 7682 | $ 379.97 |
| 5/18/2023 | Zoho Corporation | Chase 7682 | $ 84.65 |
| 5/18/2023 | Adobe - John Zhang | Chase 7682 | $ 708.42 |
| 5/18/2023 | healthcare | BOA 3066 | $ 972.18 |
| 5/18/2023 | healthcare | BOA 3066 | $ 946.06 |
| 5/19/2023 | iCollegeworld LLC | BOA 4557 | $ 3,603.62 |
| 5/19/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/19/2023 | Mbi | Chase 2082 | $ 180.31 |
| 5/19/2023 | Pearl Coast Inc | BOA 4557 | $ 150,000.00 |
| 5/19/2023 | Amazon Marketplace | Chase 7682 | $ 176.94 |
| 5/19/2023 | Amazon Web Services | Chase 7682 | $ 13.00 |
| 5/22/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/22/2023 | Mbi | Chase 2082 | $ 172.00 |
| 5/22/2023 | Mbi | Chase 2082 | $ 175.50 |
| 5/22/2023 | MassMutual Financial Group | Chase 7682 | $ 1,267.71 |
| 5/22/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/22/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/22/2023 | Mbi | Chase 2082 | $ 31.25 |
| 5/22/2023 | Konica Minolta Business Solutions | BOA 4557 | $ 4,995.93 |
| 5/22/2023 | Con Edison | BOA 4557 | $ 15.00 |
| 5/22/2023 | Con Edison | BOA 4557 | $ 40.04 |
| 5/22/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/22/2023 | 4 IMPRINT | Chase 7682 | $ 721.79 |
| 5/22/2023 | Uline | Chase 7682 | $ 297.64 |
| 5/22/2023 | healthcare | BOA 3066 | $ 1,989.40 |
| 5/22/2023 | healthcare | BOA 3066 | $ 419.37 |
| 5/22/2023 | GE Precision Health | BOA 3066 | $ 177.03 |
| 5/23/2023 | Mbi | Chase 2082 | $ 265.00 |
| 5/23/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/23/2023 | Justino's Pizza | Chase 7682 | $ 499.54 |
| 5/23/2023 | Zoom - | Chase 7682 | $ 15.35 |
| 5/23/2023 | Amazon Web Services | Chase 7682 | $ 13.00 |
| 5/23/2023 | Marlin Bank | BOA 3066 | $ 2,461.72 |
| 5/24/2023 | Kelly Samuels | BOA 4557 | $ 8,000.00 |
| 5/24/2023 | Mbi | Chase 2082 | $ 50.00 |
| 5/24/2023 | Pay Plus | BOA 5572 | $ 2.40 |
| 5/24/2023 | Tesla Inc. | Chase 9329 | $ 2,167.00 |
| 5/24/2023 | The Hartford | BOA 4557 | $ 6,021.50 |
| 5/24/2023 | Konica Minolta Business Solutions | BOA 4557 | $ 214.93 |
| 5/24/2023 | Konica Minolta Business Solutions | BOA 4557 | $ 209.04 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/24/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/24/2023 | United Airlines | Chase 7682 | $ 208.91 |
| 5/24/2023 | Staples.com | Chase 7682 | $ 3,834.16 |
| 5/24/2023 | Facebook | Chase 7682 | $ 2.20 |
| 5/24/2023 | Staples.com | Chase 7682 | $ 312.29 |
| 5/25/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/25/2023 | Mbi | Chase 2082 | $ 249.00 |
| 5/25/2023 | Paycom Payroll, LLC | BOA 5572 | $ 454,770.44 |
| 5/25/2023 | Pearl Coast Inc | BOA 4557 | $ 3,123.68 |
| 5/25/2023 | GWENDOLYN LEIGHANN MAR | Chase 7682 | $ 2,825.00 |
| 5/25/2023 | Soyo Wellness Inc | Chase 7682 | $ 6,809.52 |
| 5/25/2023 | Wendy Ramirez | Chase 7682 | $ 4,840.00 |
| 5/25/2023 | Origio, Inc. | Chase 7682 | $ 25,871.81 |
| 5/25/2023 | -- | Chase 7682 | $ 5,427.40 |
| 5/26/2023 | Cognizant | BOA 4557 | $ 60,472.72 |
| 5/26/2023 | Mbi | Chase 2082 | $ 164.25 |
| 5/26/2023 | Missing | BOA 5572 | $ 1,013.11 |
| 5/26/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/26/2023 | MSFT | Chase 7682 | $ 2,694.66 |
| 5/26/2023 | United Airlines | Chase 7682 | $ 218.90 |
| 5/26/2023 | MSFT | Chase 7682 | $ 13.61 |
| 5/26/2023 | EBMINC | BOA 3066 | $ 18,991.06 |
| 5/26/2023 | SEO BRAND CORPOR | BOA 3066 | $ 6,875.00 |
| 5/26/2023 | SEO BRAND CORPOR | BOA 3066 | $ 5,000.00 |
| 5/26/2023 | SEO BRAND CORPOR | BOA 3066 | $ 5,000.00 |
| 5/26/2023 | SEO BRAND CORPOR | BOA 3066 | $ 2,500.00 |
| 5/26/2023 | Healthcare | BOA 3066 | $ 2,239.54 |
| 5/30/2023 | Soyo Wellness Inc | BOA 4557 | $ 40,000.00 |
| 5/30/2023 | Rory McKinnon | BOA 4557 | $ 3,700.00 |
| 5/30/2023 | Mbi | Chase 2082 | $ 130.31 |
| 5/30/2023 | Mbi | Chase 2082 | $ 350.00 |
| 5/30/2023 | Mbi | Chase 2082 | $ 258.75 |
| 5/30/2023 | Google*ADWS | Chase 7682 | $ 500.00 |
| 5/30/2023 | Mbi | Chase 2082 | $ 179.25 |
| 5/30/2023 | Con Edison | BOA 4557 | $ 30.67 |
| 5/30/2023 | MSFT | Chase 7682 | $ 19.63 |
| 5/30/2023 | Amazon Marketplace | Chase 7682 | $ 38.10 |
| 5/30/2023 | Zoom - | Chase 7682 | $ 16.37 |
| 5/30/2023 | ZocDoc Inc | Chase 7682 | $ 48.96 |
| 5/30/2023 | Facebook | Chase 7682 | $ 900.00 |
| 5/30/2023 | Staples.com | Chase 7682 | $ 281.12 |
| 5/30/2023 | MSFT | Chase 7682 | $ 26.13 |
| 5/30/2023 | Amazon Marketplace | Chase 7682 | $ 76.36 |

