UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ZHANG MEDICAL P.C., D/B/A | ) Case No. 23-10678 (PB) |
| NEW HOPE FERTILITY CLINIC | ) |
| | ) (Subchapter V) |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the Bankruptcy Code, enters his appearance as Patient Care Ombudsman in the above-captioned chapter 11 case (the "Bankruptcy Case"), and respectfully requests that the name of undersigned be added to the mailing list maintained by the Clerk and Claims Agent and that all notices given or required to be given in this Bankruptcy Case, and all pleadings and other papers served, or required to be served, in this Bankruptcy Case, be given to and served upon the following:

> David N. Crapo
> GIBBONS P.C.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4523
> Facsimile: (973) 639-6244
> E-mail: dcrapo@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or

some other means, or otherwise filed or made with regard to this Case and proceedings therein. Further this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

| | |
|---|---|
| Dated: July 20, 2023<br>Newark, New Jersey | David N. Crapo<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4557<br>Facsimile: (973) 639-6234<br>E-mail: dcrapo@gibbonslaw.com<br>Patient Care Ombudsman<br><br>By: */s/ David N. Crapo*<br>    David N. Crapo |

## CERTIFICATION OF SERVICE

   I hereby certify that on July 20, 2023, I caused the within Notice of Appearance to be electronically filed with the Clerk of the Bankruptcy Court for the Southern District of New York and served upon all parties having formally requested notice in this case via the Court's CM/ECF System.

                    */s/ David N. Crapo*
                    David N. Crapo