```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :
                                                       :
ZHANG MEDICAL P.C. d/b/a                               :
                                                       :   Case No. 23-10678-pb
NEW HOPE FERTILITY CENTER                              :
                                                       :   Chapter 11 (Subchapter V)
                                                       :
                         Debtor.                       :
-------------------------------------------------------x
```

### ORDER GRANTING DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO REJECT ITS COMMERCIAL LEASE WITH GLL BVK COLUMBUS CIRCLE LLC AS OF JULY 20, 2023

Upon the motion (the "Motion") of Zhang Medical P.C., as debtor and debtor-in-possession (the "Debtor"), for the entry of an order (the "Order") authorizing the Debtor to reject its commercial lease (the "Lease") with GLL BVK Columbus Circle LLC (the "Landlord") of the nonresidential real property for the premises known as the second, third, fourth and fifth floors of the property known as Four Columbus Circle, New York, New York, effective as of June 30, 2023 and permitting the Debtor to take any actions necessary to implement and effectuate the rejection of Lease; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having scheduled a hearing on the Motion for July 20, 2023; and the Court having adjourned the hearing on the Motion to July 25, 2023; and the Landlord having objected to the Debtor's request that the rejection of the Lease be deemed effective as of June 30, 2023; and the Court having conducted an evidentiary hearing on the Landlord's objection on July 25, 2023; and the Court having found that proper and adequate notice of the Motion and the relief requested therein had been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as

otherwise ordered herein, no other or further notice is necessary; and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the Debtor's request to reject the Lease is a sound exercise of Debtor's business judgment; and after due deliberation and sufficient cause appearing therefor, for the reasons stated on the record of the July 25, 2023 hearing, it is hereby

**ORDERED** that Debtor's request to reject the Lease is granted as set forth herein; and it is further

**ORDERED** that the effective date of the rejection of the Lease is July 20, 2023; and it is further

**ORDERED** that the Debtor is authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

Dated: July 27, 2023
New York, New York

/s/ Philip Bentley
**Honorable Philip Bentley**
**United States Bankruptcy Judge**