UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

ZHANG MEDICAL P.C.
D/B/A NEW HOPE FERTILITY CENTER,

            Debtor.

Case No. 23-10678-pb

---------------------------------------------------------------X

## NOTICE OF MAINTENANCE OF MECHANIC'S LIEN

Creditor Skyland Development Corp. d/b/a Skyland Construction ("Skyland") hereby gives notice, pursuant to Bankruptcy Code § 546(b)(2), that is maintaining and continuing the perfection of its mechanic's lien, initially filed in March 2023, arising from Skyland's performance, prior to the April 30, 2023 petition date, of work, labor and services at real property in which the above-referenced debtor had an interest, located at 4 Columbus Circle, 3rd Floor, New York, New York.

Please take notice that Skyland intends to maintain the perfection of its lien and ultimately enforce it by filing, inter alia, a statutory extension of the lien and, if the bankruptcy case continues, a petition to extend the lien in New York County Supreme Court.

Nothing herein can or shall be construed as a waiver of Skyland's rights, all of which are expressly reserved.

Dated: New York, New York
       September 3, 2023

                                          GOETZ FITZPATRICK LLP

                                          By: /s/Scott D. Simon
                                               Scott D. Simon
                                          One Penn Plaza, 31st Floor
                                          New York, New York 10119
                                          212-695-8100