MEDINA LAW FIRM LLC
641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212) 404-1742
Facsimile: (888) 833-9534
*Attorneys for Dr. John Zhang MD, MSc, PhD*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ZHANG MEDICAL, P.C. d/b/a NEW HOPE FERTILITY CENTER<br><br>Debtor-in-Possession | Case No. 23-10678-pb<br><br>Chapter 11<br><br>(Subchapter V) |

### ORDER GRANTING APPLICATION TO WITHDRAW

**THIS MATTER** having been opened to the Court on the motion of MEDINA LAW FIRM LLC (the "Firm") for entry of an order authorizing withdrawal as counsel to Dr. John Zhang MD, MSc, PhD (the "Motion") an interested party in the above-captioned debtor's proceedings; and good and sufficient notice of the Motion having been provided in accordance with the certificate of service filed with the Court; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**NOW THEREFORE**, it is hereby **ORDERED**:

1. The Motion is GRANTED.

2. MEDINA LAW FIRM LLC is relieved as counsel to Dr. John Zhang MD, MSc, PhD

Date:  September 18, 2023
       New York, New York

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**

1