UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:

    Zhang Medical P.C.

                                    **NOTICE OF APPEARANCE**
                                      CASE NO. 23-10678-PB

                        DEBTOR.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** debtor Zhang Medical P.C., hereby appears in this action, and that the undersigned have been retained as attorney and demands that copies of all papers and proceedings had herein be served upon the undersigned at the office indicated below. I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
       October 24, 2023

                                                    **Cushner & Associates, P.C.**

                        By:   */s/ Todd S. Cushner*
                              Todd S. Cushner, Esq.
                              *Attorneys for Defendant*
                              399 Knollwood Road, Suite 205
                              White Plains, New York 10603
                              (914) 600-5502 / (914) 600-5544
                              todd@cushnerlegal.com