UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Zhang Medical P.C.                                                          Case No. 23-10678-PB

## NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that ECF Notice of Appearance (Docket No. 178)—

filed

on 10/24/2023 was filed erroneously and is hereby withdrawn in its entirety.

Dated: White Plains, New York
       October 25, 2023

                                                            Cushner & Associates, P.C.

                                                      By:   */s/ Todd S. Cushner*

                                                            Todd S. Cushner, Esq.
                                                            *Attorneys for Debtors*
                                                            399 Knollwood Road, Suite 205
                                                            White Plains, New York 10603
                                                            (914) 600-5502 / (914) 600-5544