UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                      :

In re                                          :

                                                      :    Case No. 23-10678-pb

ZHANG MEDICAL P.C. d/b/a          :

                                                      :    Sub-Chapter V Chapter 11

NEW HOPE FERTILITY CLINIC     :

                                                        :    Hon. Philip Bentley

                       Debtor.        :

-------------------------------------------------------x

# EX PARTE ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO RETAIN BEDERSON LLP TO PROVIDE CHARLES N. PERSING AS CHIEF <u>RESTRUCTURING OFFICER</u>

Upon the application of Zhang Medical P.C. d/b/a New Hope Fertility Center (the "Debtor") dated October 24, 2023 for the entry of an order fixing method of service and shortening the notice period (the "Notice Application") for a hearing on the Debtor's Motion ("Motion") for entry of an order authorizing the retention and employment of Bederson LLP to provide Charles N. Persing as Chief Restructuring Officer; and that sufficient grounds have been established by the Debtor to warrant the relief sought in the Notice Application, and that entry of this Order is necessary and appropriate in accordance with Local Rule 9077-1, it is hereby

**ORDERED**, that the relief requested in the Notice Application is granted; and it further

**ORDERED**, that a hearing on the Motion is scheduled for November 1, 2023 at 2:00 p.m. (the "Hearing"); and it is further

**ORDERED**, that the Debtor serve a copy of this Order and the Motion by electronic mail or regular mail to (1) the Office of the U.S. Trustee, (2) the Subchapter V Trustee, (3) the Debtor's ten largest unsecured creditors, and (4) any party that has filed a Notice of Appearance no later than October 26, 2023; and it is further

**ORDERED**, that such service shall be adequate and sufficient notice of the Motion; and it is further

**ORDERED**, that objections, if any, to the relief requested in the Motion shall be in writing, shall conform to the Bankruptcy Code, the Bankruptcy Rules and Local Rules of the Bankruptcy Court, and must be filed and served one business day before the hearing on the Motion; and it is further

**ORDERED**, that the hearing shall proceed by Zoom video conference. Parties wishing to participate must follow the guidelines located at https://www.nysb.uscourts.gov/zoom-video-hearing-guide and Judge Bentley's Chambers Rules regarding appearances before him. Parties without an attorney are permitted to participate in telephonic hearings free of charge by following the Court's Zoom procedures or, for telephonic proceedings, by signing up with Court Solutions online at www.court-solutions.com or by calling 917-746-7476.

Date: New York, New York
October 26, 2023

      /s/ Philip Bentley
      **Hon. Philip Bentley**
      **United States Bankruptcy Judge**