UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re

Zhang Medical, PC
d/b/a New Hope Fertility Center

                             Debtor :

---------------------------------------------------------

: Chapter 11
:
: Case No. 23-10678(PB)
:
:
:
:
:

**FINAL FEE APPLICATION OF ERIC M. HUEBSCHER AS SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD MAY 2, 2023 THROUGH DECEMBER 14, 2023**

| | |
|---|---|
| Name of Applicant: | Eric M. Huebscher |
| Authorized to Provide Professional Services as: | Subchapter V Trustee |
| Date of Appointment: | May 2, 2023 |
| Period for which compensation and Reimbursement is sought: | May 2, 2023 through December 14, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $43,181.25 |
| Amount of Expense Reimbursement sought as actual, necessary and reasonable: | $346.76 |
| Total Final Fee Approval Requested | $43,528.01 |

This is a(n): ___ interim/monthly __X__ final application

## MONTHLY FEES INCLUDED IN THIS FINAL FEE APPLICATION:

| Period Covered | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| First: 5/2/23 – 5/31/23 | $5,567.50 | $103.21 | $0 | $0 | NO | NO |
| Second: 6/1/23 – 6/30/23 | $7,310.00 | $107.55 | $0 | $0 | NO | NO |
| Third: 7/1/23 – 7/31/23 | $5,291.25 | $104.26 | $0 | $0 | NO | NO |
| Fourth: 8/1/23 – 8/31/23 | $7,460.00 | $31.74 | $0 | $0 | NO | NO |
| Fifth: 9/1/23 – 9/30/23 | $10,965.00 | $0.00 | $0 | $0 | NO | NO |
| Sixth: 10/1/23 – 10/31/23 | $4,895.00 | $0.00 | $0 | $0 | NO | NO |
| 11/1/23 – 12/14/23 | $722.50 | $0.00 | $0 | $0 | NO | NO |

## SUMMARY OF FINAL FEE APPLICATION
### May 2, 2023 through December 14, 2023

**Compensation by Professional**

| Name/Title | Experience (Years) | Rate/Hour | Hours | Total |
|---|---|---|---|---|
| Eric M. Huebscher, Subchapter V Trustee | 30+ | $425 | 100.5 | $42,776.25 |
| Dylan Simon, Admin | <5 | $150 | 2.7 | $405.00 |
| | | Total | 103.2 | $43,181.25 |
| | Blended Rate | **$418.42** | | |

## Compensation by Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Business Operations | 86.1 | $35,850.00 |
| Travel | 3.1 | $658.75 |
| Court Hearings | 13.9 | $5,907.50 |
| Fee Application | 1.8 | $765.00 |
| **Total** | **104.9** | **$43,181.25** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re                                                : Chapter 11
                                                     :
Zhang Medical, PC                                    :
d/b/a New Hope Fertility Center                      : Case No. 23-10678 (PB)
                                                     :
                                                     :
                       Debtor :
---------------------------------------------------------

# FINAL FEE APPLICATION OF ERIC M. HUEBSCHER AS SUBCHAPTER V TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
# FOR THE PERIOD MAY 2, 2023 THROUGH DECEMBER 14, 2023

This is the Final Fee Application of Eric M. Huebscher as the Subchapter V Trustee (the "Trustee") in the above-captioned bankruptcy case. This Application is set for a hearing on December 14, 2023.

1. By this Final Fee Application, the Trustee seeks approval and authorization for payment of the full amount of his fees of $43,181.25, as compensation and $341.76 as reasonable case related expenses, for the period of May 2, 2023 through December 14, 2023 (the "Fee Period").

2. Annexed hereto as Exhibits A-1 through A-10 are the detailed time and expense entries of the Trustee for the Fee Period.

## BACKGROUND

3. On May 2, 2023, the Trustee was appointed by the Office of the United States Trustee (ECF 5) in furtherance of the administrative responsibilities set forth in the United States Code, Section 330 of title 11, Subchapter V, of the Federal Rules of Bankruptcy Procedure.

## SUMMARY OF SERVICES RENDERED

4. During the period covered by this Final Fee Application, the Trustee devoted time to the following project categories:

**A. Business Operations (Total Fees Sought $35,850.00)**

5. The Trustee expended time in reviewing Debtor's operations and providing guidance on areas of improvement, including but not limited to revenue cycle management, operations and accounting. The Trustee reviewed and provided input to the preparation of the May, June and July MOR's, as well as identifying several areas that required numerous revisions. The Trustee expended time in attempting to gain access to information related to the Debtor's alleged ongoing IRS tax audits. The Trustee expended time in seeking information from the Debtor's principle and Chief Executive Officer on the failures to disclose compensation. The Trustee expended time speaking with the Debtor's former accountant regarding ongoing tax and financial issues. The Trustee expended time attempting to work with the Debtor and counsel to the landlord in the development of a verifiable cash flow forecast. All travel was billed a ½ rate. The Trustee attended the IDI.

