UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                  :
In re                                    :
                                  :
ZHANG MEDICAL P.C. d/b/a      :
New Hope Fertility Center          :       Case No. 23-10678-pb
                                  :
                                  :       Chapter 11
                     Debtor.    :
------------------------------------------------------x

## EX PARTE ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER GRANTING THE DEBTOR AN EXCLUSIVE PERIOD TO FILE A PLAN OF REORGANIZATION AND TO CONFIRM A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. §§ 105 AND 1121 AS OF NOVEMBER 8, 2023

Upon the ex parte application of Zhang Medical P.C (the "Debtor") dated November 15, 2023 for the entry of an order fixing method of service and shortening the notice period (the "Notice Application") for a hearing on the Debtor's Motion for the Entry of an Order Granting the Debtor an Exclusive Period to File a Plan of Reorganization and to Confirm a Plan of Reorganization Pursuant to 11 U.S.C §§105 and 1121 as of November 8, 2023 (the "Motion"); and it appearing that the relief sought in the Notice Application is not necessary because the Motion seeks nunc pro tunc relief, it is hereby

**ORDERED**, that a hearing on the Motion is scheduled for December 20, 2023 at 11:00 a.m. (the "Hearing"); and it is further

**ORDERED**, that the Hearing shall proceed by Zoom video conference. Any person that wishes to attend by Zoom must register their appearance by using the Electronic Appearance portal located on the Court's website at http://www.nysb.uscourts.gov/ecourt-appearances, not by

emailing or otherwise contacting the Court. Appearances must be entered no later than 4:00 p.m. (Prevailing Eastern Time) on December 19, 2023, the business day before the hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Hearing's Zoom link to those parties who have made an electronic appearance. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Date: November 20, 2023
New York, New York

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**