UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                     :

In re                                               :

ZHANG MEDICAL P.C. d/b/a        :
                                               :     Case No. 23-10678-pb
NEW HOPE FERTILITY CENTER   :
                                             :     Chapter 11
                                             :

                   Debtor.      :
------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER GRANTING THE DEBTOR AN EXCLUSIVE PERIOD TO FILE A PLAN OF REORGANIZATION AND TO CONFIRM A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. §§ 105 AND 1121 AS OF NOVEMBER 8, 2023

Upon the motion dated November 14, 2023 ( the "Motion") of Zhang Medical P.C. d/b/a New Hope Fertility Center (the "Debtor") seeking the entry of an order, pursuant to sections 105 and 1121 of title 11 of the United States Code ("Bankruptcy Code") granting the Debtor an exclusive period to file a plan of reorganization ("Plan") and confirm a Plan; and the Court having jurisdiction to consider the Motion and the relief requested; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and upon the record of the Hearing held on December 20, 2023 and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, its creditors and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

       ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, the Debtor's Exclusive Period is deemed to have commenced on November 8, 2023; it is further

ORDERED, that pursuant to sections 105 and 1121 of the Bankruptcy Code, the Debtor shall be granted the exclusive period to file and Plan for 120 days from November 8, 2023 and confirm a Plan no later than 180 days from November 8, 2023; and it is further

ORDERED, that **this Order is without prejudice to the right of any party in interest to seek an order reducing or increasing these statutory periods for cause** ~~the Debtor may seek an extension of time to file a Plan and seek confirmation of a Plan~~ pursuant to 1121(d) of the Bankruptcy Code. **[PB 12.21.23].**

December 21, 2023
New York, New York

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**