UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re						:
						:
ZHANG MEDICAL P.C. d/b/a			:
						:	Case No. 23-10678-pb
NEW HOPE FERTILITY CLINIC			:
						:	Chapter 11
						:
			Debtor.		:
------------------------------------------------------X

# ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF PARDALIS & NOHAVICKA L.L.P. AS ATTORNEYS FOR THE DEBTOR AS OF APRIL 30, 2023

Upon the application (the "Application") of Zhang Medical P.C. (the "Debtor"), as debtor and debtor in possession, dated May 28, 2023, for entry of an order pursuant to 11 U.S.C. § 327(a) authorizing and approving the employment of Pardalis & Nohavicka L.L.P. ("PN") as its attorneys; upon the Declaration of Joseph D. Nohavicka, a partner of the firm of PN; it appearing that the members of PN and the firm's *of counsel* Norma E. Ortiz are admitted to practice before this Court; the Court being satisfied that PN does not represent an interest adverse to the Debtor and its estate as to the matters upon which it is to be engaged, is disinterested under 11 U.S.C. §101(14), and that the employment of PN is necessary and in the best interests of the Debtor and its estate; and due notice of the Application having been given to the United States Trustee and the Debtor's twenty largest creditors, and it appearing that no other or further notice is necessary; and sufficient cause appearing for the relief requested in the Application, it is

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Debtor is authorized to employ PN as its attorneys as of April 30, 2023, under the terms and conditions set forth in the Application; and it is further

**ORDERED**, that prior to any increases in PN's rates for any individual employed or retained by PN and providing services in this case, PN shall file a supplemental affidavit with the

Court and provide ten business days' notice to the Debtor and the United States Trustee. The supplemental affidavit shall explain the bases for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code; and it is further

**ORDERED**, that PN shall be compensated for fees and reimbursed for reasonable and necessary expenses and will file interim and final fee applications for allowance of its compensation and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated January 29, 2013 (General Order M-447), and the United States Trustee Fee Guidelines (collectively, the "Fee Guidelines"); and it is further

**ORDERED**, that PN shall apply any remaining amounts of its prepetition retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to PN.

Dated: New York, New York
January 3, 2024

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**

NO OBJECTION:

/s/Brian Masumoto
Office of the United States Trustee