# EXHIBIT B

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF WAYNE | **PRAECIPE FOR WRIT OF<br>SUMMONS** |

DAVID H. FAUX,

             Plaintiff      Docket No. _____

             vs.

NEW HOPE FERTILITY CLINIC
BROOKLYN, PLLC

             Defendant

To the Prothonotary:

    Kindly issue a writ of summons in the above-captioned action.

October 6, 2023

                                          _____,

                                          David H. Faux, Esq.
                                          Attorney for Plaintiff, Pro Se
                                          Law Office of David H. Faux, P.C.
                                          42 Blue Moon Lane
                                          Honesdale, PA 18431
                                          davefaux@dhf-law.net

```
                        RECEIPT FOR PAYMENT
                        ===================


Wayne County Prothonotary                  Receipt Date 10/06/2023
    925 Court Street                       Receipt Time   08:54:03
      Honesdale, Pa  18431                 Receipt No.      259064



        DAVID H FAUX (vs) NEW HOPE FERTILITY CLINIC

        Case Number    2023-00514

        Received of:   DAVID HERBERT FAUX
                       LJC

        ---------------------- Transaction Distribution ------------------------
        Cost/Fee Description    Payment Amount    Payee Name
        WRIT SUMMONS/PR              74.50        WAYNE COUNTY GENERAL FUND
        TAX ON SUMMONS                 .50        BUREAU OF RECEIPTS CNTR M D
        JCS/ATJ FEE                  19.00        BUREAU OF RECEIPTS CNTR M D
        AUTOMATION FEE                5.00        PROTHONOTARY AUTOMATION FUND
                                -----------------
                                    $99.00


        Check# 178                  $99.00
                                -----------------
        Total Received........      $99.00


        Case Balance Due:            $.00
```