# EXHIBIT D

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF WAYNE

| | | |
|---|---|---|
| DAVID H. FAUX, | ) | |
| | ) | |
| Plaintiff | ) | Docket No. 514-cv-2023 |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW HOPE FERTILITY CLINIC BROOKLYN, PLLC | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF'S REQUEST FOR PRODUCTION OF

## DOCUMENTS DIRECTED TO DEFENDANT NEW HOPE FERTILITY CLINIC BROOKLYN LLC

To: New Hope Fertility Clinic Brooklyn, PLLC:

You are hereby requested to produce the following documents and things pursuant to Pa.R.C.P. 4009.1:

1. Ledgers, journals, cancelled checks, invoices, cash books, credit memos, vouchers, and checkbook stubs in defendant's possession or control relating to any transaction between defendant and plaintiff from January 1, 2013, to the present;

2. All correspondence between defendant and plaintiff, from January 1, 2013, to the present; and

3. All other memoranda, documents, and papers in the possession or control of defendant relating to the offspring frozen as embryos stored with your facility on behalf of patient Kato (DOB 7/11/1973) and plaintiff from January 1, 2013, to the present, including copies of any agreements signed by plaintiff in 2013.

The time and place for such production and inspection is Monday, November 6, 4pm at **Law Office of David H. Faux, P.C., 42 Blue Moon Lane, Honesdale, PA 18431, davefaux@dhf-law.net**. Your written response to this request is due within thirty days after service.

_____

Plaintiff (Pro Se)