UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

ZHANG MEDICAL P.C. d/b/a New Hope Fertility Center,

                Debtor.

Chapter 11

Case No. **23-10678**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             : ss.:
COUNTY OF NEW YORK )

Tatiana Levojinskaia-Leon, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and is employed by Bronster LLP, 156 West 56th Street, NY, NY 10019, representing David Faux.

2. On January 17, 2024, I served **NOTICE OF MOTION FOR ENTRY OF AN ORDER (I) PROVIDING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND (II) AUTHORIZING THE PRODUCTION OF DOCUMETNS BY DEBTOR AND AN EXAMINATION OF DR. JOHN ZHANG PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, MOTION FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, CERTIFICATION IN SUPPORT OF MOTION WITH CORRESPONDING EXHIBITS, PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** in the above captioned proceeding by regular first-class mail by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

Joseph D. Nohavicka
Pardalis & Nohavicka LLP
35-10 Broadway
Suite 202
Astoria, NY 11106

J. Alex Kress
Chapman and Cutler LLP
1270 Avenue of the Americas
Ste 30th Floor
New York, NY 10020-1708
(Representing Bank of America, N.A.)

Kirby Aisner & Curley, LLP
Dawn Kirby
700 Post Road Suite 237
Scarsdale, NY 10583
(Representing Chloe Cai)

Morgan Lewis & Bockius LLP
Jennifer Feldsher
101 Park Ave., 38th Fl.
New York, NY 10178
(Representing Cooper Surgical, Inc.)

720503.002

GLL BVK Columbus Circle LLC
c/o Rubin LLC
11 Broadway, Suite 715
New York, NY 10004
(Creditor)

Eric Michael Huebscher
Huebscher & CO.
301 East 87th Street 20e
New York, NY 10128
(Trustee)

Pension Benefit Guaranty Corporation
Erika E. Barnes
445 12th Street SW
Washington, DC 20024-2101
(Creditor)

Skyland Development Corp.
dba Skyland Construction
39 W 32nd Street #900
New York, NY 10001
(Creditor)

Adnan Tahirovic
65 High Ridge Rd #212
Stamford, CT 06905
(Interested Party)

Stern Tannenbaum & Bell LLP
Karen S. Frieman
380 Lexington Avenue
New York, NY 10168
(Representing GLL BVK Columbus Circle LLC)

David N. Crapo, Gibbson P.C.
One Gateway Center
Newark, NJ 07102-5310
(Representing Patient Care Ombudsma

Faegre Drinker Biddle & Reath LLP
Brian P. Morgan
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
(Representing Roche Diagnostics Corporation)

Scott D. Simon
Goetz Fitzpatrick LLP
1 Penn Plaza
Ste 31st Floor
New York, NY 10119
(Representing Skyland Development Corp)

Todd S. Cushner
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 1060
(Representing Adnan Tahirovic)

720503.002

United States Trustee
Office of the United States Trustee
NY Alexander Hamilton Custom House
Brian S. Masumoto, Esq.
One Bowling Green, Room 534
New York, NY 10004-1408
(US Trustee)

Willard Shih
Wilentz Goldman & Spitzer
90 Woodbridge Center Drive
Woodbridge, NJ 07095

Sheryl P Giugliano
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza
Ste 15th Floor
Uniondale, NY 11556-1425
(Representing Zhang Medical P.C.)

Medina Law Firm LLC
Eric Medina, Esq.
641 Lexington Ave., 13th Floor.
New York, NY 10022
(Representing John Zhang)

Zhang Medical P.C.
4 Columbus Circle
4th Floor
New York, NY 10019
(Debtor)

_____
Tatiana Levojinskaia-Leon

Sworn to me on this
17th of January 2024

_____
Notary Public

ALINA GLUZMAN
Notary Public, State of New York
No. 01GL6329927
Qualified in Richmond County
Commission Expires Aug. 31, 20 27

720503.002