**Presentment Date & Time: February 21, 2024 at 12:30 p.m. ET**
**Objection Deadline: February 14, 2024 at 4:30 p.m. ET**

Sheryl P. Giugliano
Michael S. Amato
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Telephone:  516-663-6600
sgiugliano@rmfpc.com
mamato@rmfpc.com

*Attorneys for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

ZHANG MEDICAL P.C., d/b/a
NEW HOPE FERTILITY CENTER,

                  Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 23-10678-pb

## NOTICE OF PRESENTMENT OF
## DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER
## ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND
## REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

**PLEASE TAKE NOTICE** that the above captioned debtor and debtor-in-possession (the "Debtor"), will present the *Debtor's Application for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of  Professionals* (the "Application") dated February 6, 2024, for signature to the Honorable Philip Bentley of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York, 10004-1408, on **February 21, 2024** at **12:30 p.m. ET**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system

(the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov), with a hard copy delivered directly to Chambers and served so as to be actually received no later than **February 14, 2024 at 4:30 p.m. ET** ("Objection Deadline"), upon (i) the Debtor, Zhang Medical P.C., d/b/a New Hope Fertility Center, 4 Columbus Circle, 4th Floor, New York, NY 10019, Attn: Charles N. Persing, Chief Restructuring Officer (cpersing@Bederson.com); (ii) co-counsel for the Debtor, Ruskin Moscou Faltischek, P.C., 1425 RXR Plaza, East Tower, 15th Floor, Uniondale, NY 11556, Attn: Sheryl P. Giugliano and Michael Amato (sgiugliano@rmfpc.com; mamato@rmfpc.com); (iii) Office of the U.S. Trustee – NY Office, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408, Attn: Brian S. Masumoto (Brian.Masumoto@usdoj.gov); and (iv) co-counsel for the Debtor, Pardalis & Nohavicka LLP, 35-10 Broadway, Suite 202, Astoria, NY 11106, Attn: Norma Ortiz (norma@ortizandortiz.com).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the requested relief in the Application may be granted without further notice or a hearing. If an objection is filed, you will be notified of a hearing to consider the requested relief.

**PLEASE TAKE FURTHER NOTICE** that you may obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Uniondale, New York<br>February 6, 2024 | */s/Sheryl P. Giugliano*<br>Sheryl P. Giugliano<br>Michael Amato<br>**RUSKIN MOSCOU FALTISCHEK, P.C.**<br>1425 RXR Plaza<br>East Tower, 15th Floor<br>Uniondale, New York 11556<br><br>*Counsel to Debtor and*<br>*Debtor-in-Possession* |