UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

ZHANG MEDICAL P.C., d/b/a
NEW HOPE FERTILITY CENTER,

                                Debtor.

Chapter 11

Case No. 23-10678-pb

------------------------------------------------------------x

## ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EXTENSION OF DEBTOR'S EXCLUSIVE TIME PERIOD TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THERETO

Upon the application (the "**Application**")[1] of Zhang Medical P.C. d/b/a New Hope Fertility Center (the "**Debtor**"), dated February 26, 2024, by its attorneys, Ruskin Moscou Faltischek, P.C., seeking entry of an order, pursuant to section 1121(d) of title 11, United States Code (the "**Bankruptcy Code**") authorizing an extension of the Debtor's exclusive time period (the "**Exclusivity Period**") to file a Chapter 11 plan of reorganization (the "**Plan**") and solicit acceptances thereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and this Court having reviewed the Application and having heard the

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Application.

statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having found and determined that the relief requested in the Application is in the best interest of the Debtor's estate, its creditors, and other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no objections to the relief requested herein having been filed; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is **GRANTED** as set forth herein; and it is further

ORDERED, pursuant to section 1121(d) of the Bankruptcy Code, that the Exclusivity Period is hereby extended by ninety (90) days for: (i) filing the Plan through and including June 5, 2024; and (ii) obtaining acceptances thereof through and including August 4, 2024; and it is further

ORDERED, that nothing herein shall prejudice the Debtor's right to seek further extension of the Exclusivity Period consistent with 1121(d) of the Bankruptcy Code or the rights of any party in interest to object to any further requests; and it is further

ORDERED, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that the Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application; and it is further

ORDERED, that the Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Date: March 11, 2024
New York, New York  /s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**