| Date | Name | Bank Account | Amount |
|---|---|---|---|
| 5/30/2023 | Staples.com | Chase 7682 | $ 169.41 |
| 5/30/2023 | Healthcare | BOA 3066 | $ 991.73 |
| 5/31/2023 | Wendy Ramirez | BOA 4557 | $ 5,100.00 |
| 5/31/2023 | Michele Bertoldi | BOA 4557 | $ 160.27 |
| 5/31/2023 | Michele Bertoldi | BOA 4557 | $ 2,616.94 |
| 5/31/2023 | Michele Bertoldi | BOA 4557 | $ 2,135.00 |
| 5/31/2023 | Mbi | Chase 2082 | $ 207.00 |
| 5/31/2023 | -- | BOA 4557 | $ 10,000.00 |
| 5/31/2023 | Clinical Research Strategies, LLC | Chase 7682 | $ 61.09 |
| 5/31/2023 | CHASE BANK | Chase 7595 | $ 15.00 |
| **Total** | | | **$ 1,418,473.11** |

**Exhibit E**

Due to Landlord                         .

To  e Presented

**Exhibit**

Estimated Amounts Receivable.

To be Presented

**Disclosures/Additional Information**

List of Accounts Receivables (Exhibit F) is an estimate figure based off prior average collection experience; the books have not yet been finalized for the end of the month, soon to be updated to reflect what's requested.