**B. Court Hearings (Total Fees Sought $5,907.50)**

6. The Trustee attended preliminary status hearing, 341 hearing, hearing on the motion to assume or reject the lease, hearing on the proposed accountant and final fee haring.

**C. Fee Application (Total; Fees Sought $765.00)**

7. The Trustee prepared and filed this final fee application.

## NO PRIOR REQUEST

8.  No prior request for the relief sought in this Final Application1 has been made to this or any other court.

**WHEREFORE**, the Trustee requests that the Court enter an order approving the amounts sought in this Final Fee Application and authorizing payment of $43,181.25 in compensation and $346.76 in reasonable case related expenses and granting such other relief as the Court may deem just and proper.

Dated: November 1, 2023
       New York, New York

                                          Eric M. Huebscher

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re

Zhang Medical, PC
d/b/a New Hope Fertility Center

Debtor :

---------------------------------------------------------

: Chapter 11
:
:
:
: Case No. 23-10678 (PB)
:
:
:

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

I, Eric M. Huebscher, hereby respectfully certify and verify as follows:

1. I am the President of Huebscher & Co., maintaining an office at 301 East 87th Street – 20E, New York, NY 10128, and was appointed as the Subchapter V Trustee in the above-referenced bankruptcy case of Zhang Medical, PC d/b/a New Hope Fertility Center ("Debtor").

2. This affirmation and certification are being submitted pursuant to Bankruptcy Rule 2016(a), Local Rule 2016-1 of the Southern District of New York and pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 issued by the United States Trustee ("Guidelines"), in connection with my application ("Application") for a final fee award of compensation in the amount of $43,181.25 for professional services and $346.76 in expenses as Trustee, in these proceedings for the period of May 2, 2023 through December 14, 2023. All services for which compensation is requested were for professional services performed on behalf of the Debtor.

3. I am the Certifying Professional in compliance with Bankruptcy Rule 2016(a), Local Rule 2016-1 of the Southern District of New York, and the Guidelines. I have read the Application and to the best of my knowledge, information, and belief, formed after reasonable inquiry, the Application complies with the aforementioned Rules and Guidelines.

4. In the Application, in providing a reimbursable service, I will not make a profit on that service, and in charging for a particular service, do not include in the amount for which reimbursement is sought, the amortization of any investment, equipment or capital outlay. In seeking reimbursement for services purchased or contracted for from a third party, I request reimbursement only for the amount billed by the third-party vendor and paid to such vendor.

Dated: November 1, 2023

_____
Eric M. Huebscher

# Zhang Medical P.C.
## d/b/a New Hope Fertility Clinic
### Case No. 11-23-10678
**Billing Detail**

(For the period May 2 - 31, 2023)

| | Billing Hours | Travel Hours | | | | | |
|---|---|---|---|---|---|---|---|
| Billing Rate | | $425.00 | | | | | |
| Travel Billing Rate | | $212.50 | | | | | |

| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 0.5 | | Review of initial pleadings and petition | EH | Business Operations | 212.50 | - | |
| 5/5/2023 | 0.1 | | emails re: meeting coordination | EH | Business Operations | 42.50 | - | |
| 5/8/2023 | 1.0 | | Call with Debtor and Debtor's counsel re: case overview and next steps | EH | Business Operations | 425.00 | - | |
| 5/10/2023 | 0.2 | | call with OUST re: case status | EH | Business Operations | 85.00 | - | |
| 5/11/2023 | 1.1 | | Preliminary review of IDI documents and email follow up to counsel to the Debtor on same | EH | Business Operations | 467.50 | | |
| 5/11/2023 | 1.0 | | Hearing on motion for use of cash management and wages etc. | EH | Business Operations | 425.00 | - | |
| 5/16/2023 | | | Cab from home to Debtor | EH | Travel | - | - | 50.61 |
| 5/16/2023 | | 1.0 | Travel to/from home to Debtor | EH | Travel | - | 212.50 | |
| 5/16/2023 | 2.5 | | Meeting with Debtor re: case overview and next steps | EH | Business Operations | 1,062.50 | - | |
| 5/16/2023 | | | Cab from Debtor to home | EH | Travel | - | - | 52.60 |
| 5/18/2023 | 0.2 | | email to Debtor re: follow up from meeting and next steps | EH | Business Operations | 85.00 | - | |
| 5/22/2023 | 1.0 | | Call with PBGC re: status of Defined Benefit Plan | EH | Business Operations | 425.00 | - | |
| 5/23/2023 | 1.0 | | call with counsel and follow up call with counsel and Debtors accountant re: tax issues, PBGC and related pension issues | EH | Business Operations | 425.00 | - | |
| 5/23/2023 | 0.8 | | Review of pension documents sent by counsel to the Debtor and email follow up to same counsel for comments | EH | Business Operations | 340.00 | - | |
| 5/24/2023 | 0.7 | | call with counsel to the Debtor, Debtors accountant, and Debtors COO re: pension plan matter, request by PBGC for documents and information and related follow up | EH | Business Operations | 297.50 | - | |
| 5/30/2023 | 0.9 | | Review of schedules | EH | Business Operations | 382.50 | | |
| 5/31/2023 | 0.5 | | call with counsel to the landlord re: case status and update | EH | Business Operations | 212.50 | | |
| 5/31/2023 | 0.7 | | call with State litigant re: case background | EH | Business Operations | 297.50 | | |
| 5/31/2023 | 0.4 | | call with counsel to the Debtor re: case status and update | EH | Business Operations | 170.00 | | |
| Total | 12.60 | 0.00 | | | | $5,355.00 | $212.50 | $103.21 |

**Billing Summary**

| | Hours | Amount |
|---|---|---|
| Travel | 0.00 | $212.50 |
| Professional | 12.60 | $5,355.00 |
| Total | 12.60 | $5,567.50 |

A-2

## Zhang Medical P.C.
## d/b/a New Hope Fertility Clinic
## Case No. 11-23-10678
### Billing Detail
(For the period June 1 - 30, 2023)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Billing Rate | | $425.00 | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | |
| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
| 6/1/2023 | 2.3 | | 341 Hearing | EH | Hearing | 977.50 | - | |
| 6/2/2023 | 0.6 | | call with OUST re: case status | EH | Business Operations | 255.00 | - | |
| 6/2/2023 | 1.7 | | IDI | EH | Business Operations | 722.50 | - | |
| 6/5/2023 | | | cab from home to Debtor | EH | Travel | - | - | 50.61 |
| 6/5/2023 | | 0.5 | Travel from home to Debtor | EH | Travel | - | 106.25 | |
| 6/5/2023 | 3.0 | | Meeting with key Debtor employees and counsel to the Debtor re: plan considerations and business restructuring activities | EH | Business Operations | 1,275.00 | - | |
| 6/5/2023 | | 0.5 | Travel from Debtor to home | EH | Travel | - | 106.25 | |
| 6/5/2023 | | | Cab from Debtor to home | EH | Travel | - | - | 56.94 |
| 6/6/2023 | 2.0 | | 1188 Status Hearing | EH | Hearing | 850.00 | - | |
| 6/14/2023 | 1.6 | | call with Debtor and counsel to the Debtor re: review of plan status, review of issues regarding assume and or reject lease and requests from PCO | EH | Business Operations | 680.00 | - | |
| 6/15/2023 | 0.5 | | call with counsel to the landlord re: CCOGS relationship to the Debtor and related safeguards and follow up | EH | Business Operations | 212.50 | - | |
| 6/17/2023 | 0.8 | | Review and edit CCOGS transfer agreement and email same to Debtors counsel, OUST and counsel to the landlord | EH | Business Operations | 340.00 | - | |
| 6/20/2023 | 0.5 | | Review May MOR | EH | Business Operations | 212.50 | - | |
| 6/21/2023 | 0.4 | | Review of EZ Pension documents and email on same to counsel to the Debtor re: follow up | EH | Business Operations | 170.00 | - | |
| 6/23/2023 | 0.7 | | call with counsel to the Debtor re: status of plan projections and related follow up | EH | Business Operations | 297.50 | - | |
| 6/26/2023 | 1.4 | | call with counsel to the Debtor, Debtor management re: financial model, plan development, IRS and PBGC related matters | EH | Business Operations | 595.00 | | |
| 6/27/2023 | 0.7 | | call with counsel to the Debtor, Debtor management, accountant to the Debtor re: financial model, plan development, IRS and PBGC related matters | EH | Business Operations | 297.50 | | |
| 6/30/2023 | 0.5 | | Review of motion to reject lease | EH | Business Operations | 212.50 | | |
| Total | 16.70 | 1.00 | | | | $7,097.50 | $212.50 | $107.55 |

**Billing Summary**

| | Hours | Amount |
|---|---|---|
| Travel | 1.00 | $212.50 |
| Professional | 16.70 | $7,097.50 |
| Total | 17.70 | $7,310.00 |

A-3

**Zhang Medical P.C.**
**d/b/a New Hope Fertility Clinic**
**Case No. 11-23-10678**
Billing Detail
(For the period July 1 - 31, 2023)

| | Billing Rate | $425.00 |
|---|---|---|
| | Travel Billing Rate | $212.50 |

| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
|---|---|---|---|---|---|---|---|---|
| 7/5/2023 | 0.2 | | email from/to OUST re: questions re: MOR; email to Debtor re: continued follow up re: MOR, financial model and outstanding deliverables. | EH | Business Operations | 85.00 | - | |
| 7/12/2023 | 0.3 | | call with P. Rubin re: case status and update | EH | Business Operations | 127.50 | - | |
| 7/12/2023 | 0.2 | | email to Debtor key personnel on status of open issues i.e. MOR, forecasts, operations outside of the US, PBGC and related follow up | EH | Business Operations | 85.00 | - | |
| 7/13/2023 | 0.3 | | Multiple emails with counsel to the Debtor and Debtor re: open issues with PBGC, Plan, Forecast and related matters | EH | Business Operations | 127.50 | - | |
| 7/14/2023 | 0.2 | | call with P. Rubin re: landlord objection to lease rejection and issues surrounding the 2nd floor occupancy | EH | Business Operations | 85.00 | - | |
| 7/18/2023 | 0.7 | | 341 Hearing (continued) | EH | Hearing | 297.50 | - | |
| 7/21/2023 | 0.2 | | email to counsel re: motion to assume/reject and related financial considerations re: plan design and GUC dividend | EH | Business Operations | 85.00 | - | |
| 7/21/2023 | 0.2 | | call with counsel to the Debtor re: case strategy | EH | Business Operations | 85.00 | - | |
| 7/24/2023 | 0.9 | | call with Debtor, counsel to Debtor, accountant and counsel to Dr. Zhang re: plan financial model, MOR and business move and related follow up | EH | Business Operations | 382.50 | - | |
| 7/24/2023 | | 1.1 | Travel to/from home to Debtor | EH | Travel | - | 233.75 | |
| 7/24/2023 | | | Cab from home to Debtor | EH | Travel | - | - | 53.84 |
| 7/24/2023 | 1.5 | | Meet with Debtor, review needs for modeling and forecast, further development of forecast considerations and related follow up; tour of 2nd 5th floors of office locating | EH | Business Operations | 637.50 | - | |
| 7/24/2023 | | | cab from Debtor to home | EH | Travel | - | - | 50.42 |
| 7/24/2023 | 0.5 | | call from counsel to the landlord re: next steps, re: hearing on lease | EH | Business Operations | 212.50 | - | |
| 7/25/2023 | 3.0 | | Hearing - Motion to assume/reject; Status conference | EH | Hearing | 1,275.00 | - | |
| 7/28/2023 | 0.2 | | call with counsel to the Debtor re: case strategy | EH | Business Operations | 85.00 | - | |
| 7/29/2023 | 0.6 | | call with counsel to the Debtor, counsel to the Debtor's principal, Debtor's key management re: plan structure and related matters | EH | Business Operations | 255.00 | - | |
| 7/30/2023 | 1.5 | | Prepare draft financial forecast and dividend analysis | EH | Business Operations | 637.50 | - | |
| 7/31/2023 | 0.7 | | Further updates to CF model | EH | Business Operations | 297.50 | - | |
| 7/31/2023 | 0.7 | | call with counsel to the Debtor, counsel to the Debtor's principal, Debtor's key management re: plan structure and related matters | EH | Business Operations | 297.50 | - | |
| Total | 11.90 | 1.10 | | | | $5,057.50 | $233.75 | $104.26 |

**Billing Summary**

| | Hours | Amount |
|---|---|---|
| Travel | 1.10 | $233.75 |
| Professional | 11.90 | $5,057.50 |
| Total | 13.00 | $5,291.25 |

| | | | Zhang Medical, PC | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Case No. 23-10678 | | | | | |
| | | | **Billing Detail** | | | | | |
| | | | (For the period August 1 - 30, 2023) | | | | | |
| | | | Dylan Simon | | | | | |
| Billing Rate | | $150.00 | | | | | | |
| Travel Billing Rate | | $75.00 | | | | | | |
| | | | | | | | | |
| | Billing | Travel | | | Billing | Billing | Travel | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense |
| 8/2/2023 | 0.5 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 75.00 | - | |
| 8/3/2023 | 0.5 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 75.00 | - | |
| 8/11/2023 | 0.5 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 75.00 | - | |
| 8/15/2023 | 0.5 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 75.00 | - | |
| 8/16/2023 | 0.2 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 30.00 | - | |
| 8/21/2023 | 0.5 | | Entry of various proofs of claims and updated related excel file | DS | Business Operations | 75.00 | | |
| Total | 2.70 | 0.00 | | | | $405.00 | $0.00 | $0.00 |

| Billing Summary | | |
|---|---|---|
| | Hours | Amount |
| Travel | 0.00 | $0.00 |
| Professional | 2.70 | $405.00 |
| Total | 2.70 | $405.00 |

A-5

|  |  |  | Zhang Medical P.C. |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | d/b/a New Hope Fertility Clinic |  |  |  |  |  |
|  |  |  | Case No. 11-23-10678 |  |  |  |  |  |
|  |  |  | Billing Detail |  |  |  |  |  |
|  |  |  | (For the period August 1 - 31, 2023) |  |  |  |  |  |
| Billing Rate |  | $425.00 |  |  |  |  |  |  |
| Travel Billing Rate |  | $212.50 |  |  |  |  |  |  |
| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
| 8/1/2023 | 0.4 |  | call with PBGC re: status of claim, requests for information and related follow up | EH | Business Operations | 170.00 | - |  |
| 8/2/2023 | 0.8 |  | Review audio tapes of two 341 hearing re: salary issues and related matters | EH | Business Operations | 340.00 | - |  |
| 8/2/2023 | 0.2 |  | Multiple emails with Debtor re: stressing importance of completing and filing of MOR's and related matters | EH | Business Operations | 85.00 | - |  |
| 8/3/2023 | 0.4 |  | call with accountant re: MOR preparation | EH | Business Operations | 170.00 | - |  |
| 8/4/2023 | 0.2 |  | call with counsel to the lien holder re: status of claim | EH | Business Operations | 85.00 | - |  |
| 8/4/2023 | 0.3 |  | call with counsel to the landlord re: review of plan, case status and possible next steps | EH | Business Operations | 127.50 | - |  |
| 8/4/2023 | 0.3 |  | Multiple emails with Debtor re: stressing importance of completing and filing of MOR's and related matters | EH | Business Operations | 127.50 | - |  |
| 8/4/2023 | 0.5 |  | call with counsel to the landlord re: missing July rent, email follow up to counsel to the Debtor re: same and related issues | EH | Business Operations | 212.50 | - |  |
| 8/7/2023 | 0.6 |  | Multiple emails with accountant to the Debtor, counsel to the Debtor, counsel to the Debtor's principal re: outstanding IRS audits, transition and case impact | EH | Business Operations | 255.00 | - |  |
| 8/7/2023 | 0.2 |  | emails with counsel to the Debtor re: payment of rent and email form counsel to the landlord re: lack of basis in payment amount and related matters | EH | Business Operations | 85.00 | - |  |
| 8/8/2023 | 0.3 |  | several emails re: cure of rent payment issues, calculation thereof and related follow up; missing MOR | EH | Business Operations | 127.50 | - |  |
| 8/9/2023 | 0.2 |  | Review of email and schedules re: COGS sweep and email to counsel to the Debtor on same re: follow up | EH | Business Operations | 85.00 | - |  |
| 8/9/2023 | 1.0 |  | Resumed 341 Hearing | EH | Business Operations | 425.00 | - |  |
| 8/9/2023 | 0.5 |  | call with counsel to the landlord re: follow up from 341 re: status of IRS audits and related matters | EH | Business Operations | 212.50 | - |  |
| 8/11/2023 | 0.3 |  | call with Debtor re: COGS seep and MSO banking | EH | Business Operations | 127.50 | - |  |
| 8/14/2023 | 1.3 |  | Visit two Debtor related sites re: Soyo Wellness and New Hope Fertility re: expenses paid on behalf of each by Debtor | EH | Business Operations | 552.50 | - |  |
| 8/16/2023 | 0.1 |  | emails re: missing cancelled checks | EH | Business Operations | 42.50 | - |  |
| 8/17/2023 | 1.2 |  | call with Shulman and Lobel at request of C. Cai re: MOR and next steps | EH | Business Operations | 510.00 | - |  |
| 8/19/2023 | 0.3 |  | Several emails from counsel to the Debtor to the UST re: post petition retainers | EH | Business Operations | 127.50 | - |  |
| 8/19/2023 | 0.2 |  | emails between counsel to the landlord and counsel to the Debtor and Chambers re: interim agreement re: use and occupancy rent | EH | Business Operations | 85.00 | - |  |
| 8/22/2023 | 0.2 |  | Several emails to Debtor's principal re: outstanding issues re: wage motion, missing MORs and related matters | EH | Business Operations | 85.00 | - |  |
| 8/24/2023 | 0.6 |  | Review of May, June and July MOR drafts, f/u questions to Debtor's principal and related follow up | EH | Business Operations | 255.00 | - |  |
| 8/24/2023 | 0.3 |  | call with Debtor re: preparation of COGS sweep document as per court ordered stipulation | EH | Business Operations | 127.50 | - |  |

**Zhang Medical P.C.**
**d/b/a New Hope Fertility Clinic**
**Case No. 11-23-10678**
**Billing Detail**
(For the period August 1 - 31, 2023)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Billing Rate | | $425.00 | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | |
| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
| 8/25/2023 | 0.4 | | Review of May June July and August payroll registers and email follow up to Debtor on related matters | EH | Business Operations | 170.00 | - | |
| 8/26/2023 | 0.7 | | Review of May, June and July MOR's - 3rd drafts - email follow up with counsel to the Debtor on same | EH | Business Operations | 297.50 | - | |
| 8/26/2023 | 0.7 | | call with Debtor, accountant for Debtor, counsel to the Debtor re: MOR prep, DI prep and RE valuation and related matters | EH | Business Operations | 297.50 | - | |
| 8/28/2023 | 0.2 | | Update claims analysis and email same to Debtor | EH | Business Operations | 85.00 | - | |
| 8/29/2023 | 1.2 | | Review of May (2nd), June and July MOR's, review of related bank statements, reconcile to MOR's, email on same to Debtor for onsite meeting for follow up, email on same to counsel to the Debtor on same and related follow up | EH | Business Operations | 510.00 | - | |
| 8/30/2023 | 0.2 | | Several emails with counsel to the Debtor re: open issues with regard to MOR, banking and related matters | EH | Business Operations | 85.00 | - | |
| 8/30/2023 | 0.4 | | call with OUST re: case status | EH | Business Operations | 170.00 | - | |
| 8/30/2023 | 0.6 | | calls with counsel to the Debtor and counsel to the landlord re: motion to remove Sub V Status and related matters | EH | Business Operations | 255.00 | - | |
| 8/31/2023 | 1.8 | | Prepare draft status report to the court | EH | Business Operations | 765.00 | - | |
| 8/31/2023 | | | Proofing | EH | | - | - | 31.74 |
| Total | 16.6 | 0.00 | | | | $7,055.00 | $0.00 | $31.74 |

| Billing Summary | | |
|---|---|---|
| | Hours | Amount |
| Travel | 0.0 | $0.00 |
| Professional | 16.6 | $7,055.00 |
| Total | 16.6 | $7,055.00 |

# Zhang Medical P.C.
## d/b/a New Hope Fertility Clinic
### Case No. 11-23-10678
#### Billing Detail
(For the period September 1 - 30, 2023)

| | Billing Rate | $425.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Travel Billing Rate | $212.50 | | | | | | |

| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
|---|---|---|---|---|---|---|---|---|
| 9/3/2023 | 0.8 | | Continued editing of Status Report | EH | Business Operations | 340.00 | - | |
| 9/5/2023 | 0.2 | | Email from counsel to the Debtor re: overseas payment and related invoices, review of multiple documents and email to counsel to the Debtor re: follow up | EH | Business Operations | 85.00 | - | |
| 9/5/2023 | 0.6 | | Finalizing and file Status Report | EH | Business Operations | 255.00 | - | |
| 9/9/2023 | 0.2 | | email from OUST re: follow up re: IRS, MSO investment and tax return issues and research on same | EH | Business Operations | 85.00 | - | |
| 9/7/2023 | 3.4 | | Status Hearing, Remove Sub V Designation, Remove attorney and related matters | EH | Hearing | 1,445.00 | - | |
| 9/7/2023 | 0.6 | | call with counsel to the landlord re: status of Sub V and role | EH | Business Operations | 255.00 | - | |
| 9/8/2023 | 0.5 | | Review of proposed order re: scheduling and document production and email on same with proposed edits to counsel to the landlord | EH | Business Operations | 212.50 | - | |
| 9/8/2023 | 2.0 | | Prep and attendance to 341 hearing | EH | Business Operations | 850.00 | - | |
| 9/8/2023 | 1.0 | | Bench ruling - Change status to 11 from Sub V | EH | Business Operations | 425.00 | - | |
| 9/923 | 1.2 | | Prepare MOR discrepancy report for OUST | EH | Business Operations | 510.00 | - | |
| 9/10/2023 | 0.3 | | Multiple emails with OUST re: Conflicts re: accountants | EH | Business Operations | 127.50 | - | |
| 9/10/2023 | 0.7 | | call with former Debtor accountant re: underlying issues, Soyo Wellness, Chai, Zhang and related matters | EH | Business Operations | 297.50 | - | |
| 9/10/2023 | 0.5 | | call with OUST re: case status | EH | Business Operations | 212.50 | - | |
| 9/10/2023 | 0.3 | | Review of Shulman objection and email on same to OUST | EH | Business Operations | 127.50 | - | |
| 9/11/2023 | 0.5 | | Review of order re: document and information request and email on same to counsel to the landlord; call with counsel to landlord re same | EH | Business Operations | 212.50 | - | |
| 9/11/2023 | 0.6 | | call with OUST and counsel to the landlord re: case designation status and possible next steps | EH | Business Operations | 255.00 | - | |
| 9/12/2023 | 1.3 | | Prepare draft letter to Judge Bentley re: Scheduling Order | EH | Business Operations | 552.50 | - | |
| 9/13/2023 | 0.4 | | Review 1st PCO report | EH | Business Operations | 170.00 | - | |
| 9/14/2023 | 0.4 | | call with PCO, email follow up with Debtor re: FDA letter and related follow up | EH | Business Operations | 170.00 | - | |
| 9/15/2023 | 0.1 | | email from/to J. Zhang, MD re: notification of engagement of financial advisor to the Debtor | EH | Business Operations | 42.50 | - | |
| 9/15/2023 | 0.6 | | Call with counsel to the landlord re: content of disclosure by accounting firm in opposition to OUST objection to retention and related matters | EH | Business Operations | 255.00 | - | |
| 9/15/2023 | 0.3 | | Call with counsel to the Debtor re: case status and update | EH | Business Operations | 127.50 | - | |
| 9/16/2023 | 0.5 | | Prepare draft email to J. Zhang re: outstanding matters and related follow up | EH | Business Operations | 212.50 | - | |
| 9/18/2023 | 1.0 | | Call with OUST re: case status | EH | Business Operations | 425.00 | - | |
| 9/18/2023 | 0.2 | | email from/to counsel to the Debtor re: subpoena to accounting firms re: IRS audits from 2019 forward, related court order | EH | Business Operations | 85.00 | - | |

| | | | **Zhang Medical P.C.** | | | | | |
| | | | **d/b/a New Hope Fertility Clinic** | | | | | |
| | | | **Case No. 11-23-10678** | | | | | |
| | | | **Billing Detail** | | | | | |
| | | | (For the period September 1 - 30, 2023) | | | | | |
| Billing Rate | | $425.00 | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | |
| | Billing | Travel | | | Billing | Billing | Travel | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense |
| 9/18/2023 | 0.2 | | emails from/to J. Zhang re: request for update on outstanding documents and information re: court order | EH | Business Operations | 85.00 | - | |
| 9/19/2023 | 0.1 | | email from/to OUST re: review of tax return issues and related follow up | EH | Business Operations | 42.50 | - | |
| 9/19/2023 | 0.5 | | call with counsel to the landlord re: case status re: offer by Debtor not sent to Sub V Trustee | EH | Business Operations | 212.50 | - | |
| 9/19/2023 | 0.1 | | email from/to A. Tahirovic re: status and update re: open case issues and related follow up | EH | Business Operations | 42.50 | - | |
| 9/19/2023 | 1.5 | | Hearing re: Shulman and related matters; f/u calls with OUST and counsel to the landlord re: same | EH | Hearing | 637.50 | - | |
| 9/19/2023 | 1.0 | | call with FA to Debtor, counsel to the Debtor and accountant to the Debtor re: case strategy and related issues | EH | Business Operations | 425.00 | - | |
| 9/19/2023 | 0.2 | | f/u call with OUST re: Shulman retention and related matters | EH | Business Operations | 85.00 | - | |
| 9/20/2023 | 0.4 | | call with counsel to BofA re: lease payments | EH | Business Operations | 170.00 | - | |
| 9/21/2023 | 0.6 | | Review of multiple weeks - sweep reports - CCOGS,. Email on same to counsel to the Debtor re: follow up | EH | Business Operations | 255.00 | - | |
| 9/22/2023 | 0.3 | | call with counsel to the landlord re: case update and status | EH | Business Operations | 127.50 | - | |
| 9/23/2023 | 2.2 | | Review of August MOR, compare to July MOR and email on same to counsel to the Debtor and OUST | EH | Business Operations | 935.00 | - | |
| 9/27/2023 | 0.5 | | Review of disclosure statement filed by Debtor | EH | Business Operations | 212.50 | - | |
| Total | 25.8 | 0.00 | | | | $10,965.00 | $0.00 | $0.00 |

| Billing Summary | | |
|---|---|---|
| | Hours | Amount |
| Travel | 0.0 | $0.00 |
| Professional | 25.8 | $10,965.00 |
| Total | 25.8 | $10,965.00 |

A-9

# Zhang Medical P.C.
## d/b/a New Hope Fertility Clinic
## Case No. 11-23-10678
### Billing Detail
(For the period October 1 - 31, 2023)

| | Billing Rate | $425.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Travel Billing Rate | $212.50 | | | | | | |

| Date | Billing Hours | Travel Hours | Description | Professional | Billing Task | Billing Amount | Travel Amount | Expense |
|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | 1.4 | | call with proposed FA to Debtor, C. Persing, re: case status, open issues and related matters | EH | Business Operations | 595.00 | - | |
| 10/6/2023 | 0.5 | | call with landlord counsel re: ongoing financial issues | EH | Business Operations | 212.50 | - | |
| 10/8/230 | 0.9 | | Several emails re: CRO, Trustee, lack of transparency to the Sub V Trustee and related follow up with counsel to the Debtor, Debtor and OUST | EH | Business Operations | 382.50 | - | |
| 10/11/2023 | 0.7 | | Status Hearing | EH | Hearing | 297.50 | - | |
| 10/11/2023 | 0.4 | | Call with counsel to landlord re: next steps re: call with proposed CRO and Debtor re: result of status hearing | EH | Business Operations | 170.00 | - | |
| 10/11/2023 | 0.3 | | several emails with proposed CRO, counsel to the Debtor, counsel to the landlord and counsel to the Debtor's principal re: structure for call with team, request for CRO scope and authority of work | EH | Business Operations | 127.50 | - | |
| 10/13/2023 | 0.5 | | call with OUST re: case status and update | EH | Business Operations | 212.50 | - | |
| 10/13/2023 | 0.3 | | multiple emails with counsel to the Debtor re: scope and authority of proposed CRO and scheduling call on same | EH | Business Operations | 127.50 | - | |
| 10/13/2023 | 0.6 | | call with counsel to the landlord re: scope and authority of CRO | EH | Business Operations | 255.00 | - | |
| 10/16/2023 | 1.8 | | call with proposed CRO, counsel to Debtor and counsel to landlord re: scope and authority, tax issues, pre petition payments made post petition and related matters; follow up call with counsel to the landlord on same | EH | Business Operations | 765.00 | - | |
| 10/16/2023 | 0.5 | | Review of CRO document and provide comments to counsel to the Debtor and proposed CRO | EH | Business Operations | 212.50 | - | |
| 10/20/2023 | 0.1 | | email to/from J. Zhang re: status of September MOR | EH | Business Operations | 42.50 | - | |
| 10/21/2023 | 0.6 | | Review of September MOR and email on follow up to counsel to the Debtor on same | EH | Business Operations | 255.00 | - | |
| 10/24/2023 | 0.7 | | Review of revised CRO motion and email on same for follow up to counsel to the Debtor, counsel to the landlord and OUST | EH | Business Operations | 297.50 | - | |
| 10/24/2023 | 0.1 | | continued email exchange with counsel to the Debtor re: scope, authority, experience of proposed CRO | EH | Business Operations | 42.50 | - | |
| 10/24/2023 | 0.6 | | call with counsel to the landlord re: scope and authority of Shulman, proposed CRO and continued and persistent open and unresolved substantive issues facing the Debtor | EH | Business Operations | 255.00 | - | |
| 10/25/2023 | 1.8 | | Prepare first and final fee application | EH | Fee Application | 765.00 | - | |
| 10/26/2023 | 0.2 | | email from counsel to Debtor re: detail of IRS audit and related matters | EH | Business Operations | 85.00 | | |
| 10/26/2023 | 0.7 | | Status Hearing and follow up call with counsel to the landlord | EH | Hearing | 297.50 | | |
| 10/27/2023 | 0.6 | | Review of revised Shulman and CRO retention applications, email on same to counsel to the Debtor | EH | Business Operations | 255.00 | | |
| 10/27/2023 | 0.2 | | Review of weekly sweep statements | EH | Business Operations | 85.00 | | |
| 10/31/2023 | 0.3 | | call with OUST re: case status and update | EH | Business Operations | 127.50 | | |
| Total | 13.8 | 0.00 | | | | $5,865.00 | $0.00 | $0.00 |

| Billing Summary | Hours | Amount |
|---|---|---|
| Travel | 0.0 | $0.00 |
| Professional | 13.8 | $5,865.00 |
| Total | 13.8 | $5,865.00 |

A-10

| | Billing | Travel | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Zhang Medical P.C.** | | | | | | |
| | | | **d/b/a New Hope Fertility Clinic** | | | | | | |
| | | | **Case No. 11-23-10678** | | | | | | |
| | | | **Billing Detail** | | | | | | |
| | | | (For the period November 1 - 30, 2023) | | | | | | |
| Billing Rate | | $425.00 | | | | | | | |
| Travel Billing Rate | | $212.50 | | | | | | | |
| | Billing | Travel | | | Billing | Billing | Travel | | |
| Date | Hours | Hours | Description | Professional | Task | Amount | Amount | Expense | |
| 11/1/2023 | 0.7 | | call with OUST re: case status and prep for hearing | EH | Business Operations | 297.50 | - | | |
| 11/1/2023 | 0.5 | | Hearing re: CRO | EH | Hearing | 212.50 | - | | |
| EST | 0.5 | | Attend final fee hearing | EH | Hearing | 212.50 | - | | |
| Total | 1.7 | 0.00 | | | | $722.50 | $0.00 | $0.00 | |

| Billing Summary | | |
|---|---|---|
| | Hours | Amount |
| Travel | 0.0 | $0.00 |
| Professional | 1.7 | $722.50 |
| Total | 1.7 | $722.50 |